# EXHIBIT C

**TEXAS YOUTH COMMISSION**

STATE OF TEXAS
COUNTY OF TRAVIS

### AFFIDAVIT of CUSTODIAN of RECORDS
### under authority of Rule 902 (10)
### Texas Rules of Civil Evidence

Before me, the undersigned authority, personally appeared <u>Sharon Siske-Crunk</u> who, being by me duly sworn, deposed as follows:

My name is <u>Sharon Siske-Crunk</u>, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of <u>the attached records for the Texas Youth Commission (TYC)</u>. Attached hereto are <u>226</u> pages of records from ____<u>Juan Garcia's TYC Record</u>____. These said ____<u>226</u>____ pages of records are kept by _____<u>TYC</u>_____ in the regular course of business, and it was the regular course of business of _____<u>TYC</u>_____ for an employee or representative of _____<u>TYC</u>_____ with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
Affiant

**SWORN TO AND SUBSCRIBED** before me on the <u>20</u> day of <u>May 2008</u>.

_____
Notary Public, State of Texas

<u>Jon-Etta Ross</u>
Notary's Printed Name

My commission expires: <u>11/12/08</u>

> JON-ETTA W. ROSS
> Notary Public, State of Texas
> My Commission Expires
> November 12, 2008

LS-011
8/94

1

# CONFIDENTIALITY STATEMENT

Texas Human Resources Code §61.073, Records of Examinations and Treatment, restricts the release of records regarding a child subject to the control of TYC, unless specifically authorized by law. Information regarding any child other than the person who is the subject of the requested information has been removed from the requested information and will only be released with the submission of proper authorization.

# CCF-225 Incident Report

Name: GARCIA, JUAN

TYC Number: 0830355

Location:     RE1 - REGION EAST

| Incident Information | |
|---|---|
| Date:        03 / 25 / 96 | Incident Number:  7 |
| Time:        3:30 PM | |
| Location:  OL - OTHER LOCATION | |
| Incidents for this report: | |
| AD - ABSCOND | |

| Offense Code: | | | | |
|---|---|---|---|---|
| Days Paid on Escape: | | | | |
| Escape/Abscond Return Date: | 02 / 29 / 00 | Time: | 8:00 AM | |
| Directive Issued Date: | 03 / 25 / 96 | Time: | 3:30 PM | |
| Directive Issued End: | 02 / 29 / 00 | Time: | 8:00 AM | |
| Ended PI Date: | | Time: | | |
| Ended RS Date: | | Time: | | |

| | Security? | Community Detention? | | Jail? |
|---|---|---|---|---|
| Referred To: | NO | | | |
| Admitted To: | NO | | NO | NO |
| Referring Staff Person: | | | | |
| Comments: | YOUTH IS NOT LIVING AT HOME AND IS NOT ATTENDING SWKEY DAYTREATMENT HE HAS HOT ATTENDED SINCE 03-18-96. | | | |

| Was a Level III hearing held? | NO |
|---|---|
| Hearing held by: | |
| Date: | |
| Time: | |
| Was a Level II hearing held? | NO |

3

| Security/Detention/Jail Information | | |
|---|---|---|
| Admission Date: | | Time: |
| Days Paid in Comm. Det/Jail: | | |
| County of Comm. Det/Jail: | | |
| Reason For Admission: | | |
| Justification for Admission: | | |
| Release Date: | | Time: |

# CCF-225 Incident Report

**TYC Number:** 0830355        **Name:** GARCIA, JUAN

**Location:**    RE1 - REGION EAST

| Incident Information | |
|---|---|
| Date:      11 / 10 / 95           Incident Number:  6 | |
| Time:      3:29 PM | |
| Location:   OL - OTHER LOCATION | |
| Incidents for this report: | |
| ES - ESCAPE | |

| Offense Code: | | | |
|---|---|---|---|
| Days Paid on Escape: | | | |
| Escape/Abscond Return Date: | 12 / 29 / 95 | Time: | 8:00 PM |
| Directive Issued Date: | 11 / 10 / 95 | Time: | 3:29 PM |
| Directive Issued End: | 01 / 02 / 96 | Time: | 9:00 AM |
| Ended PI Date: | | Time: | |
| Ended RS Date: | | Time: | |

| | Security? | Community Detention? | Jail? |
|---|---|---|---|
| Referred To: | NO | | NO |
| Admitted To: | NO | YES | NO |
| Referring Staff Person: | | | |
| Comments: | JUAN HAS NOT BEEN IN CONTACT WITH HIS PAROLE OFFICER. PAROLE OFFICER WENT BY THE HOME AND DISCOVERED THAT THE FAMILY HAVE MOVED AND THEIR WHEREABOUTS ARE UNKNOWN. | | |

| Was a Level III hearing held? | NO |
|---|---|
| Hearing held by: | |
| Date: | |
| Time: | |
| Was a Level II hearing held? | NO |

| Security/Detention/Jail Information | | |
|---|---|---|
| Admission Date: | 12 / 29 / 95 | Time:      10:00 PM |
| Days Paid in Comm. Det/Jail: | | |
| County of Comm. Det/Jail: | HARRIS | |
| Reason For Admission: | AH - AWAITING HEARING/ TRANSPORTATION | |
| Justification for Admission: | | |
| Release Date: | 01 / 03 / 96 | Time:      12:00 PM |

6

## CCF-225 Incident Report

TYC Number: 0830355          Name:  GARCIA, JUAN

Location:     591 - SOUTHWEST KEY PROGRAM, INC. DAY TREATMENT HOUSTON

| Incident Information | |
|---|---|
| Date:     08 / 30 / 95 | Incident Number:  5 |
| Time:     7:10 AM | |
| Location:   OL - OTHER LOCATION | |
| Incidents for this report: | |
| DS - DISRUPTION OF PROGRAM | |

| Offense Code: | | | |
|---|---|---|---|
| Days Paid on Escape: | | | |
| Escape/Abscond Return Date: | | Time: | |
| Directive Issued Date: | | Time: | |
| Directive Issued End: | | Time: | |
| Ended PI Date: | | Time: | |
| Ended RS Date: | | Time: | |

| | Security? | Community Detention? | Jail? |
|---|---|---|---|
| Referred To: | NO | | |
| Admitted To: | NO | YES | NO |
| Referring Staff Person: | | | |
| Comments: | | | |

| Was a Level III hearing held? | NO |
|---|---|
| Hearing held by: | |
| Date: | |
| Time: | |
| Was a Level II hearing held? | NO |

| Security/Detention/Jail Information | | | |
|---|---|---|---|
| Admission Date: | 08 / 30 / 95 | Time: | 7:30 AM |

7

| | | |
|---|---|---|
| Days Paid in Comm. Det/Jail: | 00 | |
| County of Comm. Det/Jail: | HARRIS | |
| Reason For Admission: | AH - AWAITING HEARING/ TRANSPORTATION | |
| Justification for Admission: | | |
| Release Date: | 08 / 31 / 95 | Time:     12:30 PM |

# CCF-225 Incident Report

TYC Number: 0830355          Name: GARCIA, JUAN

Location:    WTX - WEST TEXAS

| Incident Information | |
|---|---|
| Date:    04 / 22 / 95 | Incident Number:  4 |
| Time:    10:40 PM | |
| Location:  DO - DORM | |
| Incidents for this report: | |

ST - ASSAULT OF STUDENT/OTHER
DA - DANGER TO OTHERS
DS - DISRUPTION OF PROGRAM

| Offense Code: | | | |
|---|---|---|---|
| Days Paid on Escape: | | | |
| Escape/Abscond Return Date: | | Time: | |
| Directive Issued Date: | | Time: | |
| Directive Issued End: | | Time: | |
| Ended PI Date: | | Time: | |
| Ended RS Date: | | Time: | |

| | Security? | Community Detention? | Jail? |
|---|---|---|---|
| Referred To: | YES | | |
| Admitted To: | YES | NO | NO |
| Referring Staff Person: | BALFOUR | | |
| Comments: | | | |

| Was a Level III hearing held? | NO |
|---|---|
| Hearing held by: | |
| Date: | |
| Time: | |
| Was a Level II hearing held? | NO |

| Security/Detention/Jail Information | | |
|---|---|---|
| Admission Date: | 04 / 22 / 95 | Time:    11:30 PM |

9

| | | |
|---|---|---|
| Days Paid in Comm. Det/Jail: | | |
| County of Comm. Det/Jail: | | |
| Reason For Admission: | DO - DANGER OR INJURY TO OTHERS | |
| Justification for Admission: | ASSAULTED PEER. | |
| Release Date: | 04 / 24 / 95 | Time:    6:00 PM |

# CCF-225 Incident Report

TYC Number: 0830355

Name: GARCIA, JUAN

Location: WTX - WEST TEXAS

| Incident Information | |
|---|---|
| Date: 04 / 21 / 95 | Incident Number: 3 |
| Time: 6:45 PM | |
| Location: DO - DORM | |
| Incidents for this report: | |

DS - DISRUPTION OF PROGRAM
IS - DANGER OR INJURY TO SELF
RR - 2+ FAILURES TO COMPLY WITH RR

| Offense Code: | | | |
|---|---|---|---|
| Days Paid on Escape: | | | |
| Escape/Abscond Return Date: | | Time: | |
| Directive Issued Date: | | Time: | |
| Directive Issued End: | | Time: | |
| Ended PI Date: | | Time: | |
| Ended RS Date: | | Time: | |

| | Security? | Community Detention? | Jail? |
|---|---|---|---|
| Referred To: | YES | | |
| Admitted To: | YES | NO | NO |
| Referring Staff Person: | CARTER | | |
| Comments: | | | |

| Was a Level III hearing held? | NO |
|---|---|
| Hearing held by: | |
| Date: | |
| Time: | |
| Was a Level II hearing held? | NO |

| Security/Detention/Jail Information | | | |
|---|---|---|---|
| Admission Date: | 04 / 21 / 95 | Time: | 7:20 PM |

11

| | | |
|---|---|---|
| Days Paid in Comm. Det/Jail: | | |
| County of Comm. Det/Jail: | | |
| Reason For Admission: | IS - DANGER OR INJURY TO SELF/ SUICIDE ALERT | |
| Justification for Admission: | STUDENT ATTEMPTED TO TATOO SELF WITH HOME MADE TATOO (NEEDLE STOLEN FROM EDUCATION) MACHINE. LEFT WRIST AND PUNCTURE LIKE WOUNDS. | |
| Release Date: | 04 / 22 / 95 | Time:   9:15 AM |

12

# CCF-225 Incident Report

TYC Number: 0830355

Name: GARCIA, JUAN

Location:   WTX - WEST TEXAS

| Incident Information | |
|---|---|
| Date:      03 / 10 / 95 | Incident Number:  2 |
| Time:        9:10 PM | |
| Location:   DO - DORM | |
| Incidents for this report: | |
| DS - DISRUPTION OF PROGRAM<br>ER - IDENTIFIED ESCAPE RISK | |

| Offense Code: | | | |
|---|---|---|---|
| Days Paid on Escape: | | | |
| Escape/Abscond Return Date: | | Time: | |
| Directive Issued Date: | | Time: | |
| Directive Issued End: | | Time: | |
| Ended PI Date: | | Time: | |
| Ended RS Date: | | Time: | |

| | Security? | Community Detention? | Jail? |
|---|---|---|---|
| Referred To: | YES | | |
| Admitted To: | YES | NO | NO |
| Referring Staff Person: | RUBEN ARSIAGA | | |
| Comments: | | | |

| | |
|---|---|
| Was a Level III hearing held? | NO |
| Hearing held by: | |
| Date: | |
| Time: | |
| Was a Level II hearing held? | NO |

| Security/Detention/Jail Information | | | |
|---|---|---|---|
| Admission Date: | 03 / 10 / 95 | Time:    9:50 PM | |

| | | |
|---|---|---|
| Days Paid in Comm. Det/Jail: | | |
| County of Comm. Det/Jail: | | |
| Reason For Admission: | DS - DISRUPTION OF PROGRAM | |
| Justification for Admission: | CONTINUED PROBLEMS WITH STAFF GUIDELINES. | |
| Release Date: | 03 / 11 / 95 | Time:    9:50 PM |

# CCF-225 Incident Report

**TYC Number:** 0830355

**Name:** GARCIA, JUAN

**Location:**   WTX - WEST TEXAS

| Incident Information | |
|---|---|
| **Date:**   03 / 10 / 95 | **Incident Number:**  1 |
| **Time:**   5:50 PM | |
| **Location:**   DO - DORM | |
| **Incidents for this report:** | |

**DS - DISRUPTION OF PROGRAM**

| Offense Code: | | | |
|---|---|---|---|
| **Days Paid on Escape:** | | | |
| **Escape/Abscond Return Date:** | | **Time:** | |
| **Directive Issued Date:** | | **Time:** | |
| **Directive Issued End:** | | **Time:** | |
| **Ended PI Date:** | | **Time:** | |
| **Ended RS Date:** | | **Time:** | |

| | Security? | Community Detention? | Jail? |
|---|---|---|---|
| **Referred To:** | YES | | |
| **Admitted To:** | NO | NO | NO |
| **Referring Staff Person:** | RUBEN ARSIAGA | | |
| **Comments:** | | | |

| Was a Level III hearing held? | NO |
|---|---|
| **Hearing held by:** | |
| **Date:** | |
| **Time:** | |
| **Was a Level II hearing held?** | NO |

| Security/Detention/Jail Information | | |
|---|---|---|
| **Admission Date:** | | **Time:** |

| | | |
|---|---|---|
| Days Paid in Comm. Det/Jail: | | |
| County of Comm. Det/Jail: | | |
| Reason For Admission: | | |
| Justification for Admission: | | |
| Release Date: | | Time: |

# CORRECTIONAL CARE SYSTEM

TEXAS YOUTH COMMISSION

05/20/08
Inquiry
Page: 1 of 1

JOYCE GREMILLION

| TYC Menu | Entry Menu | Name Inquiry | Number Inquiry |

## CCF-170 Hearing Manager's Report of a Level II Hearing

**TYC Number:** 0830355

**Name:** GARCIA, JUAN M

| Hearing Date | Assigned Location | PRVD | Inc # | Disposition(s) | LOS | Phases Dem. |
|---|---|---|---|---|---|---|
| 01/03/96 | EAST RGN | Y | 6 | TR | | |
| 08/31/95 | PARKER COUNTY E.S. | Y | 5 | SPU | | |

1

E-mail comments to: M204help@tyc.state.tx.us

17



# CORRECTIONAL CARE SYSTEM

**TEXAS YOUTH COMMISSION**

05/20/08
Inquiry

JOYCE GREMILLION

| TYC Menu | Entry Menu | Name Inquiry | Number Inquiry | Summary Page |

## CCF-170 Hearing Manager's Report of a Level II Hearing

**TYC Number:** 0830355  
**Location Assigned:**

**Name:** GARCIA, JUAN MARTIN  
RE1 - REGION EAST

| Hearing Information | | | |
|---|---|---|---|
| Date: | 01/03/96 | | |
| Time: | 10:30 AM | | |
| Location: | HOUSTON, TEXAS | | |
| Staff Representative: | CAROLYN ROGERS | Title: | CCOIII |
| Youths Advocate: | DELPHINE DECUIR | Title: | CCOIII |
| Hearing Manager: | MELVA SCRUGGS | Title: | CCOIII |
| Others Present: | ESTHER GARCIA, YOUTH'S MOTHER | | |

| Allegations | | | | |
|---|---|---|---|---|
| Code | Description | Date of Off/Vio | Proved | Offense Level |
| 0019 | TWO NONCOMPLIANCE WI | 11/03/95 | Y | |
| 0019 | TWO NONCOMPLIANCE WI | 11/06/95 | Y | |

| Evidence | | |
|---|---|---|
| ✓Police Report | Youth Statement | Behavior Summary |
| Incident Report | Staff Statement | Witness Testimony |
| ✓Other Evidence: | ICP CHRONOS | |

| Findings | | |
|---|---|---|
| Incident Pointer: | 6 | |
| Misconduct Proved: | | |
| Criteria Not Met | High Risk Offense | Felony Offense |
| Amp Conduct | BMP Conduct | Mental Health Adm |
| Other Cat. 1 | Possession of Contraband Money | ✓2+ Fail to Comply |
| Extenuating Circumstances Found | | |

| Disposition(s): | | |
|---|---|---|
| SPU | CSU | |
| ✓TR   Placement At: | BMP | |
| LOS   Assignment of MLS ___months from: _____ | AMP | |
| DEM   Number of Phases Demoted: __ | MON | |

Hearing Manager's Signature _____   Date: _____

Appropriate Program Administrator's Signature _____   Date: _____

18

Program Administrator:   HELEN GEORGE

**Approvals for Disciplinary Assigned MLS:**

Director of Juvenile Corrections Decision:   UNKNOWN

Director of Juvenile Corrections Signature _____          Date: _____

✓ Youth Copied

**E-mail comments to: M204help@tyc.state.tx.us**

 **TEXAS YOUTH COMMISSION**

# CORRECTIONAL CARE SYSTEM

05/20/08
Inquiry

JOYCE GREMILLION

| TYC Menu | Entry Menu | Name Inquiry | Number Inquiry | Summary Page |

## CCF-170 Hearing Manager's Report of a Level II Hearing

**TYC Number:** 0830355
**Location Assigned:**

**Name:** GARCIA, JUAN MARTIN
197 - PARKER COUNTY YOUTH EMERGENCY SHELTER, INC.

### Hearing Information

| | | | |
|---|---|---|---|
| Date: | 08/31/95 | | |
| Time: | 10:00 AM | | |
| Location: | 3540 WEST DALLAS HOU | | |
| Staff Representative: | CAROLYN ROGERS | Title: | PAROLE OFFICER 3 |
| Youths Advocate: | VINCENT AGU | Title: | PAROLE OFFICER 3 |
| Hearing Manager: | RICHARD MORRIS | Title: | PAROLE OFFICER |
| Others Present: | JUAN GARCIA, ESTHER GARCIA | | |

### Allegations

| Code | Description | Date of Off/Vio | Proved | Offense Level |
|---|---|---|---|---|
| 0019 | TWO NONCOMPLIANCE WI | 08/24/95 | Y | |
| 0019 | TWO NONCOMPLIANCE WI | 08/25/95 | Y | |
| 0019 | TWO NONCOMPLIANCE WI | 08/14/95 | Y | |

### Evidence

| | | |
|---|---|---|
| Police Report | Youth Statement | Behavior Summary |
| ✓ Incident Report | ✓ Staff Statement | ✓ Witness Testimony |
| ✓ Other Evidence: | CHRONOLOGICALS | |

### Findings

| | | |
|---|---|---|
| Incident Pointer: | 5 | |
| Misconduct Proved: | | |
| ✓ Criteria Not Met | High Risk Offense | Felony Offense |
| Amp Conduct | BMP Conduct | Mental Health Adm |
| Other Cat. 1 | Possession of Contraband Money | Fail to Comply |
| Extenuating Circumstances Found | | |

### Disposition(s):

| | | |
|---|---|---|
| ✓ SPU | | CSU |
| TR    Placement At: | | BMP |
| LOS   Assignment of MLS ___months from: _____ | | AMP |
| DEM   Number of Phases Demoted: __ | | MON |

Hearing Manager's Signature _____     Date: _____

Appropriate Program Administrator's Signature _____     Date: _____

ɔɾam Administrator:    HELEN GEORGE

**Approvals for Disciplinary Assigned MLS:**

Director of Juvenile Corrections Decision:    UNKNOWN

Director of Juvenile Corrections Signature _____        Date: _____

✓  Youth Copied

E-mail comments to: M204help@tyc.state.tx.us

21

TEXAS YOUTH COMMISSION
STUDENT DATA SHEET

TYCNBR:          0830355

LAST NAME:     GARCIA              FIRST NAME:        JUAN

MIDDLE INITIAL:        M           D.O.B.:           02/18/80

COMNT COUNTY:          HARRIS

CMNT DATE/OFFENSE:     01/19/95 VIOLATION PROBATION

DSCH DATE/REASON:      02/29/00 SENTENCING TO PRISON

LAST TYC RESID:        WEST TEXAS

LAST LOCATION:         REGION EAST

LAST INSTITUTION:      WEST TEXAS

# CASEWORK

**DISCHARGE REPORT**

**TEXAS YOUTH COMMISSION
CHILD CARE FORM**

Date: _02-28-00_
(MM/DD/YY)

TYC Number: _0830355_   Youth's Name: _Garcia_ _Juan_
                                           Last           First       MI

Youth's Assigned Location: _REI_   Parole County/State: _Harris_

**Location Status Prior to Discharge:**   Parent/Guardian's Name: _Esther Garcia_

- [ ] at assigned location   Address: _1703 Andrews_
- [ ] detention in community   _Houston, Tx 77019_
- [ ] detention at TYC facility   Birthday: _2-18-80_
- [ ] security   Committing County: _Harris_
- [ ] furlough   Last TYC Facility _Brownwood_
- [ ] escape/abscond   Current Classification: _GEN_   Parole Date: _2-6-96_
- [✓] jail   Most Serious Classification Ever: _GEN_

Education: GED (Y/N)▸ _N_ Date:▸

High School Diploma: (Y/N)▸ _N_ Date:▸

**Discharge Reason:▸ Check One**

- [ ] MAJR Age of majority reached
- [ ] COMP Successful program completion
- [ ] PRBA Placement on adult probation
- [ ] APAR Placement on adult parole (only for sentenced offenders committed for acts occurring on or after 1/1/96)
- [✓] STAD Sentencing to Prison (excluding transfer of sentenced offender)
- [ ] SERV Military enlistment
- [ ] DSAB Illness or injury which prevents return to active program participation
- [ ] MIMR Discharge for inability to progress due to mental illness or mental retardation

Court Order:
- [ ] RETD Reversal due to mental retardation*
- [ ] EXPS Expiration of sentence
- [ ] TTDC Sentence transferred to TDCJ
- [ ] CORD Other court order

Out of State:
- [ ] JACT Juvenile or adult court action
- [ ] SADJ As requested for satisfactory adjustment

Administrative:
- [ ] RCMT Discharge for recommitment*
- [ ] DIED Death*
- [ ] RTFC Return of sentenced offenders
- [ ] OTHR Other _____

Summary of Parole Performance / Circumstances: _He was in abscon for a long period of time (approximately 2 yrs). Juan did very poor while on parole. He was in abscon for a long period of time (approximately 2 yrs) while in sw key Day Treatment, he rarely attended and he failed to report to his P.o. on numerous occasions. He was convicted of capital murder and on 2-25-00 he received the death penalty as his punishment._

Requesting Primary Service Worker: _George S. Canales, Jr._   Date: _2-28-00_

Request is:   [✓] Approved   [ ] Disapproved

By Regional Director/Superintendent _P C Canyon_   Date: _2/29/00_

Special Case Discharge: **PROCESSED**   Date: _Letter Sent_

Date of Discharge:▸ **FEB 2 9 2000**   Date Discharge Letter Sent: _3-6_

**HOUSTON PAROLE**

CCF-190
10/1/97   *Do not send the discharge form letter   ▸ Data Entry Fields

PROCESSED

FEB 2 9 2000

HOUSTON PAROLE

STATE OF TEXAS

## CERTIFICATE OF BIRTH

BIRTH NO.

| CHILD | 1. NAME (Type or print) | (a) First: JUAN | (b) Middle: MARTIN | (c) Last: GARCIA | 2. DATE OF BIRTH: FEBRUARY 18, 1980 |
|---|---|---|---|---|---|

3. SEX: MALE  |  4a. PLACE OF BIRTH – COUNTY: HARRIS  |  4b. CITY OR TOWN (If outside city limits, give precinct no.): HOUSTON  |  4c. INSIDE CITY LIMITS? YES  |  5a. THIS BIRTH-SINGLE, TWIN, TRIPLET: SINGLE  |  5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3d (Specify)

4c. NAME OF HOSPITAL (If not in hospital, give street address): JEFFERSON DAVIS HOSPITAL

FATHER
6. NAME: (a) First:  (b) Middle:  (c) Last:
7. RACE:
8a. IS FATHER OF SPANISH ORIGIN?
8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.
9. AGE (At time of this birth):
10. BIRTHPLACE (State or foreign country):
11a. USUAL OCCUPATION:
11b. KIND OF BUSINESS OR INDUSTRY:

MOTHER
12. NAME: (a) First: ESTHER  (b) Middle:  (c) Last: GARCIA
13. RACE: CAUCASIAN
14a. IS MOTHER OF SPANISH ORIGIN? YES
14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.: MEXICAN
15. AGE (At time of this birth): 20
16. BIRTHPLACE (State or foreign country): TEXAS
17a. USUAL OCCUPATION: HOME MAKER
17b. KIND OF BUSINESS OR INDUSTRY: HOME
18a. RESIDENCE – STATE: TEXAS
18b. COUNTY: HARRIS
18c. CITY OR TOWN: HOUSTON
18d. ZIP CODE: 77020
18e. STREET ADDRESS (If rural, give locality): 6908 VICTORIA
18f. INSIDE CITY LIMITS? YES

19. Children previously born to this mother (Do not include this birth):
a. How many other children born alive and now living? 1
b. How many other children born alive but are now dead? 0
c. How many children were born dead after 20 weeks of pregnancy? 0
20. INFORMANT: [signature]

21. I hereby certify that this child was born alive on the date stated above
22a. ATTENDANT'S SIGNATURE: [signature]  D. G. MIDLETON MD
22b. ATTENDANT AT BIRTH: M.D., D.O., C.N.M., MIDWIFE, OTHER (Specify): M.D.
TIME OF BIRTH: 9:35 P. M.
22c. ATTENDANT'S ADDRESS: HOUSTON TEXAS  Jefferson Davis Hospital
22c. DATE SIGNED: FEBRUARY 18, 1980

23a. REGISTRAR'S FILE NO.: 7039
23b. DATE REC'D BY LOCAL REGISTRAR: MAR. 12, 1980
23c. SIGNATURE OF LOCAL REGISTRAR: [signature]

STATE OF TEXAS
COUNTY OF HARRIS

CITY OF HOUSTON
BUREAU OF VITAL STATISTICS

I HEREBY CERTIFY THAT THE ABOVE IS AN EXACT COPY OF A CERTIFICATE AS FILED IN THE BUREAU OF VITAL STATISTICS, CITY OF HOUSTON HEALTH DEPARTMENT, HOUSTON, TEXAS, AND THAT I AM THE LEGAL CUSTODIAN OF SUCH RECORDS.

(WARNING: NOT VALID UNLESS MACHINE SIGNED IN RED AND BLACK INK, AND THE RAISED SEAL OF THIS OFFICE AFFIXED HERETO.)

R. S. WARD, REGISTRAR
BUREAU OF VITAL STATISTICS

DATE ISSUED   MAY 8, 1980





JUVENILE JUSTICE SYSTEM
CASE SUMMARY                                    1

| JUV-NUM | JUVENILE NAME |
|---------|---------------|
| 0164731 | Garcia, Juan Martin |

| 06/19/94 | 5th Month Summary Dictation | Natalie Wolk |
| 06/19/94 | Review Casework Plan | Natalie Wolk |
| 06/19/94 | 5th Month Summary Dictation | Natalie Wolk |
| 06/19/94 | Review Casework Plan | Natalie Wolk |
| 01/09/95 | Field File Returned -Transfer | Natalie Wolk |

juan appeared before the court on 4/18/93, when he was found to
have engaged in delinquent conduct and was placed in the custody
of the chief juvenile probation officer for placement with court
ordered $50.00 restitution.  Juan entered to burnett-bayland home
on 8/27/93.  since placement juvenile was referred to and
attended wings and indiv, group and family counseling with fallon
and assoc.  juvenile attended the bbh school 6th grade and
preformed only fairly well behaviorally and academically.  on
1/30/94, juvenile did not return from home visit and pick-up and
hold was requested.  despite attempts by bbh, juvenile was not
located.  on 4/4/94, hpd located juvenile and placed in jdc.  on
4/19/94, juvenile returned to bbh from jdc and resumed bbh plan
for placement.  on 7/5/94, juvenile did not return from home visit
and pick-up & hold was requested.  despite attempts by bbh
juvenile was not located.  on 1/3/95, juvenile was located by hpd
and placed in jdc.  this case is now being transferred to court
worker, patsy sanders.



JPS35R11

COURT REPORT INFORMATION SUMMARY
PREPARED 01/17/95, FOR

PAGE  1
164731, 1080

GARCIA, JUAN MARTIN
L/M/14
\_<%?~~_;=%{CONFIDENTIAL\_<%?~~_;=%{CONFIDENTIAL\_<%?~~_;=%{CONFIDENTIAL\_<%?~~_
D.O.B. ............. 02/18/80 · VERIFIED
PETITION ........... 82959 DEL  RE
COURT DATE ........ 04/18/94 314TH
ADMITTED TO ....... DET 01/04/95

PRESENT REFERRAL:  TERRORISTIC THREAT - GENERAL        03/31/94
        OFFENSE(S)                          OFFENSE DATE(S)
            AGGRAVATED ASSAULT                          03/30/94


SUBSEQUENT REFERRAL(S)
    ...................................................
    ALLEGATION:      CURFEW VIOLATION        DATE: 01/04/95
    OFFENSE(S)                          OFFENSE DATE(S)
            CURFEW VIOLATION                          01/04/95
            TECH VIOL. 6 = PRIOR RULE 6                01/04/95
    INTAKE DECISION: PETITION IN PROCESS        DATE: 01/05/95
    DISPOSITION:      * NONE *            DATE:
    ...................................................
    ALLEGATION:      * NONE *            DATE: 08/13/94
    OFFENSE(S)                          OFFENSE DATE(S)
            MISCHIEF - LESS THAN $20                  08/07/94
            DISORDERLY CONDUCT - GENERAL              08/07/94
    INTAKE DECISION: LSO DECLINED TO FILE        DATE: 01/04/95
    DISPOSITION:      * NONE *            DATE:
    ...................................................


PERSONAL DATA
    FATHER .......   NONE, LISTED ON BIRTH CERT.        PHONE
                     UNKNOWN
    MOTHER .......   GARCIA, ESTHER (DELACRUZ)
                     1926 W DALLAS,HOUSTON,TEX, 019 000-0000
    BIOLOGICAL FA.   OLVERA, RAYMOND
                     1703 ANDERSON HOUSTON TX.77019 000-0000


    PRESENTLY LIVING WITH ............. PLACEMENT
    INCOME OF SUPPORTING SOURCE ....... NOT AVAILABLE


    SCHOOL STATUS .......... ENROLLED,NOT ATTEND.
    SCHOOL GRADE ........... 06
    SCHOOL PROGRAM ......... SPECIAL EDUCATION
    SCHOOL ................. GREGORY/LINCOLN EDUCATION CNTR
    SCHOOL DISTRICT ........ HOUSTON

    EMPLOYMENT STATUS ..... NEVER BEEN EMPLOYED

                          PREVIOUS REFERRALS
                                          DISPOSITION
REFERRAL                        DATE    DESCRIPTION
  DATE      OFFENSE/ALLEGATION
07/16/93 VIO.-JUVENILE CURFEW ORDINANCE 07/16/93 NO JUV. JURISDICTION
05/17/93 MISCHIEF-$200/$749.99 DAMAGE  07/16/93 SUBMIT IN CT REPORT
05/07/93 THEFT - $200/$749.99 VALUE    08/24/93 TYC SUSP, CJPO/PLACE, REST.

 

JPS35R11
COURT REPORT INFORMATION SUMMARY
PREPARED 01/17/95, FOR
PAGE  2
164731, 1080

GARCIA, JUAN MARTIN
L/M/14

\_<%?~~_;=%(CONFIDENTIAL\_<%?~~_;=%(CONFIDENTIAL\_<%?~~_;=%(CONFIDENTIAL\_<%?~~_

PREVIOUS REFERRALS

| REFERRAL DATE | OFFENSE/ALLEGATION | DISPOSITION DATE | DESCRIPTION |
|---|---|---|---|
| 02/15/93 | EXPELLED BY SCHOOL-FOR SEMESTR | 05/07/93 | CLS C/STATUS REFERRA |
| 02/04/93 | TRESPASS - GENERAL | 05/18/93 | INCLUDED WITH ANOTHER REFERRAL |
| 12/14/92 | TERRORISTIC THREAT - GENERAL | 05/18/93 | INCLUDED WITH ANOTHER REFERRAL |
| 04/30/92 | AGG SEX ASLT-CHILD UNDER 14YRS | 05/26/92 | DA DECLINED TO FILE |

30

 

## JUVENILE PROBATION REPORT

**Name: JUAN MARTIN GARCIA**
**DOB:** 02/18/80 (Verified)
**Court Date:** 01/19/95

<u>SUPPLEMENT</u>: (See attached Court Report)

<u>EVALUATIVE SUMMARY</u>:

This is Juan's eleventh referral and third petitioned offense. He last appeared in court on April 18, 1994, charged with Terroristic Threat. He was found to have engaged in delinquent conduct, was committed to the Texas Youth Commission (Suspended), and placed in the custody of the Chief Juvenile Probation Officer. He was placed, for a second time, at the Burnett-Bayland Home (BBH). On July 05, 1994, Juan absconded, while on a home visit. He remained at large until being detained for the current offense.

Juan first appeared in court on August 24, 1993 for Theft, Criminal Trespass and Terroristic Threat, and was found to have engaged in delinquent conduct, committed to TYC (suspended) and placed in the custody of the Chief Juvenile Probation Officer. Juan was placed at the Burnett-Bayland Home on August 25, 1994. On January 31, 1994, a runaway report was filed by BBH staff as Juan had failed to return from a home visit. On March 24, 1994, an Order of Immediate Custody was issued. This order was executed on March 30, 1994, when the juvenile was located at his mother's home and taken into custody.

Juan was previously approved for an Informal Adjustment Contract for the offenses which eventually led to his adjudication. However, he was terminated from that program in May of 1993 for failing to comply with program expectations. He was next scheduled to appear in court on June 21, 1993, but failed to do so. A Writ of Attachment was issued and was executed on July 13, 1993.

Prior to his involvement with this Department, Juan was exhibiting problems at home and at school. He was chronically truant from school, and was disruptive when he was in attendance. He was rebellious of his mother's authority and she reported that he was verbally abusive and, at one time, had attempted to hit her.

Juan denies drug and alcohol use, though he has a history of the latter. He previously admitted to being a member of the "4th Ward for Life" gang, but now denies gang involvement. Juan professes not to understand why he is in detention, as he claims that he was "doing alright" before he was apprehended. He states that he left BBH this time, and the last, because he had done his six months and they refused to release him.

Juan's mother reports that Juan called her frequently, following his elopement. However, she maintains that he never informed her as to where he was staying.

<u>PRESENT REFERRAL</u>:

 

Garcia, Juan Martin                                                                                      Page 2

**Referred By:** Houston Police Department

**Nature of Offense/Date:** Violation of Probation: Curfew Violation/01/04/95 - The vehicle in which Juan was a passenger was stopped for running a red light. Officers observed that there was no key in the ignition and the steering column was broken. A marijuana cigarette was found, in on the front seat of the vehicle. Respondent was taken into custody on a curfew violation

**Co-Respondents:** None

## DISPOSITIONAL ALTERNATIVES:

<u>Texas Youth Commission</u> - This is an appropriate and available alternative. "The "SOS Team administration feels that this juvenile's needs cannot be met through the SOS Team Program."

<u>Custody to the Chief Juvenile Probation Officer</u> - Juan has been rejected for placement by the county institutions due to the following; previous placement failures; poor school history; and, the need for a more secure environment.

<u>Custody to the Mother</u> - Although the mother expresses a willingness to assume custody of her son, she has been unable to provide adequate supervision in the past, and it is unlikely that she will be able to do so in the future.

<u>Custody to the Father</u> - The father's whereabouts is unknown.

Respectfully submitted,

Teresa V. Ramirez
Chief Juvenile Probation Officer

By: _____
Juvenile Probation Officer

_____
Supervisor

PSANDERS
164731.c

32



## JUVENILE PROBATION REPORT

**Name:**  JUAN MARTIN GARCIA
**DOB:** 02/18/80 (Verified)
**Court Date:**  04/18/94

### EVALUATIVE SUMMARY:

This is Juan's 8th referral to this Department. He last appeared in court on August 24, 1993 for Theft, Criminal Trespass and Terroristic Threat, and was found to have engaged in delinquent conduct, committed to TYC (suspended) and placed in the custody of the Chief Juvenile Probation Officer. Juan was placed at the Burnett-Bayland Home (BBH) on August 25, 1994. On January 31, 1994, a runaway report was filed by BBH staff as Juan had failed to return from a home visit.  On March 24, 1994, an Order of Immediate Custody was issued.  This order was executed on March 30, 1994, when the juvenile was located at his mother's home and taken into custody.

Juan was previously approved for an Informal Adjustment Contract for the offenses which eventually led to his adjudication.  However, he was terminated from that program in May of 1993 for failing to comply with program expectations.  He was next scheduled to appear in court on June 21, 1993, but failed to do so.  A Writ of Attachment was issued and was executed on July 13, 1993.

Prior to his involvement with this Department, Juan was exhibiting problems at home and at school. He was chronically truant from school, and was disruptive when he was in attendance. He was rebellious of his mother's authority and she reported that he was verbally abusive and, at one time, had attempted to hit her.  The mother presently reports  that she has noted an improvement in Juan's behavior, characterizing him as respectful and cooperative.  At the same time, the mother denies that Juan has been staying with her since being AWOL from BBH, asserting that her observations are based on his behavior while he was on home visits from BBH.

Juan denies drug and alcohol use, though he has a history of the latter.  He admits to being a member of the "4th Ward for Life" gang.

### PRESENT REFERRAL:
**Referred By:**  Pasadena Police
**Nature of Offense/Date:** Terroristic Threat; Violation of Probation/03/30/94 - Juan allegedly appeared on the campus of Gregory/Lincoln Education Center and threatened the complainant, a student, telling him that he was going to shoot him.
**Co-Respondents:** None

**DETENTION:**  Juan was taken into custody and placed in Diversion on 03/30/94; he was formally detained on 04/04/94.

 

Garcia, Juan Martin                                        Page 2

DISPOSITIONAL ALTERNATIVES:

Custody to the Chief Juvenile Probation Officer for Placement - Juan has been accepted for return to the Burnett-Bayland Home.  Continued placement is believed to be in his best interest.

Texas Youth Commission - This is a viable alternative.

Custody to the Mother - It is not likely that the mother is able to provide the degree of supervision and guidance which Juan presently requires.

Custody to the Father - The father's whereabouts is unknown.

Respectfully Submitted,

Teresa V. Ramirez
Chief Juvenile Probation Officer

By: _____
Juvenile Probation Officer

_____
Supervisor

PSANDERS
164731.C

34



## JUVENILE PROBATION REPORT

Name: GARCIA, JUAN MARTIN
DOB: 2/18/80 (Verified)
Court Date: 8/24/93

EVALUATIVE SUMMARY:

Juan is a street sophisticated youth who basically has no regard for the rights of others, particularly his family. He refused to come meet with this officer and did not show up for two appointments. He also failed to appear in the 314th District Court on June 21, 1993 at which time a writ of attachment was issued and executed on July 13, 1993. Juan is extremely verbally abusive to his mother and refers to her as "a cripple bitch." He comes and goes as he pleases without having to answer to anyone. He sleeps all day long and is out all night and often comes home under the influence of alcohol and a very aggressive state of mind. Juan was initially approved for an Informal Adjustment, Contract, however, was terminated from the program due to his continuously disruptive behavior, refusal to attend school, his expulsion and failure to adhere to maternal supervision.

PRESENT REFERRAL:

Referred By:  Houston Police Department
Nature of Offense/Date:  On 5/07/93 Theft and Burglary.  The respondent broke into his neighbor's apartment when they were away from home.  Upon her return she confronted him and found him to be in possession of her $700.

Co-Respondents:  None

SUBSEQUENT REFERRALS:

Referred By:  Houston Police Department
Nature of Offense/Date:  On 2/04/93 Criminal Trespassing:  Officers responded to a call at Gregory Lincoln School and found school security holding the respondent for trespassing. The respondent had been previously expelled from school for carrying a weapon.

Co-Respondent:  None

SUBSEQUENT REFERRALS:

Referred By:  Houston Police Department
Nature of Offense/Date:  Terroristic Threat,  The respondent threatened to shoot a teacher in a classroom while she tried to counsel with him about his behavior.  The principal summoned the police.

Co-Respondents:  None

 

GARCIA, JUAN MARTIN                        PAGE 2

<u>DETENTION</u>:  Picked up on a writ on 7/13/93, released to detention.  Legally detained by
Referee V. Morgan on 7/15/93.

<u>FIELD SERVICES</u>:  Previously approved for Informal Adjustment contract.  Refer to Return
to Court Summary.

<u>THE CHILD</u>:

Physical Description:  5' 2", 100 lbs., black hair, brown eyes

Health:  Good

Drug or Alcohol Usage:  Mother has smelled odor on his breath and clothes

Placements/Hospitalizations:  Wrist broken - treated by emergency

Professional Testing:  None

General Behavior:  Lazy, rebellious, defiant

Curfew:  Never complies, stays out as late at 12 midnight

Runaway History:  Once, left with friend.

Gang Activity:  Suspected by friends he associates with.

Verbal Abuse:  Extremely abusive

Physical Abuse:  Has attempted to hit her.

Employment:  Sold papers to Houston Post -

Hobbies:  None

<u>THE SCHOOL</u>:

Name:  Gregory Lincoln

Grade/Class Program:  6th, Regular

Verification:  None

Academic Performance:  All failing grades/extremely truant

GARCIA, JUAN MARTIN                    PAGE 3

School Behavior:  Insubordination, refused to do assignments

Expulsions/Suspensions:  Twice suspended for tardies, unprepared assignments.

THE FAMILY:

Mother:  Esther (NMN) De La Cruz Garcia

Father:  None

Parental Marital Status:  Never married

Number of Blood Siblings:  02

Child lives with:  Mother

Number of people in the household:  03

Family Employment/Income:

Mother:  Unemployed/Disabled

Father:  None

Additional Income:

AFDC:  $90 month

Food Stamps:  $185 month

Unemployment:  Disability Check $434 monthly

Criminal History:

Mother:  None

Father:  None

Other Siblings Referred to this Department:  None

COLLATERAL AGENCY CONTACT

With Whom:  Children Protective Services
Information Obtained:  Have custody of oldest child

GARCIA, JUAN MARTIN                                    PAGE 4

DISPOSITIONAL ALTERNATIVES:

Custody to Chief Juvenile Probation Officer for Out of Home Placement - Burnett-Bayland
Home has accepted Juan for immediate placement.   Special rule to attend counseling is
requested.

Texas Youth Commission - Should he fail to adhere to placement rules, this alternative will
be considered.

Maternal Custody - Supports placement, child is very abusive towards her, unable to
provide any direction or control.

Paternal Custody - No father listed on birth certificate.


                                    Respectfully Submitted,

                                    Teresa V. Ramirez
                                    Chief Juvenile Probation Officer


SGONZALES:sls                       By:
164731.c                            Juvenile Probation Officer


                                    Supervisor

38

GARCIA, JUAN MARTIN
Juvenile No. 164731

## Courthearing:

On 8/24/93 Juan appeared in the 314th District Court, Judge Robert Baum presiding on petition #82,959 alleging Theft (M-A)/Criminal Trespass (M-B)/Terroristic Threat (M-B). Present in Court were Ester Garcia, natural mother, the Defense Attorney, Jorge Cantu (926-1919) court appointed, State Attorney, Brendan Gowing, volunteer Heather Dagley and this Officer Alice Herd.  With the client's consent the Defense Attorney allowed a stipulation to be entered in this cause.

## Disposition/Court Order:

Juan was found to have engaged in delinquent conduct, committed to the Texas Youth Commission (suspended) and placed in the custody of Chief Juvenile Probation Officer for placement.  Rules of probation were signed for one year.  The case will now be assigned to Field Services for supervision.

## Special Rules:

To make restitution in the amount of $50 payable through the Harris County Child Support Division, at $25 per month, beginning on 10/01/93 and on the 1st of each month thereafter until the amount is paid in full.

## Additional Information:

Placement is expected to be at the Burnett-Bayland Home.

The child is in the Detention Home.

164731.d
COURT ADMINISTRATOR:A.Herd:sls

INFORMAL ADJUSTMENT - RETURN TO COURT SUMMARY - JER

JH: 166724   JUV: GARCIA, JUAN   DATE: 5/7/93   JPO: F. GOINS

Case returned for Court action due to subsequent referral -
Burglary of a Habitat (BURHAB).   Juvenile was apprehended and
placed in detention on 5/7/93.

Juvenile referred to Informal Adjustment for alleged offense of
(PTHR) by District Attorney on a non-petition basis. Probation
officer Quinones conducted initial Assessment interview on
1/13/93 with mother and juvenile.  Problems reported were as
follows: 1) Juvenile repeated 1st and 3rd grades for fighting.
2) Juvenile truant and skips classes.   3) Juvenile is
disrespectful to authority figures and has negative behavior
problems.  4) Mother reports juvenile smokes cigarettes and
drinks. 5) Mother reported juvenile having negative peers.   6)
family involved with CPS on a sexual abuse charge by older
daughter, age 14, alleging step-father.  7) Daughter has been in
foster care for one year and step-father in jail for offense.
Probation officer contacted CPS caseworker, Debra Moss, and she
reported family was offered counseling and did not follow through
and that case is still active.  8) Juvenile does not read or
write.  Contract was signed by juvenile, mother and probation
officer regarding rules that needed to be followed.

Juvenile was required to attend Operation Kick It and Peer
Pressure Workshop but he has not.  Juvenile was also assigned
counseling.  Mother began counseling with therapist, LaDue
Juvenile refused to attend.  Probation officer Quinones staffed
case with therapist, LaDue concerning the alleged previous sexual
assault which was declined.  Therapist reported she would deal
with issue and make determination if it is warranted to make
referral to the Sexual Offender Counseling Program upon her
assessment at next scheduled counseling session.

Case was transferred to probation officer Goins on 1/13/93. While
on Informal Adjustment an expulsion hearing was held due to
juvenile having a gun on campus.  (No charges filed).  Juvenile
was to be placed at Harper Alternative School and was scheduled
for a meeting with Harper School officials on 3/26/93 but refused
to go.  According to mother, behavior at home has remained the
same.  Mother basically has no control over juvenile, as he comes
and goes as he pleases; occasionally staying out all night.
Mother reportedly called the police on juvenile in 4/93 due to
juvenile threatening her and younger sibling; juvenile also broke
some items.  And she reported a gun in the home; no charges were filed.
To date he has two (2) subsequent offenses that were included with
Informal decision at Initial Assessment (the expulsion and a
trespassing charge).

GARCIA, JUAN
J# 164731
RETURN TO COURT SUMMARY
PAGE 2

Mother has been somewhat cooperative with this Department. She has met with therapist twice. However, due to her inability to control juvenile, probation officer Goins discussed the possibility of her signing an affidavit; didn't make a commitment as she fluctuated between agreeing and refusal. Case was staffed with Supervisor, Linda Crocker and Administrator, Beth Perez, who advised to continue attempting to work with family. Probation officer Goins made a home visit as juvenile refused to come to office. Juvenile was then advised of possibility of case returning to Court due to non compliance. Juvenile agreed to comply and meet with therapist. However, failed to attend two (2) subsequent appointments scheduled by therapist. Juvenile allegedly had left home both times. Juvenile finally met with therapist and probation officer Goins on 5/3/93, after a month of attempting to get him to come in.

Probation officer Goins recommended juvenile be detained due to mother being unable to control juvenile and he is not doing anything except whatever he wants. It is felt family could benefit from counseling and long-term supervision appears warranted.

C.I.R. Requested.

HARRIS COUNTY JUVENILE PROBATION DEPARTMENT
TERESA V. RAMIREZ, EXECUTIVE DIRECTOR
3540 WEST DALLAS
HOUSTON, TX  77019-1796
(713) 521-4200


TO:      TEXAS YOUTH COMMISSION
         RECEPTION CENTER

FROM:    BURNETT-BAYLAND HOME
         (JUVENILE PROBATION OFFICER)

RE:      NAME:  GARCIA, JUAN MARTIN
         PETITION #  00082959
         JUVENILE #  0164731
         DETENTION TIME:  16 DAYS

DATE:    01/19/95


THE JUVENILE LISTED ABOVE WAS IN HELD IN DETENTION DURING THE DATES
SHOWN BELOW, IN CONNECTION WITH PETITION NUMBER 00082959


| <*** ADMITTED ***> | | <*** RELEASED ***> | | NUMBER |
| DATE | TIME | DATE | TIME | DAYS |
| 01/04/95 | 5:45 AM | | : AM | 16 |

PROBATION REVOKED * TYC SUSPENDED *
CUSTODY TO CJPO * PLACEMENT *

RECEIVED  164731

JUN ? 1994

BURNETT-BAYLAND HOME

NO. 82959 REOPEN

THE STATE OF TEXAS

IN THE 314TH DISTRICT COURT

COUNTY OF HARRIS

HARRIS COUNTY, T E X A S

IN THE MATTER OF  JUAN MARTIN GARCIA .

BE IT REMEMBERED that on the  18TH DAY OF APRIL, 1994  came on to be heard before the Court the above numbered and entitled cause and came the State of Texas by an Assistant District Attorney, KAREN MCASHAN  and came in person said child with

Attorney, JORGE CANTU  and said  CHILD'S MOTHER, ESTHER GARCIA

and all parties announced ready for hearing; and thereupon the Court, after hearing the pleading of all the parties and after hearing the evidence and arguments of counsel, finds that said child is a child under the meaning of Title III of the Texas Family Code who was

BORN ON THE 18TH DAY OF FEBRUARY, 1980   and further finds beyond a reasonable doubt that said child when over the age of ten years ad under the age of seventeen years engaged in delinquent conduct in that said child committed the

OFFENSE(S): VIOLATION OF PROBATION * TERRORISTIC THREAT * GENERAL ON THE 30TH DAY OF MARCH, 1994
as alleged in the petition and/or established by the evidence and is found to have engaged in delinquent conduct and said child's probation should be revoked.

AND IT FURTHER appearing to the Court that  JUAN MARTIN GARCIA  is in need of rehabilitation and that disposition should be made for said child's protection and for the protection of the public, and it is in the best interest of said child's health, safety, morals and education that said child should be committed to the care, custody and control of the TEXAS YOUTH COMMISSION, said COMMITMENT SUSPENDED, and placed in the custody of Teresa V. Ramirez, Chief Juvenile Probation Officer, Harris County, Texas for PLACEMENT under supervision of the Harris County Juvenile Probation Department, under the rules of probation for a ONE YEAR PERIOD  BEGINNING ON THE 18TH DAY OF APRIL, 1994   as listed on page(s) attached hereto and which is/are made a part of this order.

IT IS THEREFORE ORDERED, AND DECREED by the Court that JUAN MARTIN GARCIA   engaged in delinquent conduct and said child's PROBATION IS REVOKED. IT IS FURTHER ORDERED that said child should be committed to the care, custody and control of the TEXAS YOUTH COMMISSION, said COMMITMENT SUSPENDED, and placed in the custody of Teresa V. Ramirez, Chief Juvenile Probation Officer, Harris County, Texas for PLACEMENT under supervision of the Harris County Juvenile Probation Department, under the rules of probation for a ONE YEAR PERIOD BEGINNING ON THE 18TH DAY OF APRIL, 1994  as listed on page(s) attached hereto and which is/are made a part of this order, subject to further orders of the Court. Prior rules remain in effect and extended for a one year period.



RECEIVED

JUN 7 1994

BURNETT-BAYLAND HOME

The Court finds it is in the child's best interest to be placed outside the child's home; and reasonable efforts were made to prevent or eliminate the need for the child's removal from the home and to make it possible to return home; and further finds the child, in the child's home, cannot be provided the quality of care and level of support and supervision that the child needs to meet the condition of probation.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED by the Court that the Respondent attend school in order to comply with his/her rules of court ordered probation. It is further ordered that the school district where the child resides re-admit the Respondent in a school within their district or an accredited alternative school, pursuant to V.T.C.A., Education Code 21.3011(j).

Child support, probation fees and court costs are waived.

SIGNED on the _____ DAY OF ___MAY 2 7 1994___, 1994.


_____Robert B. Baum_____
JUDGE
314TH DISTRICT COURT
HARRIS COUNTY, T E X A S

B. LEVEL OF CARE

*Juan Martin Garcia*
*#08 30355*
*PIM*

PLACEMENT

ESTIMATED LEVEL OF CARE (DHS ONLY)........:

RECOMMENDED LEVEL OF CARE................: *05*

LIST THE KEY ELEMENTS, IN ORDER OF IMPORTANCE, THAT LED YOU
TO THE RECOMMENDED LEVEL OF CARE:

1. MOST IMPORTANT:

*He needs to gain greater respect for others and their property.*

2. NEXT MOST IMPORTANT:

*He needs to sit and obtain some educational goals.*

3. THIRD MOST IMPORTANT:

*He needs maximum Super.*

OTHER CONSIDERATIONS OR COMPONENTS (IF ANY)

PAGE 4          0164731    GARCIA, JUAN M.

LEVEL OF CARE ASSESSMENT
A. SCREENING PROFILE
==================================================================

11. MENTAL HEALTH

DOES THE CHILD HAVE MENTAL HEALTH
NEEDS REQUIRING TREATMENT?            _ YES  X NO  _ UNKNOWN

DATE OF MOST RECENT PSYCHOLOGICAL-PSYCHIATRIC EVALUATION: _____

DSM III DIAGNOSIS:

_____

_____

CONDITION
_ ACUTE  _ CHRONIC  _ UNKNOWN

SEVERITY
_ MILD  _ MODERATE  _ SEVERE  _ UNKNOWN

REQUIRES SPECIALIZED TREATMENT
_ YES  _ NO  _ UNKNOWN

PSYCHOTROPIC MEDICATIONS PRESCRIBED?
_ YES  _ NO  _ UNKNOWN

IF YES, SPECIFY:        _____   _____

                        _____   _____

==================================================================

REFERRING AGENCY/ORGANIZATION:        AGENCY CONTACT PERSON:

HARRIS COUNTY JUV. PROB. DEPT.        BURNETT-BAYLAND HOME

                                      TELEPHONE (INC A/C):    (713) 521-4200

AGENCY ADDRESS:  3540 WEST DALLAS

                 HOUSTON, TX  77019-1796

NAME OF PERSON COMPLETING FORM: PATRICIA M. SANDERS

TITLE: JPO                     DATE COMPLETED: __ ** DRAFT ** __

WHERE PLACED - FACILITY NAME AND LOCATION:

TEXAS YOUTH COMMISSION


PAGE 2.2      0164731    GARCIA, JUAN  M.

LEVEL OF CARE ASSESSMENT
A. SCREENING PROFILE

10. PHYSICAL HEALTH DISABILITIES

DOES THE CHILD HAVE A DIAGNOSED OR SUSPECTED
HEALTH CONDITION OR DISABILITY?.............:  _ YES  X NO  _ UNKNOWN

IF YES, DESCRIBE THE CONDITION AND TREATMENT REQUIRED, IF ANY:

-----------------------------------------------------------------------

-----------------------------------------------------------------------

    CONDITION
        _ ACUTE  _ CHRONIC  _ UNKNOWN

    SEVERITY
        _ MILD  _ MODERATE  _ SEVERE  _ UNKNOWN

    REQUIRES SPECIALIZED TREATMENT
        _ YES  _ NO  _ UNKNOWN

    LIST CURRENT MEDICATIONS:  ------------------------    ------------------------

                               ------------------------    ------------------------


    LIST ALLERGIES:            ------------------------    ------------------------

                               ------------------------    ------------------------


PAGE 2.1      0164731    GARCIA, JUAN  M.

47

LEVEL OF CARE ASSESSMENT
A. SCREENING PROFILE

6. HISTORY OF ABUSE/NEGLECT OF REFERRED CHILD

DOES THE CHILD HAVE A HISTORY OF ABUSE OR NEGLECT?  _ YES  X NO  _ UNKNOWN

IF YES, INDICATE DEGREE OF ABUSE/NEGLECT:

PHYSICAL
_ UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

EMOTIONAL
_ UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

SEXUAL
_ UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

NEGLECT
_ UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

ABANDONMENT?.................................:  _ YES  _ NO  X UNKNOWN

7-8. FAMILY/PARENTAL INVOLVEMENT

MANAGING CONSERVATOR:  X MOTHER  _ FATHER  _ DHS  _ OTHER  _ BOTH

MOTHER'S PARENTAL RIGHTS TERMINATED?  _ YES  X NO

FATHER'S PARENTAL RIGHTS TERMINATED?  _ YES  X NO

WILL FAMILY/OTHERS PARTICIPATE IN TREATMENT
OR COOPERATE WITH OTHERS?                    X YES  _ NO

CAN CHILD RETURN HOME?

X YES-PERMANENTLY  _ NO-NOT AT ALL  _ FOR VISITS ONLY  _ UNKNOWN

9. EDUCATION

HIGHEST GRADE COMPLETED: 5    CURRENTLY ENROLLED IN SCHOOL? X YES  _ NO

EDUCATIONAL NEEDS
_ REGULAR CLASSES  _ VOCATIONAL  _ RESOURCE X SPECIAL EDUCATION
_ ON CAMPUS        _ OTHER  SPECIFY:_____

HISTORY OF TRUANCY? X YES  _ NO  _ UNKNOWN

IQ SCORES:  FULL SCALE: 100    VERBAL: ___    PERFORMANCE: ___  _ UNKNOWN

DATE OF MOST RECENT IQ TEST: 22//07

NAME OF TEST: TONI-2

PAGE 2      0164731   GARCIA, JUAN  M.

48

LEVEL OF CARE ASSESSMENT
A. SCREENING PROFILE
===================================================================

5. SUBSTANCE ABUSE HISTORY

DOES THE CHILD HAVE A HISTORY OF SUBSTANCE ABUSE? _ YES  _ NO  X UNKNOWN

IF YES, INDICATE DEGREE OF SUBSTANCE ABUSE:

ALCOHOL

X UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

INHALANTS

X UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

MARIJUANA

X UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

COCAINE/CRACK

X UNKNOWN  _ NONE  _ MILD  _ MODERATE  _ SEVERE

OTHER DRUGS (SPECIFY)

_____  _ MILD  _ MODERATE  _ SEVERE

_____  _ MILD  _ MODERATE  _ SEVERE

_____  _ MILD  _ MODERATE  _ SEVERE

IS SPECIALIZED PROGRAM REQUIRED?     IF YES, SPECIFY:

_ YES  _ NO  X UNKNOWN          ->_____

PAGE 1.2     0164731    GARCIA, JUAN  MARTIN

49

LEVEL OF CARE ASSESSMENT
A. SCREENING PROFILE

=========================================================================

SPECIAL PROGRAM NEEDS                PREPARATION FOR          SPECIFY
_ MATERNITY                        _ ADULT LIVING    _ OTHER: _____

OTHER SIGNIFICANT PROBLEMS OR BEHAVIORS:

_____

_____

_____

_____

3. JUVENILE JUSTICE HISTORY

DOES THE CHILD HAVE A HISTORY OF INVOLVEMENT WITH THE JUVENILE
JUSTICE SYSTEM?.............: X YES  _ NO  _ UNKNOWN

IF YES:  NUMBER OF REFERRALS TO JUVENILE AUTHORITIES:   9

         NUMBER OF ADJUDICATIONS FOR DELINQUENT ACTS:   2/3

         NUMBER OF ADJUDICATIONS FOR CINS OFFENSES  :   0

CURRENT OFFENSE: N/A     - CURFEW VIOLATION

4. PLACEMENT HISTORY

HAS THE CHILD BEEN PLACED AWAY FROM HOME BEFORE?  DO
NOT INCLUDE STOPOVER PLACEMENTS SUCH AS EMERGENCY
SHELTERS, DETENTION, TYC RECEPTION, INFORMAL
PLACEMENTS WITH RELATIVES, OR RETURN(S) TO HOME.....: X YES  _ NO  _ UNKNOWN

IF YES:  NUMBER OF PREVIOUS OUT-OF-HOME PLACEMENTS........:   2

         NUMBER OF FAILED ADOPTION PLACEMENTS.............:   ____

         LOC OF CURRENT/MOST RECENT OUT-OF-HOME PLACEMENT :   ____

         DATE OF DISCHARGE FROM MOST RECENT OUT-OF-HOME PLACEMENT: _____

REASON FOR DISCHARGE: _____

_____

PAGE 1.1      0164731    GARCIA, JUAN  MARTIN

LEVEL OF CARE ASSESSMENT
A. SCREENING PROFILE

```
GARCIA, JUAN MARTIN_____      02/18/80_____      14      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__ VerDHS
CHILD'S NAME (LAST, FIRST)         DATE OF BIRTH       AGE     SOCIAL SECURITY NUMBER
```

X M _ F   S _____   ENGLISH_____              ~~0164731~~ 0830355
SEX       ETHNICITY PRIMARY LANGUAGE                     CHILD'S AGENCY ID NBR

~~5'04~~    ~~125~~      ~~160~~  RC
HEIGHT    WEIGHT    RELIGIOUS PREF

~~HARRIS COUNTY DETENTION CENTER~~ BPC                   US_____
CHILD'S CURRENT LOCATION                                 CITIZENSHIP

BIRTH CERTIFICATE ATTACHED: (X YES)  _ NO  _ UNKNOWN

PLACE OF BIRTH:          CITY: HOUSTON          COUNTY: HARRIS

                         STATE: TX              COUNTRY: US

1. BRIEFLY DESCRIBE YOUR IMPRESSIONS OF THE CHILD INCLUDING PRESENT PROBLEMS:

   HE IS IMPULSIVE AND NARCISSISTIC. HE HAS NO CONCEPT OF CONSEQUENCES

   FOR HIS BEHAVIOR. HE IS MANIPULATIVE AND ABUSIVE OF OTHERS. HE HAS A

   HISTORY OF GANG AFFILIATION, THOUGH HE NOW DENIES IT.

   _____

   BRIEFLY DESCRIBE THE CHILD'S STRENGTHS:

   HE IS OF AVERAGE INTELLIGENCE.

   _____

   _____

2. SPECIAL NEEDS, PROGRAMS AND BEHAVIORS

   IS CHILD CONSIDERED                IS CHILD CONSIDERED
   A DANGER TO SELF?  _ YES X NO      A DANGER TO OTHERS?  _ YES  X NO

   NBR RUNAWAYS                       NBR RUNAWAYS
   FROM HOME:  ____                   FROM PLMT:  2

   ANY HISTORY OF SETTING FIRES?  _ YES  X NO

PAGE 1       0164731    GARCIA, JUAN MARTIN

C.   REFERRAL/ADMISSIONS PACKET

SECTION 1 - SOCIAL AND DEVELOPMENTAL ASSESSMENT

DESCRIBE THE CHILD'S GENERAL SOCIAL AND DEVELOPMENTAL HISTORY.   FEEL FREE TO
EXPAND THE DESCRIPTION OF YOUR IMPRESSIONS OF THE CHILD.   BE CERTAIN THAT YOU
INCLUDE ALL THE FOLLOWING:

A. A DESCRIPTION OF THE CIRCUMSTANCES THAT LED TO THE CHILD'S REFERRAL.

   HE RANAWAY FROM PLACEMENT, REMAINED AT LARGE FOR APPROXIMATELY 6

   MONTHS

   _____

   _____

B. THE IMMEDIATE AND LONG RANGE GOALS OF PLACEMENT.

   BRING UP TO GRADE LEVEL; DEVELOP ABILITY TO ANTICIPATE AND REALISTICAL

   LY RESPOND TO BEHAVIORAL CONSEQUENCES.

   _____

   _____

C. A DESCRIPTION OF THE CHILD'S RELATIONSHIP WITH SIGNIFICANT ADULTS & CHILDREN.

   HE IS EXPLOITATIVE AND ABUSIVE OF OTHERS, BOTH ADULTS AND CHILDREN.

   _____

   _____

   _____

PAGE 5        0164731    GARCIA, JUAN  M.

C.   REFERRAL/ADMISSIONS PACKET

SECTION 1 - SOCIAL AND DEVELOPMENTAL ASSESSMENT

D. A DESCRIPTION OF CHILD'S BEHAVIOR INCLUDING APPROPRIATE & INAPPROPRIATE.

ALREADY DESCRIBED

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

E. THE CHILD'S DEVELOPMENT HISTORY AND CURRENT LEVEL OF FUNCTIONING.

NOTHING REMARKABLE IN DEVELOPMENTAL HISTORY.

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

PAGE 5.1      0164731   GARCIA, JUAN  M.

SECTION 2 - SPECIAL NEEDS, PROBLEMS AND BEHAVIORS

DESCRIBE IN DETAIL THE SPECIAL NEEDS, PROBLEMS, OR BEHAVIORS IDENTIFIED IN
SECTION 2 OF THE SCREENING PROFILE.

A. SUICIDE HISTORY. DESCRIBE SUICIDE ATTEMPTS & GESTURES IN DETAIL. INCLUDE THE
   NUMBER OF SUICIDE ATTEMPTS, & THE DATE OF THE LAST KNOWN SUICIDE ATTEMPT.

   NONE.

   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------

B. HISTORY OF CHILD'S ASSAULTIVE BEHAVIOR.

   HE HAS REFERRALS FOR TERRORISTIC THREAT, AGGRAVATED ASSAULT AND AGGRAV

   ATED SEXUAL ASSAULT.

   ------------------------------------------------------------------------
   ------------------------------------------------------------------------

C. RUNAWAY HISTORY.

   HE HAS TWICE ABSCONDED FROM PLACEMENT.

   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------

D. OTHER SIGNIFICANT NEEDS, PROBLEMS AND BEHAVIORS(INCLUDING SETTING FIRES,
   MATERNITY, ETC.).

   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------
   ------------------------------------------------------------------------

PAGE 6        0164731    GARCIA, JUAN  M.

54

# SECTION 3 - JUVENILE JUSTICE HISTORY

|  |  |  |  | DISPOSITIONS |  |  |
|---|---|---|---|---|---|---|
| **REFERRALS** | | | | | | |
| DATE | PENAL CODE | LEVEL* | TYPE** | DATE | LEVEL* (LIST ONLY IF DIFFERENT FROM REFERRAL) | PENAL CODE |
| 01/04/95 | N/A 73.22  FC  CURFEW VIOLATION | FC | RD-DS (A.T.) 3 | 01/04/95 | | |
| 08/13/94 | 28.03  MISCHIEF - LESS THAN $20 | MI-C | RD-CR | 01/04/95 | | |
| 03/31/94 | 22.02  AGGRAVATED ASSAULT | FL-3 | AP 2 | 05/27/94  TERRORISTIC THREAT - GENERAL | MI-B | 22.07 |
| 07/16/93 | N/A 73.22  VIO. JUVENILE CURFEW ORDINANCE | MI-U FC | RD-DS | 07/16/93 | | |
| 05/17/93 | 28.03  MISCHIEF-$200/$749.99 DAMAGE | MI-A | RD-CR | 07/16/93 | | |
| 05/07/93 | 30.02  BURGLARY OF A HABITAT | FL-1 | AP 1 | 08/24/93  THEFT - $200/$749.99 VALUE | MI-A | 31.03 |
| 02/04/93 | 30.05  TRESPASS - GENERAL | MI-B | RD-CR | 05/18/93 | | |
| 12/14/92 | 22.07  TERRORISTIC THREAT - GENERAL | MI-B | RD-IA | 05/18/93 | | |
| 04/30/92 | 22.021  AGG SEX ASLT-CHILD UNDER 14YRS | FL-1 | RD-IA | 05/26/92 | | |

TOTAL NBR OF REFERRALS(COUNT ONLY 1 PER DATE): 9
TOTAL NBR OF ADJS/CERTIFICATIONS(AP,AT,PT, OR CA-COUNT ONLY 1 PER DATE): 2

| *LEVEL OF OFFENSE CODES: | **TYPE OF DISPOSITION CODES: | |
|---|---|---|
| FL=FELONY | CR=COUNSELED & RELEASED | RD=REFUSED/DISMISSED |
| MI=MISDEMEANOR | IA=INFORMAL ADJUSTMENT | AT=ADJUDICATED TO TYC |
| FC=FAMILY CODE | AP=ADJUDICATED TO PROBATION | CA=CERTIFIED AS ADULT |
|  | IW=INCLUDED WITH ANOTHER | OP=NO FINAL ADJUDICATION |

PAGE 7      0164731    GARCIA, JUAN M.

55

BRIEFLY DESCRIBE THE CHILD'S HISTORY OF DELINQUENCY.  INCLUDE A DESCRIPTION OF
CONTRIBUTING FACTORS, WHETHER THE CHILD IS A FOLLOWER OR A LEADER, AND
DELINQUENCY PATTERNS YOU DETECT.

THIS IS HIS THIRD ADJUDICATION.  HE WAS PREVIOUSLY ADJUDICATED FOR

THEFT AND CRIMINAL TRESPASS; THEN FOR TERRORISTIC THREAT. HIS FIRST

REFERRAL WAS FOR AGGRAVATED SEXUAL ASSAULT, WHEN HE ALLEGEDLY FORCED

ANOTHER YOUTH TO PERFORM ORAL SEX.

DESCRIBE THE MOST RECENT CRIMINAL EPISODE, CONTRIBUTING FACTORS, THE CHILD'S
ACTIONS OR ROLE IN THE EPISODE, AND HOW THIS EPISODE FITS INTO THE CHILD'S
HISTORY OF DELINQUENCY.

HE WAS PICKED UP FOR CURFEW VIOLATION, RIDING IN WHAT WAS APPARENTLY A

STOLEN CAR.  AT THE TIME HE WAS ON ELOPEMENT FROM PLACEMENT.

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

=============================================================================

DOES THE CHILD ADMIT GANG AFFILIATION?................: X YES  _ NO

    IF YES, GANG NAME:  FOURTH WARD POSSE

DO ANY FAMILY MEMBERS/RELATIVES HAVE GANG AFFILIATION?: _ YES  _ NO  X UNKNOWN

    IF YES, GANG NAME: _____

=============================================================================

TYC COMMITMENT:                                                    1-19-95
                                                         DATE: 01/05/95

    COUNTY: HARRIS          (illegible)

    JUDGE'S LAST NAME:  ROBERT B. BAUM

    COURT NAME/CODE: 314TH FAMILY DISTRICT COURT / 314TH CAUSE NO.: 00082959

    PROSECUTING ATTORNEY: CHIEF PROS ATTY, 314       PROB. I.D. NO.: 1100

=============================================================================

PAGE 8        0164731    GARCIA, JUAN  M.

56

TYPE OF COMMITMENT:
                    _ DIRECT COMMITMENT   X REVOCATION OF PROBATION
PROBATION FAILURE.:  X YES  _ NO
IF YES, DESCRIBE MOST SERIOUS OFFENSE FOR WHICH ON PROBATION:

    TERRORISTIC THREAT - GENERAL

OFFENSE CODE......:  22.07  TERRORISTIC THREAT - GENERAL

REASON FOR FAILURE:

    CURFEW VIOLATION

DESCRIPTION OF CURRENT OFFENSE:  CURFEW VIOLATION

CURRENT OFFENSE CODE..........:  N/A 73.22

WEAPON USED:    _ FIREARM  _ CUTTING INST   _ BLUNT OBJECT  _ HANDS, FEET, ETC.,
                _ OTHER    X NONE           _ UNKNOWN

DETERMINATE SENTENCE: _ YES  X NO    TIME(YRS./MOS.): ____,____

OFFENSE LEVEL:  FELONY                     MISDEMEANOR
                CAPITAL  _ 1  _ 2  _ 3     _ A _ B  _ C
                (X OTHER SPECIFY: _____

GANG RELATED: _ YES  X NO

DATE OF PRIOR TYC COMMITMENT: _____

DESCRIPTION OF OFFENSE......: _____

OFFENSE CODE...............: _____

        ATTACH ALL COURT ORDERS INVOLVING THE JUVENILE JUSTICE SYSTEM

PAGE 8.1      0164731    GARCIA, JUAN  M.

SECTION 4 - PLACEMENT HISTORY
START WITH THE CHILD'S FIRST OUT-OF-HOME PLACEMENT:
=====================================================================================
08/25/93_____ BURNETT-BAYLAND HOME_____  _____
DATE PLACED  NAME OF FACILITY OR LIVING ARRANGEMENT                 LICENSE TYPE

_____  _____
ADDRESS                                                   CONTACT PERSON

_____  _____  _____
TELEPHONE NO.    DATE PLACEMENT ENDED      REASON PLACEMENT ENDED

                        _ YES _ NO _ UNKNOWN
_____  CONTINUED CONTACT OF CHILD WITH PLACEMENT RECOMMENDED
LOC AND DATES ASSIGNED
=====================================================================================
04/19/94_____ BURNETT-BAYLAND HOME_____  _____
DATE PLACED  NAME OF FACILITY OR LIVING ARRANGEMENT               LICENSE TYPE

_____  _____
ADDRESS                                                   CONTACT PERSON

_____  _____  _____
TELEPHONE NO.    DATE PLACEMENT ENDED      REASON PLACEMENT ENDED

                        _ YES _ NO _ UNKNOWN
_____  CONTINUED CONTACT OF CHILD WITH PLACEMENT RECOMMENDED
LOC AND DATES ASSIGNED
=====================================================================================
_____  _____
DATE PLACED  NAME OF FACILITY OR LIVING ARRANGEMENT        LICENSE TYPE

_____  _____
ADDRESS                                                   CONTACT PERSON

_____  _____  _____
TELEPHONE NO.    DATE PLACEMENT ENDED      REASON PLACEMENT ENDED

                        _ YES _ NO _ UNKNOWN
_____  CONTINUED CONTACT OF CHILD WITH PLACEMENT RECOMMENDED
LOC AND DATES ASSIGNED
=====================================================================================
_____  _____
DATE PLACED  NAME OF FACILITY OR LIVING ARRANGEMENT        LICENSE TYPE

_____  _____
ADDRESS                                                   CONTACT PERSON

_____  _____  _____
TELEPHONE NO.    DATE PLACEMENT ENDED      REASON PLACEMENT ENDED

                        _ YES _ NO _ UNKNOWN
_____  CONTINUED CONTACT OF CHILD WITH PLACEMENT RECOMMENDED
LOC AND DATES ASSIGNED
PAGE 9       0164731    GARCIA, JUAN M.

SECTION 5 - SUBSTANCE ABUSE HISTORY

A. DESCRIBE THE CHILD'S HISTORY OF SUBSTANCE USE, ABUSE, MANUFACTURE,
   POSSESSION, AND/OR DELIVERY.

   UNKNOWN

   ------------------------------------------------------------------
   ------------------------------------------------------------------
   ------------------------------------------------------------------
   ------------------------------------------------------------------

B. DESCRIBE THE CHILD'S FAMILY HISTORY OF SUBSTANCE USE, ABUSE, MANUFACTURE,
   POSSESSION, AND/OR DELIVERY. INCLUDE NOT ONLY PARENTS AND SIBLINGS, BUT
   ALSO EXTENDED FAMILY MEMBERS, SUCH AS GRANDPARENTS, AUNTS, UNCLES, ETC.,
   EVEN IF THEY DO NOT LIVE IN THE SAME HOUSEHOLD AS THE CHILD.

   UNKNOWN

   ------------------------------------------------------------------
   ------------------------------------------------------------------
   ------------------------------------------------------------------
   ------------------------------------------------------------------

C. DESCRIBE ANY TREATMENT THE CHILD HAS RECEIVED FOR SUBSTANCE ABUSE AND THE
   SUCCESS OR FAILURE OF THIS TREATMENT. INCLUDE INFORMATION SUCH AS THE LENGTH
   AND DATES OF TREATMENT, WHETHER THE PROGRAM WAS RESIDENTIAL OR OUTPATIENT,
   WHETHER THE CHILD COMPLETED THE PROGRAM, WHETHER THE FAMILY WAS INCLUDED
   IN TREATMENT, ETC.

   UNKNOWN

   ------------------------------------------------------------------
   ------------------------------------------------------------------
   ------------------------------------------------------------------

PAGE 10     0164731     GARCIA, JUAN  M.

SECTION 6 - HISTORY OF ABUSE/NEGLECT OF REFERRED CHILD

A. TYPE OF ABUSE/NEGLECT (CHECK ALL THAT APPLY):

| | | |
|---|---|---|
| ABANDONMENT.............: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |
| MEDICAL NEGLECT........: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |
| EMOTIONAL ABUSE........: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |
| SEXUAL ABUSE...........: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |
| NEGLECTFUL SUPERVISION: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |
| PHYSICAL NEGLECT.......: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |
| PHYSICAL ABUSE.........: | _ REASON TO BELIEVE | _ LEGALLY CONFIRMED/ADJUDICATED |

==========================================================================

B. WHAT DID THE PARENT/PERPETRATOR DO?  SUMMARIZE THE ROLE OF EACH PARENT/
   PERPETRATOR.

   ----------------------------------------------------------------------

   ----------------------------------------------------------------------

   ----------------------------------------------------------------------

   ----------------------------------------------------------------------


C. WHAT HAPPENED TO THE CHILD?  SUMMARIZE THE EXTENT OF HARM (OR THE
   SUBSTANTIAL RISK OF HARM) TO THE CHILD.

   ----------------------------------------------------------------------

   ----------------------------------------------------------------------

   ----------------------------------------------------------------------

   ----------------------------------------------------------------------


PAGE 11      0164731    GARCIA, JUAN  M.

● *Change*
↓

SECTION 7 – FAMILY HISTORY
=========================================================================

*Andrews #7*
HOME ADDRESS: 1703 ~~ANDERSON~~

    CITY: HOUSTON      COUNTY: HARRIS      STATE: __

    COUNTRY: _____   ZIP: 77019

      PHONE: ( 713) 586 – 3261
=========================================================================

MARITAL STATUS OF BIRTH PARENTS:
   X NEVER MARRIED  _ MARRIED  _ DIVORCED  _ SEPARATED  _ WIDOWED  _ UNKNOWN

MARITAL STATUS OF ADOPTIVE PARENTS:
   _ NEVER MARRIED  _ MARRIED  _ DIVORCED  _ SEPARATED  _ WIDOWED  _ UNKNOWN
=========================================================================

DEATH IN IMMEDIATE FAMILY (LIST NAMES, RELATIONSHIPS AND AGE OF REFERRED CHILD
AT THE TIME OF DEATH).

IF ADOPTED, WHAT DOES THE CHILD KNOW ABOUT HIS OR HER BIRTH PARENTS?
=========================================================================

PERSONS IN HOME:

  FATHER: _____  DATE OF BIRTH: __/__/__

  TYPE OF PARENT: _ BIRTH  _ ADOPTIVE  _ STEP   SSN: _____

  MOTHER: ESTHER DELACRUZ GARCIA     DATE OF BIRTH: //

  TYPE OF PARENT: X BIRTH  _ ADOPTIVE  _ STEP   SSN: _____

PAGE 12    0164731  GARCIA, JUAN  M.

## SECTION 7 - FAMILIY HISTORY (CONTINUED)

NUMBER OF BLOOD SIBLINGS IN HOME: 2
NUMBER OF OTHER CHILDREN IN HOME: _____

BLOOD SIBLINGS IN HOME

| SIBLING NAME | BIRTHDATE |
|---|---|
| PRISCILLA ANJELICA GARCIA | __/__/__ |
| ALEXANDRIA MARIA GARCIA | __/__/__ |

OTHER CHILDREN IN HOME

| SIBLING NAME | BIRTHDATE | RELATIONSHIP |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

OTHER SIGNIFICANT ADULTS IN HOME

| ADULT NAME | BIRTHDATE | RELATIONSHIP |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

PAGE 12.1     0164731    GARCIA, JUAN  M.

SIGNIGICANT PERSONS OUT OF HOME
================================================================================

FATHER: _____     DATE OF BIRTH: __/__/__

TYPE OF PARENT: _ BIRTH  _ ADOPTIVE  _ STEP     SSN: _____

    ADDRESS: _____

       CITY: _____ COUNTY: _____     STATE: __

    COUNTRY: _____     ZIP: _____

      PHONE: ( ___ ) ___ - _____

CURRENTLY INVOLVED WITH CHILD?: _ YES  _ NO


MOTHER: _____     DATE OF BIRTH: __/__/__

TYPE OF PARENT: _ BIRTH  _ ADOPTIVE  _ STEP     SSN: _____

    ADDRESS: _____

       CITY: _____ COUNTY: _____     STATE: __

    COUNTRY: _____     ZIP: _____

      PHONE: ( ___ ) ___ - _____

CURRENTLY INVOLVED WITH CHILD?: _ YES  _ NO

================================================================================
OTHER SIGNIFICANT PERSONS OUT OF HOME

    NAME OF PERSON                          BIRTHDATE       RELATIONSHIP

    _____         _____     _____

    _____         _____     _____

    _____         _____     _____

    _____         _____     _____

    _____         _____     _____

    _____         _____     _____

    _____         _____     _____


PAGE 13      0164731    GARCIA, JUAN  M.

CHARACTERISTICS OF INDIVIDUAL FAMILY AS A WHOLE WITH WHOM CHILD HAS LIVED:

VIOLENT TOWARD FAMILY MEMBERS.......................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

SUICIDE............................................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

SUBSTANCE ABUSE PROBLEMS...........................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

CRIMINAL BEHAVIOR..................................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

INVOLVING A CHILD IN CRIMINAL BEHAVIOR.............:  _ YES   X NO

     MALE: _____

     FEMALE: _____

MENTAL RETARDATION OR LIMITED INTELLECTUAL ABILITY:  _ YES   X NO

     MALE: _____

     FEMALE: _____

MENTAL ILLNESS OR DISABILITY.......................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

PHYSICAL ILLNESS OR DISABILITY.....................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

SEXUAL DEVIANT.....................................:  _ YES   X NO

     MALE: _____

     FEMALE: _____

PAGE 13.1     0164731   GARCIA, JUAN  M.

================================================================

CHARACTERISTICS OF THE FAMILY AS A WHOLE WITH WHOM THE CHILD HAS LIVED:

| | NOT AT ALL | SOMEWHAT/ SOMETIMES | VERY MUCH OR OFTEN |
|---|---|---|---|
| CHRONIC POVERTY........................................: | _ | _ | X |
| CHAOTIC HOME ENVIRONMENT...............................: | _ | X | _ |
| RIGID, INFLEXIBLE......................................: | X | _ | _ |
| SMOTHERING, INDIVIDUALIZATION OF MEMBERS DISCOURAGED.: | X | _ | _ |
| ENMESHED, FEW OUTSIDE INVOLVEMENTS.................. ..: | X | _ | _ |
| DISCIPLINE SKILLS LACKING..............................: | _ | _ | X |
| DIFFICULT OR UNACCEPTABLE TO EXPRESS EMOTIONS..... ..: | _ | X | _ |
| FREQUENT FAMILY MOVES OR SCHOOL MOVES..............  ..: | _ | X | _ |
| CHILD MOVED FROM 1 PARENT OR FAMILY MEMBER TO ANOTHER: | X | _ | _ |
| CONCERN WITH PSYCHOSOMATIC COMPLAINTS..................: | X | _ | _ |
| SOCIAL ISOLATION.......................................: | X | _ | _ |
| ILLITERACY............................................: | X | _ | _ |

PAGE 13.2     0164731    GARCIA, JUAN  M.

BRIEFLY DESCRIBE THE CHILD'S RELATIONSHIPS WITH FAMILY MEMBERS AND SIGNIFICANT
OTHERS BOTH IN AND OUT OF HOME.   ADDRESS BOTH STRENGTHS AND WEAKNESSES.

ABUSIVE OF FAMILY MEMBERS.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

BRIEFLY DESCRIBE THE OVERALL FAMILY SITUATION, HIGHLIGHTING THE POSITIVE AND
NEGATIVE ASPECTS OF THE CHILD'S FAMILY ENVIRONMENT INCLUDING ALL THE
"FAMILY CHARACTERISTICS" CHECKED AFFIRMATIVELY ON PAGE 13.

SINGLE MOTHER W/3 CHILDREN; FATHER HAS NEVER BEEN IN THE PICTURE. MOTH

ER HAD POLIO AS A CHILD AND IS CRIPPLED.  A CONDITION WHICH HAS CAUSED

HER TO BE RIDICULED BY HER SON.

-------------------------------------------------------------------------------

OTHER SIGNIFICANT INFORMATION.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

PAGE 14        0164731   GARCIA, JUAN  M.

SECTION 8 - FINANCIAL INFORMATION

ATTACH:  A COPY OF CLIENT'S MEDICAID CARD, IF ANY.

NAME OF RESPONSIBLE MALE: _____ DISABLED? _ YES _ NO

OCCUPATION: _____

EMPLOYER: _____ SALARY: $ _____ . ____ PER:__

EMPLOYER'S ADDRESS: _____

OTHER INCOME SOURCE(1): _____ AMOUNT: $ _____ . _____

OTHER INCOME SOURCE(2): _____ AMOUNT: $ _____ . _____

NAME OF RESPONSIBLE FEMALE: *Esther Garcia* _____ DISABLED? _ YES _ NO

OCCUPATION: _____

EMPLOYER: _____ SALARY: $ _____ . _____ PER:__

EMPLOYER'S ADDRESS: _____

OTHER INCOME SOURCE(1): *Food Stamps* _____ AMOUNT: $ *247. 00*

OTHER INCOME SOURCE(2): *AFDC* _____ AMOUNT: $ *92.00*

IS THE FAMILY ELIGIBLE FOR MEDICAID?..................: X YES _ NO _ UNKNOWN

IS THE FAMILY CURRENTLY RECEIVING MEDICAID?...........: X YES _ NO X UNKNOWN

FUNDS APPLICABLE TO CHILD:

| | AMOUNT | ACCT. NO. | RECEIVED BY |
|---|---|---|---|
| VA: | $ _____ . ____ | _____ | _____ |
| SOCIAL SECURITY: | $ _____ . ____ | _____ | _____ |
| CHAMPUS: | $ _____ . ____ | _____ | _____ |
| AFDC/SPFC: | $ _____ . ____ | | |
| COUNTY PAID FC: | $ _____ . ____ | | |
| | AMOUNT | PAID BY | COUNTY |
| CHILD SUPPORT : | $ _____ . ____ | _____ | _____ |

PAGE 15      0164731   GARCIA, JUAN  M.

SECTION 8 - FINANCIAL INFORMATION

INSURANCE APPLICABLE TO CHILD:

INSURANCE COMPANY NAME                POLICY HOLDER                POLICY NO.

(1) UNKNONW                           UNKNOWN                      UNKNOWN

(2) _____      _____      _____

(3) _____      _____      _____

TYPE OF INSURANCE:

  _ BASIC MEDICAL _ HOSPITALIZATION _ BASIC DENTAL _ ORTHODONTIC _ MENTAL HEALTH

OTHER RESOURCES APPLICABLE TO CHILD:

     _____

     _____

     _____

     _____

PAGE 15.1      0164731    GARCIA, JUAN  M.

SECTION 9 - EDUCATION

ATTACH:  A. CURRENT IEP
         B. MOST RECENT ARD COMMITTEE REPORT (IF ANY)
         C. TRANSCRIPT
         D. ADAPTIVE BEHAVIOR LEVEL INFORMATION (IF ANY)
=================================================================

NAME OF MOST RECENT SCHOOL ATTENDED: GREGORY/LINCOLN EDUCATION

                         DISTRICT: HOUSTON
ADDRESS (FILL IN CITY AND STATE AT LEAST, AND STREET ADDRESS IF KNOWN):

   -----------------------------------------------------------

HIGHEST GRADE ENROLLED: 06            GRADES....: _ PASSING  _ FAILING

SCHOOL ATTENDANCE.....: _ REGULAR  X NEVER    _ IRREGULAR
TYPE OF CLASS.........: _ REGULAR  X SPECIAL   _ VOCATIONAL

SCHOOL BEHAVIOR WITHIN LAST 12 MONTHS........:
     NUMBER OF DOCUMENTED DISRUPTIVE INCIDENTS:    _____
     NUMBER OF SUSPENSIONS....................:    _____
     NUMBER OF EXPULSIONS.....................:    _____

=================================================================

DESCRIBE ANY EDUCATIONAL PROBLEMS, NEEDS, OR BEHAVIORS NOT OTHERWISE
DOCUMENTED.  ADD ANY ADDITIONAL INFORMATION YOU FEEL IS IMPORTANT.

   -----------------------------------------------------------

   -----------------------------------------------------------

   -----------------------------------------------------------

   -----------------------------------------------------------

SECTION 10 - PHYSICAL HEALTH/DISABILITIES
ATTACH:  A. MEDICAL RECORDS
            (1) PHYSICAL EXAMINATION
            (2) IMMUNIZATION RECORDS
         B. DENTAL RECORDS

DESCRIBE ANY PHYSICAL HEALTH PROBLEMS OR DISABILITY NOT OTHERWISE
DOCUMENTED.  ADD ANY ADDITIONAL INFORMATION YOU FEEL IS IMPORTANT.

   -----------------------------------------------------------

   -----------------------------------------------------------

   -----------------------------------------------------------

   -----------------------------------------------------------

PAGE 16      0164731   GARCIA, JUAN  M.