Incident no. 149649995 I○ RRENT INFORMATION REPOR○            PAGE 2.003

        SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-2.08
        ***********************************************************
        *   ENTRY DEVICE: TOSHIBA 486 G045111                     *
        *   ENTRY FROM DATE-122995 TIME-2031  TO  DATE-122995 TIME-2057   *
        *   TRANSFER DEVICE: JUVENILE AST 386SX20 G040447 X13   VER. 2.09-1*
        *   TRANSFER DATE-122995 TIME-2003   LOAD DATE-122995 TIME-2005   *
        *   LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 03      DIST-03  *
        ***********************************************************

                            END OF PAGE TWO

# TEXAS YOUTH COMMISSION
## HEARING MANAGER'S REPORT OF A LEVEL II HEARING

Case Number: 0830355      Youth's Name: Garcia    Juan
                                            Last        First        MI

Current Program Assignment: Southwest Key Day Treatment

Location of Hearing: 3540 W. Dallas      Incident Pointer: 5

Date of Hearing: 8-31-95      Time: 10:00    (a.m./p.m.)

Staff Representative: Carolyn Rogers                    P.O. III
                            Name                          Title
Youth's Advocate: Vincent Agu                          P.O. III
                            Name                          Title
Hearing Manager: Richard Morris                        P.O.
                            Name                          Title

Others Present:
1. Juan Garcia            3. _____
2. Esther Garcia          4. _____

### ALLEGATIONS

| Code | Description | Date of Offense/ Rule Violation | Proved (Y/N) | Felony (Y/N) |
|------|-------------|-------------------------------|--------------|--------------|
| 1. 0019 | Non compliance/ failure to attend S.K.D.T. | 8-24-96 | Y | |
| 2. 0019 | Non compliance/ failure to attend S.K.D.T. | 8-25-95 | Y | |
| 3. 0019 | Non compliance/ failure to attend S.K.D.T. | 8-14-95 | Y | |
| 4. 0019 | Non compliance/ failure to attend S.K.D.T. | 8-28-95 | Y | |
| 5. 0019 | Non compliance/ failure to attend S.K.D.T. | 8-11-95 | Y | |

### EVIDENCE

| | | |
|---|---|---|
| _____ Police Reports | _____ Youth Statement | _____ Behavior Summary |
| ✓ Incident Reports | _____ Staff Statement | ✓ Witness Testimony |
| _____ Other: | | |

### FINDINGS

_____ No Misconduct Proved
_____ Misconduct proved constitutes
    _____ HRO    High Risk Offense
    _____ FO     Felony Offense
    _____ MRHR   Major Rule Violation and Previous Classification for High Risk Offense
    _____ SBI    Major Rule Violation Causing Substantial Bodily Injury
    _____ 2MAJ   Two or more Major Rule Violations within 30 days
    _____ 3MAJ   Three or more Major Rule Violations   Only One Major rule violation proved
_____ Extenuating Circumstances Found   Does not meet Criteria for disciplinary transfer

### DISPOSITION

1. _____ SPU    Status and Placement Unchanged
2. _____ TR     Disciplinary Transfer - It would be contrary to the welfare of the youth to remain in the current placement.
         TP     Temporary Placement at _____
         PP     Permanent Placement at _____
3. _____ LOS    Assignment of Minimum Length of Stay of _____ Months From _____
4. _____ FUP    Follow-up Placement at _____
5. _____ FUR    Follow-up Placement Not Appropriate

Richard M. Morris                              8-31-95
Hearing Manager's Signature                    (Date)

Executive Director's Decision: _____ Approved  _____ Disapproved  _____ Reduced

Helen George                                   9-1-95
Executive Director/Designee Signature          (Date)
Institutional Superintendent or Regional Director Signature (signifies this report
has been reviewed by the administrator to assure consistent application of policy).

CCF-170                    YOUTH COPIED: ☐



# TEXAS YOUTH COMMISSION
## HEARING MANAGER'S REPORT OF A LEVEL II HEARING

Case Number: 0830355   Youth's Name: *Garcia, Juan*
                                        Last        First        MI

Current Program Assignment: *Southwest Key Daytreatment*

Location of Hearing: *3540 W. Dallas*   Incident Pointer: *5*

Date of Hearing: *8/31/95*   Time: *9:30*   (a.m. / p.m.)

Staff Representative: *Carolyn Rogers*   *P.O. III*
                       Name                  Title

Youth's Advocate: *Vincent Agu*   *P.O. III*
                   Name              Title

Hearing Manager: *Richard Morris*   *P.O. II*
                  Name                Title

Others Present: *Esther Garcia*
1. _____   3. _____
2. _____   4. _____

### ALLEGATIONS

| Code | Description | Date of Offense/ Rule Violation | Proved (Y/N) | Felony (Y/N) |
|------|-------------|-------------------------------|--------------|--------------|
| 1. 0019 | *Non Compliance / Written Reasonable Request* | 8/10-11/95 | | |
| 2. | " " | 8/14-21/95 | | |
| 3. | " " " " " | 8/23-24/95 | | |
| 4. | " " " | 8/25-28/95 | | |
| 5. | | | | |

### EVIDENCE

| | | | |
|---|---|---|---|
| ✓ | Police Reports | | Youth Statement |  | Behavior Summary |
| ✓ | Incident Reports | | Staff Statement | ✓ | Witness Testimony |
| | Other: *Chronos* | | | | |

### FINDINGS

____ No Misconduct Proved
____ Misconduct proved constitutes
  ____ HRO    High Risk Offense
  ____ FO     Felony Offense
  ____ MRHR   Major Rule Violation and Previous Classification for High Risk Offense
  ____ SBI    Major Rule Violation Causing Substantial Bodily Injury
  ____ 2MAJ   Two or more Major Rule Violations within 30 days
  ____ 3MAJ   Three or more Major Rule Violations
____ Extenuating Circumstances Found

### DISPOSITION

1. ____ SPU   Status and Placement Unchanged
2. ____ TR    Disciplinary Transfer - It would be contrary to the welfare of the youth to remain in the current placement.
   ____ TP    Temporary Placement at _____
   ____ PP    Permanent Placement at _____
3. ____ LOS   Assignment of Minimum Length of Stay of _____ Months From _____
4. ____ FUP   Follow-up Placement at _____
5. ____ FUR   Follow-up Placement Not Appropriate

_____   _____
Hearing Manager's Signature          (Date)

Executive Director's Decision: ____ Approved   ____ Disapproved   ____ Reduced

_____   _____
Executive Director/Designee Signature   (Date)

_____   _____
Institutional Superintendent or Regional Director Signature (signifies this report   (Date)
has been reviewed by the administrator to assure consistent application of policy).

CCF-170
11/1/94                    YOUTH COPIED: ☐

143



HARRIS COUNTY JUVENILE DETENTION  CENTER
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: Garcia, Juan Martin     JUVENILE'S NUMBER: 16473

| DATE | |
|---|---|
| 1-9-95 | Youth c/o coughing x 2 days and generally not feeling well refer to MD for further evaluation. Tricia Smith |
| 1/10/95 | PPD given |
| | CNante ENTD |
| 1/17/95 | S: F/U cough - resolved. |
| | Also c/o itching all over 3-4 days. |
| | O: Atopic lesion on thighs. few excoriations on |
| | arms + hands. |
| | A: ① Atopic dermatitis. |
| | ② ② cough resolved |
| | P: 1% Hydrocortisone on lesions on thighs. x 3 days |
| | Lubriderm lotion 2-3x/day              x 1-20-95 |
| | RTC on Friday. |
| | Kim grunderson |

DICAL DEPARTMENT, DECEMBER 13, 1991
LEPHONE NUMBER: 713-521-4297

145

HARRIS COUNTY JUVENILE DETENTION  CENTER
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: _Garcia, Juan Martin_    JUVENILE'S NUMBER: _16473_

TE

7·15·93

S/ Hit in d face with basketball 7-14

no pain now.   no visual problem

O/  no objective findings

PERRL  cornea clear  no hyphema

no tenderness of bony orbit

A/  minor trauma

P/  no rx needed

_Robert C. Hurst FNP-P_

8-11-93  955p  S C/O  back

A/ doing quick ↑ 15

P   Jeff ?  JD O'Bashamen

4/19/94  1⁵⁰pm   nurse Rundell called

& requested a copy of our last admit. H Nash

Sept /

MEDICAL DEPARTMENT, DECEMBER 13, 1991
PHONE NUMBER: 713-521-4297

146

NAME

FEES

SERVICES NECESSARY

TOOTH

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40

7/30/83 Exam
4/9/84 ____

MICHAEL B. ESHELMAN, D.D.S.
3540 WEST DALLAS
HOUSTON, TX. 77019

Michael B. Eshelman D.D.S

LAST NAME _____ FIRST NAME _____ SPOUSE'S FIRST NAME _____ HOME PHONE _____ PATIENT NUMBER _____

ADDRESS _____ PHYSICIAN'S NAME AND PHONE NUMBER _____ DATE OF EXAMINATION _____

CITY _____ STATE _____ ZIP _____ COPY OF DIAGNOSIS TO BE SENT _____ BIRTHDATE _____ AGE _____

## MEDICAL HISTORY — SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _____
Allergies _____ Blood pressure S ___ /D ___ /

## DENTAL HISTORY — SUMMARY

Attitude _____
Home Care _____

## CLINICAL DATA

General Condition of Teeth _____
Plaque _____ Stains _____ Abrasions _____
Condition of Present Restorations _____
Overhangs _____ Contact Points _____
Inflammation of Gingival Tissue: Slight _____ Moderate _____ Severe _____
Color _____ Recession _____ Pockets _____
Condition of the Floor of Mouth _____
Palate: Hard _____ Soft _____ Cheeks _____ Lips _____
Frenum _____ Tongue _____ Ridges _____ Saliva _____
Presence of Exudate _____ Areas of Food Retention _____
Calculus: Slight _____ Moderate _____ Excessive _____ Oral Cancer Exam _____
TMJ _____ Neck _____ Occlusion _____
Results of X-ray: Bone _____ Root Tips _____ Impactions _____
Supernumerary _____ Abscesses _____

SUMMARY:

HEALTH ALERTS

|  | X-Rays |
|---|---|
|  | Date |
|  | Diagnostic Models |
|  | Date |
|  | Photograph |
|  | Clinical Exam |
|  | Vitality Test |
|  | Test Results |

Form 1019 ©1971, 1977
Madison, WI
Printed in U.S.A.

TRANSFER PLACEMENT AND/OR RELEASE FORM
HARRIS COUNTY BURNETT-BAYLAND HOME
MEDICAL DEPARTMENT

YOUTH'S NAME: GARCIA, JUAN MARTIN
_____

YOUTH'S NUMBER: 164731
_____

DIAGNOSIS: _____

YOUTH ON MEDICATION AND/OR
TREATMENT: _____

PRECAUTIONS: _____

ACTIVITIES: _____

SUGGESTED FOLLOW-UP: _____

LABORATORY RESULTS: _____

MEDICAL RECOMMENDATIONS AND/OR
REFERRALS: _____

DATE: _____  LOCATION: _____

TIME: _____  TELEPHONE: _____

IMMUNIZATION:

DT: _____  MMR: _____

POLIO: _____  PPD: _____

_____
SIGNATURE OF DESIGNATED GUARDIAN ACCEPTING THIS DOCUMENT

_____
SIGNATURE OF MEDICAL STAFF                              DATE

FOR ADDITIONAL MEDICAL INFORMATION, PLEASE CONTACT:
HARRIS COUNTY BURNETT-BAYLAND HOME, MEDICAL DEPARTMENT
(713) 661-3325.

DISTRIBUTION:
WHITE COPY TO ACCOMPANY DESIGNATED GUARDIAN, YELLOW COPY TO
MEDICAL FILE.

Medical Department, January 1993
(713) 661-3325
MedForm: 7

149

<u>Detention Summary</u>

<u>Juvenile Detention Center</u>

<u>Harris County Juvenile Probation Department</u>

Youth's Name: *Garcia, Juan M*   Juvenile #: *164731*

Date of Admission: *1-4-95*   Date of Release: *1-20-90*

Date of Summary: *1-19-95*

<u>Summary Text</u>

*Juan was not referred at intake for a psycho-social social assessment. However, youth received a assessment today by Mr Odualea for Jyc dispositional*

*Juan was generally co-operative & participated in group sessions & unit activities. Juan was willing to listen & discuss concerns. Youth did receive 1 room confinement horseplaying with a peer-resident*

*Mary Etta Clark*

Institutional Caseworker/Clinician or Designee

March, 1990

150

*1*



# ACADEMIC

PERMANENT RECORD
PUGH ELEMENTARY
HOUSTON INDEPENDENT SCHOOL DISTRICT
HOUSTON, TEXAS

NAME: GARCIA JUAN M
ADDRESS: 1030 BOYLES
HOUSTON TX 77020
PHONE:
PARENT/GUARDIAN  EMER: 676-2073
XXXXXXXX  SIERA  JOHNNY L

STUDENT ID: 352215
SOCIAL SECURITY NUMBER
DATE OF BIRTH: 02/18/80
PLACE OF BIRTH: HOUSTON TX
SEX: M  RACE: HISPAN

NAME GARCIA JM
ID 352215
SCH ELLIOT
GR 01  YR 86-87
ADV 125
TCH D DI MARTL
ENTRY DTE 11-21

NAME GARCIA JM
ID 352215
SCH WHARTON
GR 03  YR 88-89
ADV 301
TCH R SANTANA
ENTRY DTE 09-01

NAME GARCIA Jr
ID 352215
SCH WHARTON
GR 03  YR 89-90
ADV 301
TCH S TILLMAN
ENTRY DTE 09-01

| COURSE | AVG |
|---|---|
| MATHEMATICS | |
| READING | |
| LANGUAGE | |
| SPELLING | |
| SCIENCE | |
| SOCIAL STUDIES | |
| MUSIC | |
| ART | |
| PHYSICAL ED. | |
| HANDWRITING | |
| HEALTH | |
| CONDUCT | |

COUNSELING RECORDS
YES ___ SCH. ___
NO. ___ GR. ___
DATE

ABSENCE AND TARDY LEGEND
EX - EXCUSED   UNEX - UNEXCUSED
PROMOTION LEGEND
P - PROMOTED   R - RETAINED

152

# PERMANENT RECORD
## ELEMENTARY
### HOUSTON INDEPENDENT SCHOOL DISTRICT
### HOUSTON, TEXAS

NAME _Garcia, Julian_

ADDRESS

PHONE

PARENT OR GUARDIAN

STUDENT ID _____  SEX _____
SOCIAL SECURITY NUMBER _____
DATE OF BIRTH _____  RACE _____
PLACE OF BIRTH _____

PHOTOGRAPH

| | | |
|---|---|---|
| SCH 1 | ID | |
| SCH 2 | ID | GARCIA JM 352215 |
| SCHOOL 3 | GR 04 YR 90-91 | WHARTON |
| | ADV | |
| YEAR | TCH M MCMURTRY | 403 |
| GRADE | ENTRY DTE 08-27 | |

| COURSE | AVG | | COURSE | AVG | RET | PRO | RET | PRO | RET | PRO | RET | PRO | RET | PRO | RET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEACHER 1 | MATH/3 | 90 | | | | | | | | | | | | | |
| TEACHER 2 | READ/2 | 70 | | | | | | | | | | | | | |
| TEACHER 3 | WRIT/2 | 90 | | | | | | | | | | | | | |
| ARITHMETIC | SPELL/2 | 85 | | | | | | | | | | | | | |
| READING | SCIENCE | 70 | | | | | | | | | | | | | |
| LANGUAGE | SOC. ST. | 70 | | | | | | | | | | | | | |
| SPELLING | FINE ART | S | | | | | | | | | | | | | |
| HANDWRITING | PHY. ED. | S | | | | | | | | | | | | | |
| SCIENCE | HANDWRIT | S | | | | | | | | | | | | | |
| SOCIAL STUDIES | HLTH/SAF | S | | | | | | | | | | | | | |
| MUSIC | | | | | | | | | | | | | | | |
| AP | | | | | | | | | | | | | | | |
| PH. ED. | YEARLY AVG | 77SE | | | | | | | | | | | | | |
| HEALTH | LANG. ART AVG | 78SE | | | | | | | | | | | | | |
| CONDUCT | MATHEMATICS AVG | 90SE | | | | | | | | | | | | | |
| | CONDUCT AVG | P | | | | | | | | | | | | | |
| DAYS ATTENDED | TOTAL DAYS PRESENT | | | | | | | | | | | | | | |
| | ABSENCES | | | | | | | | | | | | | | |

ENTERED 1 | UN | 0 | EX | 2 |
PROMOTED TO |
ENTERED 2 | REMAINED IN |
ENTERED 3 | PLACED IN | 05 |
WITHDREW 1 |
WITHDREW 2 |
WITHDREW 3 |

Second record:

| | | |
|---|---|---|
| NAME | GARCIA JM | |
| ID | 352215 | |
| SCH | WHARTON | |
| GR | 04 YR 91-92 | |
| ADV | 705 | |
| TCH | | |
| ENTRY DTE 08-26 | | |

| COURSE | AVG | RET | PRO | RET | PRO | RET | PRO | RET | PRO | RET | PRO | RET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH/3 | 90 | | | | | | | | | | | |
| READ/2 | 90 | | | | | | | | | | | |
| WRIT/2 | 85 | | | | | | | | | | | |
| SCIENCE | 95 | | | | | | | | | | | |
| SOC. ST. | 70 | | | | | | | | | | | |
| FINE ART | S | | | | | | | | | | | |
| PHY. ED. | S | | | | | | | | | | | |
| HANDWRIT | S | | | | | | | | | | | |
| HLTH/SAF | S | | | | | | | | | | | |
| YEARLY AVG | 86SE | | | | | | | | | | | |
| LANG ART AVG | 88SE | | | | | | | | | | | |
| MATHEMATICS AVG | 90SE | | | | | | | | | | | |
| CONDUCT AVG | S | | | | | | | | | | | |
| TOTAL DAYS PRESENT | | | | | | | | | | | | |
| ABSENCES | | | | | | | | | | | | |

PROMOTED TO | UN | 0 | EX | 3 |
REMAINED IN | 06 |
PLACED IN |

REMARKS

COUNSELING RECORDS
YES _____  SCH. _____
NO _____  GR _____
DATE _____

LAST OUT OF DISTRICT SCHOOL ATTENDED _____  DATE ENROLLED IN HISD _____

ADDITIONAL ADDRESSES

NAME _____

153

08/26/1993  13:28   713-522-4685                    GREGORY LINCOLN                       PAGE  02

**PERMANENT RECORD**
GRADES 6 - 8
HOUSTON INDEPENDENT SCHOOL DISTRICT
HOUSTON, TEXAS

**GREGORY-LINCOLN MS**

NAME: GARCIA JUAN M
ADDRESS: 1926 W DALLAS #7
HOUSTON TX 77019
PHONE: 672-0931   EMER: 676-2273
PARENT: GARCIA ESTHER

STUDENT ID: 152215   SEX: M
SOCIAL SECURITY: 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
DATE OF BIRTH: 02/19/80   RACE: HISPANIC
PLACE OF BIRTH: HOUSTON   TX

GR: 06   HRM: 603   ADV:

NAME: GARCIA JM
ID: 152215
SCH: GREGORY-LINCOLN
GR: 06   YR: 92-93
SM: 6CI

| COURSE | AVG | CREDIT |
|--------|-----|--------|
| DEVENG6S | * | 000 |
| CVRE AO65 | * | 000 |
| CVMATH6S | * | 000 |
| DV SC 65 | * | 000 |
| DEV SC65 | | 000 |
| CHORAL | 64P | 000 |
| PE/HLTH6 | 61 | 000 |

STATUS PENDING
MARKING PERIOD
* = EXCESSIVE ABS

ENTERED: 08-24-92
WITHDREW: 01-21-93

EVALUATION OF GRADES
A 90 100
B 80 89
C 75 79
D 70 73
F BELOW 70

EXPLANATION OF CONDUCT

E EXCELLENT
S SATISFACTORY
P POOR
U UNSATISFACTORY
* DISCIPLINARY
 CONDUCT BY
 PRINCIPAL

Permanent Record Sent:

Requesting Agency:

ACCREDITED BY TEXAS EDUCATION AGENCY
AND SOUTHERN ASSOCIATION OF SECONDARY
SCHOOLS

Elementary School
Attended:

154

08/26/1993  13:28    713-522-4685                GREGORY LINCOLN                        PAGE  04

OFFICE COPY

REMARKS

# HOUSTON INDEPENDENT SCHOOL DISTRICT

## SECONDARY REPORT CARD

**SCHOOL NAMES:** GREGORY-LINCOLN MS

**STUDENT LAST NAME:** GARCIA  **FIRST NAME:** JUAN  **MIDDLE NAME:** M  **HOME ROOM:** 603  **HOME ROOM TEACHER:** GREGORY-LINCOLN

**DATE ENROLLED:** 03-24-92

| COURSE-SEC | COURSE DESCRIPTION | TEACHER | GRADES | FINAL | CONDUCT |
|---|---|---|---|---|---|
| 0600-02 | DEV ENGLISH 6 | SCOTT VACA | | | |
| 0620-01 | DEV READING 6 | EXLEO | | | |
| 0630-01 | DEV MATH 6 | SCOTT | | | |
| 0650-01 | DEV SOC STU 6 | SCOTT | | | |
| 0672-04 | DEV SCIENCE 6 | EXLEO VACA | | | |
| 7676-04 | CHORAL MUSIC 6 | NELSON | | | |
| 9422-10 | COED PE/HLTH 6 | KIRSCHKE | | | |

**SCHOOL YEAR:** 1992-1993

**SCHOOL PRINCIPAL:** M KILGO

THIS SECTION FOR MIDDLE SCHOOL ONLY

REMARKS

OVERALL YEARLY AVERAGE

| LANG ARTS AVG | MATH |
|---|---|
| SOC ST. | SCI. |

PROMOTED TO _____  GRADE _____
RETAINED IN _____
PLACED IN _____

OFFICE COPY

PARENT'S SIGNATURE

### MEANING OF MARKS

**ACADEMIC**
90-100 EXCELLENT
80-89 GOOD
75-79 FAIR
70-74 PASSING
50-69 FAILING

**CONDUCT**
E - EXCELLENT
S - SATISFACTORY
P - POOR
U - UNSATISFACTORY

# HOUSTON INDEPENDENT SCHOOL DISTRICT

SECONDARY REPORT CA

| LAST NAME | FIRST NAME | MIDDLE NAME | HOME ROOM | HOME ROOM TEACHER | SCHOOL NAME |
|---|---|---|---|---|---|
| Garcia | Juan | M | 101 | Bastoni | Burnett-Bayland |

| STUDENT NO. | | | | ZIP CODE | PHONE NO. | | SEX | GRADE | BIRTH DATE | DATE ENROLLED |
|---|---|---|---|---|---|---|---|---|---|---|
| 352215 | | ADDRESS | | 77081 | 666-6651 | | M | 6 | 2/18/80 | 8/23/93 |

| COURSE-SEC | COURSE DESCRIPTION | | | | 6500 Chimney Rock | | | | | |

| SCHOOL YEAR | 1993 |
| SCHOOL PRINCIPAL | Luis Gavito |
| SCHOOL PHONE | 666-6651 |

**STUDENT COPY**

**REMARKS**

## THIS SECTION FOR MIDDLE SCHOOL ONLY

| COURSE DESCRIPTION | TEACHER | GRADES | | | FINAL | AVG | CREDITS | CONDUCT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Math / 6 | Macias | 70 | | | | | | S | | |
| English | Coleman | 84 | | | | | | S | | |
| So. Studies | Brandon | 75 | | | | | | S | | |
| Reading | Coleman | 84 | | | | | | S | | |
| Science | Bastoni | 70 | | | | | | E | | |
| P.E. | Macias | 80 | | | | | | S | | |

CONDUCT AVERAGE

HOMEROOM CONDUCT

HOMEROOM ABSENCES

OVERALL YEARLY AVERAGE

LANG. ARTS AVG.    MATH    SOC. ST.    SCI.

PROMOTED TO _____
RETAINED IN _____
PLACED IN _____    GRADE _____

PARENT'S SIGNATURE

*DISCIPLINARY CONDUCT CUT
GIVEN BY PRINCIPAL

HARRIS COUNTY JUVENILE PROBATION DEPARTMENT
HOUSTON INDEPENDENT SCHOOL DISTRICT
ALTERNATIVE SCHOOLS
3540 W. DALLAS
HOUSTON, TX. 77019   (713)527-1847



**HOME SCHOOL** _____

**SENT TO** TYC

**LAST NAME** GARCIA    **FIRST NAME** JUAN    **M.I.** MARTIN

**SPEC ED HC** LD    **L ARD** 08/31/93    **LEP Y/N** N    **LEP STATUS** _____

**S.S #** 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    **I.D #** 352215

**GRADE** 07    **D.O.B** 02/18/80    **RACE** H

**DATE SENT** 01/20/95    **LATEST-LPAC** _____

**ENROLL DATE** 01/04/95    **W/D DATE** _____

**RE-ENT 1** _____    **RE-ENT 2** _____    **RE-ENT 3** _____    **RE-ENT 4** _____    **RE-ENT 5** _____

**W/D 1** _____    **W/D 2** _____    **W/D 3** _____    **W/D 4** _____    **W/D 5** _____

### 1994-95

**FIRST SEMESTER**

| | AUGUST 26 | 2 | 9 | SEPTEMBER 16 | 23 | 30 | 7 | OCTOBER 14 | 21 | 28 | 4 | NOVEMBER 11 | 18 | 25 | 2 | DECEMBER 9 | 16 | JANUARY 6 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH | | | | | | | | | | | | | | | | | | | 80 |
| LANGUAGE ARTS | | | | | | | | | | | | | | | | | | | 80 |
| HISTORY | | | | | | | | | | | | | | | | | | | 73 |
| SCIENCE | | | | | | | | | | | | | | | | | | | 85 |
| ELECTIVE | | | | | | | | | | | | | | | | | | | 85 |

**SECOND SEMESTER**

| | JANUARY 20 | 27 | FEBRUARY 3 | 10 | 17 | 24 | MARCH 3 | 10 | 24 | 31 | APRIL 7 | 14 | 21 | 28 | MAY 5 | 12 | 19 | JUNE 26 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH | 80 | | | | | | | | | | | | | | | | | | |
| LANGUAGE ARTS | 80 | | | | | | | | | | | | | | | | | | |
| HISTORY | 73 | | | | | | | | | | | | | | | | | | |
| SCIENCE | 85 | | | | | | | | | | | | | | | | | | |
| ELECTIVE | 85 | | | | | | | | | | | | | | | | | | |

A 90 - 100 EXCELLENT    B 80-89 GOOD
C 75 - 79 AVERAGE    D 70-74 PASSING
F 50 - 69 FAILURE

IF YOU HAVE ANY QUESTIONS,
PLEASE CALL (713) 527-1847.

Bill McCluskey, Principal

158

 PIM  MURRAY  EDUCATIONAL ASSESSMENT    **TEXAS YOUTH COMMISSION**
**CHILD CARE FORM**

Type:  ■ Intake   ☐ ARD Committee Review   ☐ Release   ☐ GED Exam   Date: __1-20-95__
(MM-DD-YY)

Case Number: ___0830355___   Youth's Name: __GARCIA      JUAN        MARTIN__
                                                        Last          First          MI

Location: Reception Center   Birth Date: 2-18-80   Chronological Age: __14-11__
                                          (MM-DD-YY)

Race/Ethnic Group: ☐ White   ■ Hispanic   ☐ Other   Last Grade Completed: _____   Last Grade Attended: __6__
                   ☐ Black   ☐ Am. Ind.   Sex: ■ Male   ☐ Female

## Educational Tests and General Information:

■ WJ-R Test Administered: Date: __1-27-95__

| | | |
|---|---|---|
| Reading Total | 1.3 | 31 |
| Reading Comp. | 1.4 | 41 |
| Math Total | 2.6 | 58 |
| Math Concepts & App. | 3.0 | 72 |
| Language Total | | |

☐ TABE Test Administered: Date: _____
Test Type:  ☐ Pre   ☐ Progress   ☐ Post

| | |
|---|---|
| Reading Total | |
| Reading Comp. | |
| Math Total | |
| Math Concepts & App. | |
| Language Total | |

☐ Served in Chapter 1 class or computer lab

☐ IQ Test Administered:   Date: __1-25-95__
__WISC III__
Verbal IQ: __81__   Performance IQ: __87__   Full Scale IQ: __83__
☐
Date: _____   Results: _____
☐ Language Proficiency Test:
     Test Name: LAS-O N/A Level: _____ Date: _____
     English
     Spanish
HLS  signed          Sent 1-23-95
ESL Needs:   LEP ___ ☐ Yes ☐ No
☐ Other Test Given (include TAAS): WRIOT 1-27-95
     Results: _____
☐ GED Examination: Date: _____   Passed ☐ Yes ☐ No
☐ High School Diploma: Date: _____
Vocational:   Yes   No   (NA)

## Intake Handicap Screening:
SPECIAL EDUCATION: Parent and Student Rights Booklet sent-- ☐
Intake educational assessment indicates that when the youth enters an educational program the following
circled handicapping conditions may be determined:

PI   Physical Impairment   LD   Learning Disability   VI   Vision Impairment   MR   Mentally Retarded
HI   Hearing Impairment   ED   Ser. Emotion Disturb.   SI   Speech Impairment   MH   Multihandicapped

*form 005 has indicated emotional disturbance (per treatment criteria*
Handicap(s) Previously Documented by an ARD Comittee: _____
Comments: __Attended 6th grade, Burnett-Bayland Home, 93-94 school year, ran away__
__from B.B.H. 1-31-94 (court & school records indicate sp.ed.)__
Prepared By: __Kathy Skalak__   *SP*   Title: __Educational Diagnostician__

## ARD Committee Review:

Meeting Date: _____   Committee Determination (circle handicapping condition):

PI   Physical Impairment   LD   Learning Disability   VI   Vision Impairment   MR   Mentally Retarded
HI   Hearing Impairment   ED   Ser. Emotion Disturb.   SI   Speech Impairment   MH   Multihandicapped

Determination Method/Comments: _____

Committee Chairman: _____   Title: _____

**TEXAS YOUTH COMMISSION**
**STATEWIDE RECEPTION CENTER**
P O Box 872
Brownwood, Texas 76804

CCF-011
10/1/92

# MENTAL HEALTH DRUGS/ALCOHOL

JUVENILE DETENTION CENTER
PSYCHOSOCIAL SERVICES DIVISION
REFERRAL ASSESSMENT FORM

Juvenile's Name: Garcia, Juan
I.D. Number: 164231  Sex: M  Race: H  DOB 2/18/80  Age: 14
Date of Admission: 1-4-95  Offense: Non Serious
Probation Officer/Caseworker: Pat Sanders

========================================================

Reason for Referral: Dispositional Alternative.
Current mood, affect, behavior: Mood appeared normal,
affect was appropriate and youth was cooperative.
Psychopathology/Orientation 3X: No psychopathology was
noted and youth was oriented by 3X.
Suicidal/Self-Abusive Behavior (history, ideation, planning): —
Youth denied current and past suicidal
ideation and behavior. No suicidal plans reported.
Summary/Recommendations: Youth is a 14-yr-old Hispanic
Male referred to psychosocial services to
determine his current mental status prior to
being placed at TYC. Youth appeared mentally
alert and appropriate, and no psychopathology
was noted. He denied current and past
suicidal ideations and behavior. Youth was
oriented by 3X and no auditory or visual
hallucinations were noted in his behavior. He
denied alcohol or drug use as well as
psychiatric history. However, youth reported that
he participated in family counseling a few years
ago when his 15-yr-old sister was seeing a therapist.
Youth state he was placed at BBH last year from
where he awoled prior to being rearrested. Youth
states he is ready to serve his term in placement
in order to return home to his family. He wants to
be an Artist or a Dentist in future. Youth lives c his
Mother, 2 sisters and brother-in-law. He last attended Gregory
Lincoln Middle School and was in the 6th grade before being
"kicked out" R/C Placement in a secure and structured environment
where youth can address his impulsive behavior & provisions of
educational & vocational opportunity.
Therapist: Zee Oduola, RMSW, LCSW  Date: 1/19/95
       Zee Oduola, LMSW

161

## *Psychiatric Report*

**Date:**            August 13, 1998

**Case Number:**     0857490            **Youth's Name:**    Juan Garcia

**Location:**        West Texas State School

---

**Chief Complaint:**
"I just left security yesterday."

**Brief History:**
He just left security confinement.  He has been tolerating his medication well.  He did not have any complaints or concerns today.  Specifically, he was not complaining of sedation.  Juan seems to have a rather passive attitude to him.  He does not have a specific plan as to how he is going to stay out of security.  He seems to have lost some interest in processing his feelings and his thoughts.  He was rather cordial during the interview, but aloof.

There are no side effects.

**Mental Status:**
Noted above.

**Diagnosis:**
ADHD:

**Recommendations:**
I will continue Elavil 100 mg at bedtime, and Clonodine 0.1 mg twice a day.  Follow up is scheduled for one month.

Esteban A. Gonzalez, M.D.
Psychiatrist

**CONFIDENTIAL**
FOR PROFESSIONAL USE ONLY

• FEDERALLY PROTECTED INFORMATION •
42 CFR PART 2

162

*Psychiatric Report*

**Date:**        September 10, 1998

**Case Number:**    0857490        **Youth's Name:**    Juan A. Garcia

**Location:**    West Texas State School

---

**Brief History:**
Chief Complaint: "I've been refusing the Clonodine."

Juan was seen today out of security. He has been refusing his Clonodine because he said it didn't make him sedated so he didn't think it was of any help to him. He has also had some concerns about the fact that he needs to be on medication. He would like to work the program on his own, yet his defiant and belligerent attitude continues to be a problem. He would like to stay on the Elavil because it helps him sleep. When he has been off of it he has had difficulty sleeping; otherwise, he doesn't think he needs anything during the day as he feels he is capable of working the program.

Side Effects: none.

**Mental Status:**
He is alert, somewhat high strung and loud but not belligerent or frankly oppositional. Mood is euthymic. Thoughts are logical and coherent. Insight and judgment is good.

**Diagnosis:**
ADHD; Conduct Disorder

**Recommendations:**
Discontinue Clonodine; continue Elavil 100mg at bedtime. Certainly Juan's problems are more characterological problems or conduct disorder and he needs to continue his TYC program. Follow-up is scheduled in one month.

Esteban A. Gonzalez, M.D.        9/17/98
Psychiatrist

FEDERALLY PROTECTED INFORMATION
42 CFR PART 2

CONFIDENTIAL
FOR PROFESSIONAL USE ONLY



**CONFIDENTIAL**

**FOR PROFESSIONAL USE**

## HARRIS COUNTY DEPARTMENT OF EDUCATION
6300 IRVINGTON BLVD.  HOUSTON, TEXAS  77022   (713) 694-6300

NAME:  Juan Martin Garcia          RACE/SEX:  Latin/Male

AGE:  13-05                        DATE OF BIRTH:  02/18/80

DATE OF EVALUATION:  07/22/93

PLACEMENT AT TIME OF EVALUATION:  Ward

REFERRED BY:  S. Gonzalez
              Harris County Juvenile Probation Dept.

SOURCES OF EVALUATION: Test of Nonverbal Intelligence-2 (TONI-2B)
                       Wide Range Achievement Test-Revised (WRAT-R)
                       Roberts Apperception Test
                       Rorschach
                       Draw-A-Person
                       Incomplete Sentences Blank-High School Form
                       Interview with Client

                 PSYCHOLOGICAL EVALUATION

REASON FOR REFERRAL

Juan Martin Garcia was referred for evaluation in order to examine his
current psychological functioning and to assist in case disposition.  Juan
was informed of the purpose of the testing and advised that both the
probation officer and the Court might use the information in the
disposition of his case.

Juan's present referral is for theft and burglary in which he allegedly
broke into his neighbor's apartment.  Juan is in detention due to his
failure to show for a court date in June, 1993.  Originally he was to be
on an Informal Adjustment, however his failure to cooperate with the
terms of this agreement resulted in its cancellation.  He has a subsequent
referral for mischief occurring in May, 1993.  Juan's referral history
dates to April, 1992 when he was referred for aggravated sexual assault

164

of a child under 14 years.  Juan says he does not remember what this
involved.  He also has a referral for trespassing and terroristic threat
and was expelled by the school for the semester in February of this year.
Juan says that he was expelled for "bringing a gun to school" but he
denies the allegation.  He says that he did threaten a teacher, however.
According to the JPO's report, Juan threatened to "shoot" a teacher in a
classroom "while she tried to counsel with him about his behavior."  He
was expelled the next day for having a weapon at school.

PERSONAL HISTORY

Juan is the second of three children born to the mother who never
married.  According to Juan, his father is in jail for allegedly sexually
abusing Juan's older sister; the sister is in CPS custody.  According to
the JPO's report, Juan is an extreme behavioral problem at home.  The
report states that he is verbally abusive to his mother and "often comes
home under the influence of alcohol and a very aggressive state of mind."
Juan reports that he and the mother gets along "alright."  Juan says
that he speakes Spanish in the home.  The mother is not employed outside
the home due to a disability; Juan says he thinks she had polio at one
time.

Juan last attended Gregory Lincoln where he was in the 6th grade in
regular academic classes.  Both attendance and behavior are noted as
poor according to information provided by the JPO.  Juan was expelled
for the remainder of the school year in February, 1993.  Juan states that
he was in and out of special education throughout his academic career.
He was unclear on why "they kept changing me" but said he thought
special education classes were "fun."  He reports that he failed the 3rd
grade.

Juan says that he last had alcohol "a long time ago" which translated
into approximately two months ago.  He says that he is no longer a
cigarette smoker and last smoked marijuana "a year ago" however the
latter was very unclear as he also stated he had marijuana when he last
had alcohol.  Attempts at clarification were unsuccessful.  Juan denies
the use of any of the other substances about which he was questioned.
Juan also denies any suicidal ideation in the past or present.  When
questioned regarding his gang affiliation, Juan says that he "used to"
belong to a gang but "I was out the day I got in here." He also denies and
physical or sexual abuse.

## TEST BEHAVIOR AND APPEARANCE

Juan is a cute, 13-year-old Hispanic male of small stature. He approached the testing session with what appeared a good deal of energy however it became apparent during the testing that he was highly distractible and impulsive. During the session he began attending to what was occurring outside the testing room and had to be redirected in several instances back to the tasks. Juan conversed easily with the examiner however it was often a detached, distant communication in that Juan often seemed insincere in his comments and answers. It was also noted that there were frequent inconsistencies both in content and affect. Juan did not appear to take much seriously and he often laughed when telling about a situation which ordinarily would not call for a humorous response. Both expressive and receptive language skills seemed adequate. Juan put forth minimal effort in the completion of the tasks however results are thought to be a representative and reliable sample of his current functioning.

## TEST RESULTS AND INTERPRETATION

Intellectual screening with the TONI-2 suggests Juan is functioning in the Average range of intelligence with a Quotient of 100 which is in the 50th percentile. On the WRAT-R he achieved the following grade equivalents and standard scores: Reading, Below 3 (SS 50); Spelling, Below 3 (SS 61); and Arithmetic, 3B (SS 52). This screening of potential and academic skills results in a score discrepancy which suggests the possibility of a learning disability. However, in addition to being bilingual, due to Juan's academic history which includes poor attendance and behavior it is unclear whether he has had an adequate opportunity to learn. Therefore more comprehensive testing is suggested after Juan has been stabilized in an academic environment.

Responses on the projective testing were limited and essentially Juan was somewhat passive-aggressive in his participation. In other words while not actively refusing to participate, his participation was minimal and therefore yielded limited interpretable data on some instruments. Projective testing that he did complete did not suggest the presence of a thought disorder or psychotic process. There is some suggestion in the data of an individual who has little insight into his behavior and prefers to deal with situations spontaneously rather than attempting to think about them prior to acting. Denial may be the mechanism by which Juan

tends to deal with difficulties both involving his own and others' feelings or behavior. In spite of his reports to the contrary, projective themes included a number of references to "getting into trouble" or being "hit". While getting into trouble has been a large part of Juan's life, there is limited information regarding whether or not he has witnessed or been a victim of physical abuse. Behavioral indications both from his history and from limited observation suggest similarities to those who have been diagnosed with an attention deficit disorder.

SUMMARY AND RECOMMENDATIONS

Juan is a 13 year old with potential functioning in the Average range who is essentially a non-reader. His history indicates a tendency to be oppositional and have particular difficulty with authority. There is possibly a history of abuse which he does not acknowledge and many of his behaviors are similar to those children who have been diagnosed with an attention deficit disorder.

1. Placement is suggested as Juan has not proven amenable to the guidance of his mother and the probation department. A structured environment which can address Juan's behavioral needs is suggested. This would have to be one which would also limit Juan's opportunities to abscond.

2. After Juan is in placement and has had an opportunity to adjust, two additional evaluations are suggested: a psychoeducational assessment to determine Juan's academic needs and a further evaluation of cognitive and behavioral indications of attention deficit disorder. More comprehensive behavioral data is needed to make the ADHD diagnosis than is available in the present assessment situation. Additionally, there may be a need for a medication assessment.

3. Counseling is strongly recommended to assist Juan in developing less aggressive more socially acceptable means of dealing with his difficulties. It is unclear from the information provided what interventions have been utilized with the family and their numerous problems. A family needs assessment, if it has not been done in conjunction with their contact with other social service agencies, may be appropriate. It should also be determined if family counseling would be helpful both in assisting Juan in

adjusting to the familial problems which have been noted and to assist
the mother in gaining more adequate parenting skills.


Anita S. Horton, Ph.D.
Certified Psychologist

JUVENILE DETENTION CENTER
PSYCHOSOCIAL SERVICES DIVISION
REFERRAL ASSESSMENT FORM

Juvenile's Name: Garcia, Juan
I.D. Number: 164731 Sex: M Race: H DOB 2/18/80 Age: 14
Date of Admission: 1-4-95 Offense: Nonserious
Probation Officer/Caseworker: Pat Sanders
=================================================================
Reason for Referral: Dispositional Alternative
Current mood, affect, behavior: Mood appeared normal,
affect was appropriate and youth was cooperative.
Psychopathology/Orientation 3X: No Psychopathology was
noted and youth was oriented by 3X
Suicidal/Self-Abusive Behavior (history, ideation, planning):
Youth denied current and past suicidal
ideation and behavior. No suicidal plans reported.
Summary/Recommendations: Youth is a 14-yr-old Hispanic
Male referred to Psychosocial services to
determine his current mental status prior to
being placed at TYC. Youth appeared mentally
alert and appropriate, and no psychopathology
Was noted. He denied current and past
suicidal ideations and behavior. Youth was
oriented by 3X and no auditory or visual
hallucinations were noted in his behavior. He
denied alcohol or drug use as well as
psychiatric history. However, youth reported that
he participated in family counseling a few years
ago, when his 15-yr-old sister was seeing a therapist.
Youth state he was placed at BBH last year from
where he AWOLed prior to being rearrested. Youth
States he is ready to serve his term in placement
in order to return home to his family. He wants to
be an Artist or a Dentist in future. Youth lives c his
Mother, 2 sisters and brother-in-law. He last attended Gregory
Lincoln Middle School and was in the 6th grade before being
"kicked out." Rx: Placement in a secure and structured environment
where youth can address his impulsive behavior. (3) Provision of
educational opportunity.
Therapist: Zee Oduola, LMSW Date 1/19/95
        Zee Oduola, LMSW

169



PM



CONFIDENTIAL
For Professional Use Only
TEXAS YOUTH COMMISSION
CHILD CARE FORM

**PSYCHOLOGICAL EVALUATION**

Date: 1-25-95
MM-DD-YY

Case Number: 0930355   Youth's Name: _Garcia_ _Juan_ _M._
Last   First   MI

Location: **Statewide Reception Center**   D.O.B.: 1-18-80

Sex: ☑ Male   Race/Ethnic Group: ☐ White   Age: 14.11   Grade: 6
☐ Female   ☐ Black
☐ Hispanic ☑
☐ Other

Psychologist's Name: **Ken Murray M.S.**   Date of Evaluation: 1-25-95

Assessment Sources:
☑ TYC Case Records   ☐ MMPI   ☐ Ravens Prog. Matrices
☑ Clinical Interview   ☑ WISC-R III   ☐ IPAT Culture Fair
☐ Draw-A-Person   ☐ WAIS   ☐ Rorschach
☑ Bender-Gestalt   ☐ TONI   ☐ Incomplete Sentence Block
☐ Kinetic Family Drawing   ☐ CAT/TAT   ☑ Other (specify)
☐ Benton Visual Retention Test   ☐ HSPQ   Substance Abuse Subtle Screening
Inventory (SASSI)

Test Results:

Scaled Scores: ✓ WISC-R III _____ WAIS
Verbal:   Performance:
5 Information   7 Digital Symbol
(7) Comprehension   Picture Completion
7 Arithmetic   6 Block Design
8 Similarities   Picture Arrangement
8 Digit Span   (3) Object Assembly
6 Vocabulary

81 Verbal I.Q.   87 Performance I.Q.   83 Full Scale I.Q.
Percentile Rank   TONI quotient   Raven's Prog. Matrices I.Q.
IPAT Culture Fair Test

Diagnostic Impression:
AXIS I:   312.8 Conduct disorder, adolescent onset
Rule out substance dependence
Rule out Attention Deficit Hyperactivity Disorder (by 7-93 psy eval.)
AXIS II:   Rule out Learning Disability NOS (by 7-93 psy. eval.)
✓ V71.09 No diagnosis

The following narrative sections should be included in this report:

Reason for Referral   Test Interpretation

Relevant Background Information   Summary and Recommendations

Behavioral Observations

Ken Murray M.S.

_K. Murray_   1-25-95
Psychologist's Signature, Degree   Date

CCF-010
11/1/89

❀ FEDERALLY PROTECTED INFORMATION ❀



RECEIVED
JAN 1 6 1996
FORT WORTH PAROLE

Michael D. Murry, Ph.D.
Clinical Psychologist
P. O. Box 331507
Fort Worth, TX  76163
(817) 292-4179

January 13, 1996

PSYCHOLOGICAL EVALUATION:  BRIEF UPDATE

0830355

CLIENT...Juan Martin Garcia          DATE OF BIRTH........2-18-80
AGE......15 years, 10 months          DATE OF EVALUATION...1-7-96

        This boy was referred for evaluation by Greg Pilkington of the Parker
County Youth Emergency Shelter on behalf of the Texas Youth Commission.
Juan was temporarily placed at the Parker County Shelter.  This evaluation
was sought to assess current needs regarding further treatment and
placement.  There were no records available to review nor family members
available for collateral information.  The history described below was
offered by the youth and could not be verified by other sources.


ASSESSMENT PROCEDURES:

    Clinical Interview with Client
    Test of Nonverbal Intelligence-2
    Benton Revised Visual Retention Test
    Child Behavior Checklist - Youth Self-Report

PRESENTING PROBLEMS:

    Juan stated he was on parole living with his mother in Houston
recently.  He said he violated parole by failing to report.  He said he
was picked up 12-29-95 and was sent to the Parker County Shelter.  He said
he expects to be in the shelter 30 days then return home.


RELEVANT PAST HISTORY:

    Juan stated he was committed to the Texas Youth Commission in early
1995 for aggravated assault, auto theft, burglary, and violation of
probation.  After in-processing at the SRC he was placed at the West Texas
State School for six months, then was paroled in July 1995.

    Juan stated he grew up in Houston and has lived mostly with his mother
and step-father.  He said he was the second born of his mother's three
children.  He said he never met his father and knows nothing about him.
He said his mother is disabled due to polio and is on Social Security
disability.  He said he got along with his parents real well.  He stated
he was never a victim of physical or sexual abuse.

    Juan stated he has enjoyed good health with no major illnesses.  He
takes no medications.  He stated he suffered a broken wrist in a bicycle
accident at age fourteen.  He said he has never been knocked unconscious
or had other significant head injury.  He stated he has never been
diagnosed as having attention-deficit disorder or taken Ritalin.  He
stated he had never had problems with depression, other than missing his

172



Juan Martin Garcia                  Page 2                  Psychological Evaluation

girlfriend and family.  He said he has never made a suicide attempt nor
received psychiatric treatment.

Juan stated he was an average student in elementary school.  He said
he did not have behavior problems in first and second grade.  But from
third grade on, each year he was in more and more trouble.  Since fifth
grade he has been involved in lots of fights.  He said he was expelled
from school in sixth grade.  He was placed in a group home by juvenile
services, when he was twelve years old.  He said he was in Special
Education classes in third through fifth grades due to reading and
spelling problems.  He said he expects to drop out of school as soon as he
turns 16 and work toward a GED.

Juan stated he started using marijuana at age 13.  He said he used to
smoke marijuana every day and drink alcohol about every other day.  He
said he has never had substance abuse related problems or charges.  He
said he tried cocaine about five or six times when he was fourteen years
old.  He said he hasn't used marijuana, alcohol or other drugs since he
turned fifteen.

Juan stated he had about 20-30 referrals to juvenile services prior to
his TYC commitment.  Those charges included joy riding in a stolen
vehicle, curfew violations, and failure to report.  He stated he was a
member of the Fourth Ward for Life and Latin Familia gangs for about six
years.  He said he dropped out of those gangs since he was committed to
TYC.  He said he got focused on his relationship with his girlfriend and
stopped being involved with gangs.  He said he also got out of the gang to
help influence his younger sister to get out of the gang.  He has several
tattoos, including dots on his wrist and knuckles, the Roman numeral XIII,
a low rider on his right hand, and his last name on his back.  He said he
would like to get tattoos of his mother's name, his baby's name, and a
picture of the Virgin Mary on his back.

When asked how he has been doing since coming to the shelter, Juan
stated he's doing, "okay."  He said he misses his girlfriend and really
wants to go home.  When asked how he was doing before coming to the
shelter, Juan stated he was doing all right.  He said he was staying out
of trouble and was working at a part time job, doing construction and
building foundation work.


INTERVIEW BEHAVIOR AND IMPRESSIONS:

Juan presented casually dressed and appropriately groomed.  He was
pleasant and cooperative and appeared to be in no acute emotional
distress.  There was no agitation or psychomotor retardation.  There were
no unusual gestures, postures, or other abnormalities of overt behavior.
Speech was of average rate and amount with no loose associations or other
abnormalities in the stream of thought.  There was no grandiosity, ideas
of reference, persecutory thinking, or other indications of delusional
thinking.  He denied experiencing visual or auditory hallucinations.  Mood
was euthymic.  Affect was appropriate and mood congruent.  He was alert
with no clouding of consciousness.  Memory was grossly intact.  He
appeared to be of average intelligence.

When asked about future plans, Juan responded he wants to stay out of
trouble and lead a normal life with his girlfriend and their baby.

Juan Martin Garcia                Page 3              Psychological Evaluation

<div align="center">TEST RESULTS</div>

<u>Test of Nonverbal Intelligence - 2</u>:  The TONI-2 is a brief, single scale test of abstract problem solving and yields an estimate of intelligence. This test is less dependent on educational accomplishments than many other IQ tests.  Juan obtained a TONI quotient of 91 at the 27th percentile. This score is in the average range of intelligence.

<u>Benton Revised Visual Retention Test</u>:  This is a test of visual motor integration and immediate recall useful to screen for integrity of cognitive processing/brain function.  Administration A, Form C was administered.  Juan obtained a score of five correct.  Seven correct would be expected based upon his age and IQ.  But all of his errors were minor. He had the correct basic response on all items.  His error appeared to be due to failure to follow instructions carefully, rather than failure to correctly perceive and reproduce the stimuli.  His cognitive function thus did not appear to be impaired.

<u>Child Behavior Checklist - Youth Self Report</u>:  This is the self report portion of a standardized, multi-rater system behavior assessment.  Juan rated his own behavior and the resulting scores showed mild to moderate problems in several areas.  Both the Externalizing (acting out) and Internalizing (emotional problems) indices were significantly above average.  The high scores may have been an artifact of how he responded to the test.  The instructions call for rating each behavior on a scale from zero to two.  Zero is not present or not true at all.  One is sometimes true and two is very true or often true.  Juan rated a great many behaviors with a one.  It was the middle choice and he may have thought it best to answer the middle choice rather than either extreme.  Written comments on his answer sheet suggested he did not fully understand what was expected.  His test scores do not appear to be an accurate indicator of his self perception and little significance can be attached to these scores.


SUMMARY AND RECOMMENDATIONS:

     This is a 15 year old boy who reported he was actively involved in gangs since about age nine.  He stated he had many referrals to juvenile services prior to his TYC commitment.  But now he stated he is focusing all his attention on his pregnant girlfriend.  He stated he has dropped out of the gang and wants to settle down to be a husband and father.

     It appears that Juan has always been a headstrong boy who did what he wanted to do and tended to reject conventional advice and guidance.  In the past he put his energies into being a gangster instead of going to school and getting his work done.  Now he is determined to grow up fast and assume a lot of adult responsibility, instead of staying in school and maturing before taking on such responsibility.  Of course, it is highly likely that this decision will turn out to be a bad one and Juan will be very unhappy with the outcome.  But he is not likely to accept advise on this.

     Testing showed Juan to be of average intelligence with intact cognitive processing.  There was no indication that Juan is suffering from a major mental illness or signs of increased suicide risk.  There is currently no need for intensive or specialized mental health services or suicide precautions.

176

Juan Martin Garcia                    Page 4                    Psychological Evaluation

Juan appears intent on pursuing family life with his girlfriend.  If he does so he will be less likely to be involved with the street gangs and crime.  He appeared to have some problems with reading comprehension and it is likely that he will have a hard time earning enough money to adequately support his a wife and child.

Juan should be encouraged to pursue a GED and vocational training.  He does not appear to have significant mental health treatment needs and treatment does not need to be a consideration in determining his next placement.  It would appear that he could be appropriately served at a fairly low level of security and treatment intensity.  He might be a risk to runaway, particularly if he was placed in a location beyond easy visitation distance from his girlfriend.  He would probably have a higher likelihood of successfully adjusting in his next placement if he is closer to his girlfriend.

DIAGNOSTIC IMPRESSION (DSM-IV):

Axis    I:   312.8    Conduct Disorder, Adolescent-Onset Type
             305.00   Alcohol Abuse
             305.20   Cannabis Abuse

Axis   II:   V71.09  No diagnosis on Axis II

Axis  III:   Deferred to physician, none reported

Axis   IV:   Psychosocial and Environmental Problems:  Abandoned by father

Axis    V:   Current GAF:  60  Moderate impairment in school functioning

Michael D. Murry, Ph.D.
Clinical Psychologist

178

 

**CONFIDENTIAL** **CONTINUATION SHEET**
For Professional Use Only

**TEXAS YOUTH COMMISSION**
**CHILD CARE FORM**

Date: 1-25-95
MM    DD    YY

Case Number: 0830355          Youth's Name: Garcia,  Juan   M.
                                             Last          First        MI

Location: Statewide Reception Center

Form Number/Name/Item: Psychological Evaluation   page 2

Summary and Recommendations:
Juan was committed to TYC for Violation of Probation-Terroristic Threat and placement considerations. Juan last received a full psychological evaluation on 7-22-93. This included a TONI-2 instrument which yielded an IQ of 100. This falls in the average range of intellectual functioning. On the current WISC-III, Juan obtained a Full Scale IQ of 83 and this falls in the low average range of intellectual functioning. The results of the current update do not appear to significantly vary from the results of the psychological evaluation referenced above. In the professional opinion of this examiner, Juan appears to be fluent in English.

From clinical sources listed on page one and the clinical interview with Juan, it appears that Juan is not a person with psychosis or serious mental disturbance. Juan evidenced no acute signs of psychological distress and none were reported. No apparent formal thought disorder, delusional thinking, mental illness or mental retardation were evidenced or reported by Juan.

Regarding a mental status examination, Juan was adequately oriented in all three spheres and both his recent memory and remote memory were intact. The student's immediate recall was slightly below normal. Juan appears to be a low danger to self and he does not appear to be an active suicide risk at this time. Juan appears to be a medium to possibly high degree of danger to others at this time. Regarding current and past psychiatric/psychological abnormality, Juan's biological parents were never legally married and the biological father has been basically out of the picture, by report of the probation officer. The probation officer described Juan as ~~being~~ being impulsive and narcissistic as well as manipulative and abusive of others. The probation officer reported that Juan's biological mother is crippled due to polio and that Juan ridicules his mother because of her condition. The student's family of origin is characterized by chronic poverty, inadequate discipline and numerous other psychosocial stressors. In the July, 1993 psychological evaluation referenced above, the examiner described Juan as essentially being a non-reader and that the student may possibly have a learning disability. Also, the examiner described Juan as having some characteristics of Attention Deficit Hyperactivity Disorder as well as conduct disordered type difficulties.

CCF-500
11/1/89

  CONFIDEN**●**AL  **CONTINUATION SHEET**       **TEXAS YOUTH COMMISSION**
For Professional Use Only                                                          **CHILD CARE FORM**

Date: ___1-25-95___
 MM        DD        YY

Case Number: _____0830355_____   Youth's Name: _____Garcia,   Juan   M.___
                                                    Last              First            MI

Location: _____Statewide Reception Center_____

Form Number/Name/Item: _____Psychological Evaluation   page 3_____

☆ FEDERALLY PROTECTED INFORMATION ☆
42 CFR PART 2

The results of the clinical psychoactive substance abuse evaluation by the SRC LCDC indicates that Juan is chemically dependent. However, the specifics of that evaluation are not currently available. In the current Update, Juan was administered a Bender screening and the results of the Bender suggest relatively normal perceptual-motor functioning. In the clinical interview with examiner Murray, Juan reported that he previously was in the "Fourth Ward Posse" gang and the "LF" gang but that he got out of that gang when he was locked up. However, this youth appears to be still at risk for gang affiliation. Juan stated that he aspires to be involved in art classes and that he did want to go back to school.

Juan needs to be in a medium to high degree of structure in a placement and he needs to be in an inpatient substance abuse treatment program. Personal-social adjustment training should focus on gang intervention, sensitivity/victim empathy training, resocialization, social skills, accountability for actions, constructive expression of anger, nonviolent conflict resolution, reorientation to societal norms, impulse control and peer pressure education. Juan needs to be connected to an appropriate community male role model volunteer and he needs to be in a behavior therapy level system for needed behavioral structure. Juan needs to be in a simple prosocial goal setting program and he needs peer group therapy of a reality therapy mode to address issues of self-esteem, abandonment by biological father, family of origin issues and possible abuse that the student may have experienced. Juan needs educational, cultural and emotional enrichment/nurturance experiences and he needs independent living skills training and vocational education. Juan needs literacy training and he needs enrollment in art classes for prosocial rehabilitation purposes.

KM/cm
1-25-95

CCF-500
11/1/89

180

For each item below, circle the number which reflects how often you have experienced the situation described.

The numbers represent the following categories:

0 = Never          1 = Once or Twice          2 = Several Times          3 = Repeatedly

## ALCOHOL

(0)1 2 3    1. DRANK ALCOHOL DURING THE DAY?

0 1 2 3    2. TAKEN A DRINK OR DRINKS TO HELP YOU TALK ABOUT YOUR FEELINGS OR IDEAS?

(0)1 2 3    3. TAKEN A DRINK OR DRINKS SO YOU WOULDN'T FEEL TIRED OR TO GIVE YOU A LIFT WHEN YOU HAVE TO KEEP GOING?

0 (1) 2 3    4. HAD MORE TO DRINK THAN YOU INTENDED TO?

(0)1 2 3    5. GOTTEN SICK FROM DRINKING? (E.G., VOMITING, DIZZINESS, HEADACHE)

0 1 2 3    6. GOTTEN INTO TROUBLE IN SCHOOL, AT HOME, ON THE JOB, OR WITH THE POLICE BECAUSE OF DRINKING?

0 1 2 3    7. BECOME VERY SAD OR FELT "DOWN" AFTER HAVING SOBERED UP?

(0)1 2 3    8. ARGUED WITH YOUR FAMILY OR FRIENDS BECAUSE OF YOUR DRINKING?

0 1 2 3    9. HAD A STRANGE EXPERIENCE WHEN DRINKING (SUCH AS SEEING SOMETHING NOT REALLY THERE) THAT CAME BACK WHEN YOU HADN'T BEEN DRINKING FOR A WHILE?

(0)1 2 3    10. LOST FRIENDS BECAUSE OF DRINKING?

(0)1 2 3    11. FELT REALLY NERVOUS OR SHAKY AFTER HAVING SOBERED UP?

(0)1 2 3    12. TRIED TO KILL YOURSELF WHILE DRUNK?

## OTHER DRUGS

(0)1 2 3    1. TAKEN DRUGS TO IMPROVE YOUR THINKING AND FEELING?

0 (1) 2 (3)    2. TAKEN DRUGS TO HELP YOU FEEL BETTER ABOUT A PROBLEM?

0 1 2 3    3. TAKEN DRUGS TO BE MORE AWARE OF YOUR SENSES (E.G., SIGHT, HEARING, TOUCH, ETC.)?

(0)1 2 3    4. TAKEN DRUGS SO YOU COULD ENJOY SEX MORE?

0 (1) 2 3    5. TAKEN DRUGS TO HELP YOU FORGET THAT YOU FEEL HELPLESS AND WORTHLESS?

0 (1) 2 3    6. TAKEN DRUGS TO FORGET SCHOOL, WORK OR FAMILY PRESSURES?

(0)1 2 3    7. GOTTEN INTO TROUBLE WITH THE POLICE BECAUSE OF DRUGS?

0 (1) 2 3    8. GOTTEN REALLY STONED OR WIPED OUT ON DRUGS (MORE THAN JUST HIGH)?

0 (1) 2 3    9. TRIED TO TALK A DOCTOR INTO GIVING YOU SOME PRESCRIPTION DRUG (E.G., TRANQUILIZERS, PAIN KILLERS, DIET PILLS, ETC.)?

0 (1) 2 3    10. SPENT YOUR SPARE TIME BUYING, SELLING, TAKING, OR TALKING ABOUT DRUGS?

0 (1) 2 3    11. USED ALCOHOL AND OTHER DRUGS AT THE SAME TIME?

0 (1) 2 3    12. CONTINUED TO TAKE A DRUG OR DRUGS TO AVOID THE PAIN OF WITHDRAWAL?

0 (1) 2 3    13. FELT YOUR DRUG USE HAS KEPT YOU FROM GETTING WHAT YOU WANT OUT OF LIFE?

(0)1 2 3    14. BEEN ACCEPTED INTO A TREATMENT PROGRAM BECAUSE OF YOUR DRUG USE?

O830355

# SASSI

## ADOLESCENT FORM

If a statement is TRUE or MOSTLY TRUE for you, fill in the square in the column headed T; that is,
If a statement is FALSE or MOSTLY FALSE for you, fill in the square in the column headed F; that is,
Please try to answer all questions.

Fill in this way. ■
Not like this. ⊠

MOST PEOPLE MAKE SOME MISTAKES IN THEIR LIFE.
AT LEAST ONE OF MY PARENTS WAS OFTEN VERY SAD, ANXIOUS, OR UNHAPPY WHEN I WAS A CHILD.
I HAVE NEVER BEEN IN TROUBLE WITH THE PRINCIPAL OR WITH THE POLICE.
I AM ALWAYS WELL BEHAVED IN SCHOOL.
NO ONE HAS EVER CRITICIZED OR PUNISHED ME.
I HAVE NOT LIVED THE WAY I SHOULD.
CAN BE FRIENDLY WITH PEOPLE WHO DO MANY WRONG THINGS.
DO NOT LIKE TO SIT AND DAYDREAM.
SOMETIMES I HAVE A HARD TIME SITTING STILL.
AT TIMES I FEEL WORN OUT FOR NO SPECIAL REASON.
EVERYTHING SEEMS TO BE TURNING OUT JUST LIKE THE BIBLE SAID IT WOULD.
I HAVE HAD DAYS, WEEKS, OR MONTHS WHEN I COULDN'T GET MUCH DONE BECAUSE I JUST WASN'T UP TO IT.
I ALWAYS LISTEN CAREFULLY TO PEOPLE THAT ARE OLDER THAN ME.
I LIKE TO OBEY THE RULES.
I HAVE WANTED TO RUN AWAY FROM HOME.
I OFTEN FEEL THAT STRANGERS LOOK AT ME AS IF I AM WEIRD.
I OFTEN FEEL SICK TO MY STOMACH.
I HAVE TRIED TO STAY AWAY FROM PEOPLE I DID NOT WISH TO SPEAK TO.
SOME CROOKS ARE SO CLEVER THAT I HOPE THEY GET AWAY FROM THE POLICE.
MY SCHOOL TEACHERS HAVE HAD SOME PROBLEMS WITH ME.
I HAVE NEVER DONE ANYTHING DANGEROUS JUST FOR FUN.
I HAVE SOMETIMES DRUNK TOO MUCH BEER OR OTHER ALCOHOLIC DRINK.
MUCH OF MY LIFE IS BORING.
SOMETIMES I WISH I WERE MORE IN CHARGE OF THE WAY I BEHAVE AND FEEL.
I BELIEVE THAT PEOPLE SOMETIMES GET CONFUSED.
SOMETIMES I AM NO GOOD FOR ANYTHING AT ALL.
I BREAK MORE RULES THAN MOST PEOPLE MY AGE.

IF SOME FRIENDS AND I WERE IN TROUBLE TOGETHER, I WOULD RATHER TAKE ALL THE BLAME THAN TELL ON THEM.
SWEARING AND CURSING HAVE BECOME A SERIOUS PROBLEM IN OUR SCHOOLS AND MUST BE STOPPED.
I THINK THERE IS SOMETHING WRONG WITH MY MEMORY.
I HAVE BEEN TEMPTED TO HIT SOMEONE
I ALWAYS FEEL SURE OF MYSELF.
I HAVE NEVER BROKEN AN IMPORTANT RULE.
THERE HAVE BEEN TIMES WHEN I HAVE DONE THINGS I DIDN'T REMEMBER LATER.
I THINK CAREFULLY ABOUT EVERYTHING I DO.
I HAVE USED ALCOHOL OR "POT" TOO MUCH OR TOO OFTEN.
NEARLY EVERYONE ENJOYS BEING PICKED ON AND MADE FUN OF.
SOME OF MY FRIENDS HAVE BAD REPUTATIONS.
MOST PEOPLE WILL LIE TO GET WHAT THEY WANT.
MOST PEOPLE WILL LAUGH AT A JOKE AT TIMES.
I ALMOST ALWAYS KNOW WHAT TO SAY.
I AM OFTEN RESTLESS OR JUMPY.
I SMOKE CIGARETTES REGULARLY.
AT TIMES I HAVE BEEN SO FULL OF PEP THAT I FELT I DIDN'T NEED TO SLEEP FOR DAYS AT A TIME.
I HAVE SOMETIMES JUST SAT ABOUT WHEN I SHOULD HAVE BEEN WORKING.
I OFTEN FEEL ANGRY BECAUSE PEOPLE DON'T TREAT ME RIGHT.
I CAN BE DEPENDED ON TO DO THE THINGS I AM SUPPOSED TO.
AT LEAST ONCE A WEEK I TAKE MEDICINE FOR A STOMACH ACHE.
I HAVE NEVER FELT SAD OVER ANYTHING.
I AM USUALLY HAPPY.
I HAVE NEGLECTED SCHOOL WORK BECAUSE OF DRINKING OR USING DRUGS.
I HAVE TAKEN A DRINK IN THE MORNING TO STEADY MY NERVES OR TO GET RID OF A HANGOVER.
I HAVE OFTEN FELT BAD OR SCARED BECAUSE OF THE DRINKING OR DRUG USE OF SOMEONE IN MY FAMILY.
SOMETIMES I FEEL THAT MY DRUG USE OR DRINKING IS KEEPING ME FROM GETTING WHAT I WANT OUT OF LIFE.
I RARELY TALK ABOUT MY REAL FEELINGS OR WORRIES WITH EITHER MY FRIENDS OR MY FAMILY.

**PLEASE CONTINUE ON REVERSE SIDE**

These items are taken from the Psychological Screening Inventory.
*Copyright 1968 by Richard I. Lanyon, PhD and are used here by permission.

# IT IS ILLEGAL TO REPRODUCE THIS FORM

©Copyright May, 1990 by Glenn Miller

* FEDERALLY PROTECTED INFORMATION *
42 CFR PART 2

Name _Juan Martin Garcia_  Age _14/0_  Sex _M_  Marital Status _S_
Last school grade completed _7_  Date _1-20-95_  #5

092092 F



082992 M

ADOLESCENT MALE PROFILE

SASSI Substance Abuse Subtle Screening Inventory

Name _Juan Martin Garcia_ Age _1410_ Date _20-95_

Marital Status _S_ Occupation _N/A_ Location _52C_

Education _7th_ _#5_

PERCENTILE

| | RAP | COR | | DEF2 | DEF | SAT | OAT | | FVOD | FVA | FVOD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Decision Rules for the Adolescent SASSI

1. Is either FVA or FVOD raw score 12 or more?
2. Is OAT or SAT T Score 70 or more?
3. Are both OAT and SAT T scores 60 or more?
4. Is DEF raw score 10 or more and DEF2 4 or more?
5. Are both DEF and OAT T scores 60 or more?
6. Are both DEF and SAT T scores 60 or more?

CLASSIFY CHEMICALLY DEPENDENT

Is DEF2 5 or more?

CLASSIFY NON DEPENDENT

COMMENTS:

* FEDERALLY PROTECTED INFORMATION *
42 CFR PART 2

©Copyright May, 1990 by Glenn Miller

183

# SASSI Substance Abuse Subtle Screening Inventory

## ADOLESCENT FEMALE PROFILE

Name _____

Marital Status _____   Occupation _____   Age _____   Date _____

Education _____   Location _____

## Decision Rules for the Adolescent SASSI

1. Is either FVA or FVOD raw score 12 or more? — NO / YES

2. Is OAT or SAT T Score 70 or more? — NO / YES

3. Are both OAT and SAT T scores 60 or more? — NO / YES

4. Is DEF raw score 10 or more and DEF2 4 or more? — NO / YES

5. Are both DEF and OAT T scores 60 or more? — NO / YES

6. Are both DEF and SAT T scores 60 or more? — NO / YES

Is DEF2 5 or more? — YES / NO

CLASSIFY CHEMICALLY DEPENDENT

CLASSIFY NON DEPENDENT

COMMENTS:

**STANDARD T SCORE**

| | | FVA | FVOD | OAT | SAT | DEF | DEF2 | COR | RAP | |
|---|---|---|---|---|---|---|---|---|---|---|
| ALC / DRUG | 80 | 13 | | | | | | | | |
| | | ↓12 | ↓12 | | | | | | | |
| | | 11 | 13 | | | | | | | |
| | 70 | 10 | 11 | 20 | 6 | 12 | 11 | 9 | 4 | 98th |
| | | 9 | 10 | 19 | | | 10 | | | |
| | | 8 | 9 | 18 | 5 | 11 | 9 | 8 | | |
| | | 7 | 8 | 17 | 4 | | 8 | | 3 | |
| | 60 | 6 | 7 | 16 | | 9 | 7 | 7 | | 85th |
| | | 5 | 6 | 15 | 3 | 8 | 6 | 6 | 2 | |
| | | | 5 | 14 | 2 | 7 | 5 | 5 | | |
| | | 4 | 4 | 13 | | | | | | |
| | | | | 12 | | 6 | 4 | | | |
| | 50 | 3 | 3 | 11 | 1 | | 3 | 4 | | 50th |
| | | | | 10 | | 5 | | | 1 | |
| | | | 2 | 9 | | | 2 | 3 | | |
| | | 2 | | 8 | 0 | 4 | | | | |
| | | | 1 | 7 | | | 1 | | | |
| | | 1 | | 6 | | | | 2 | | |
| | 40 | 0 | 0 | 5 | | | 0 | | 0 | 15th |
| | | | | 4 | | | | | | |

PERCENTILE

©Copyright May, 1990 by Glenn Miller

005962 F

184

PSYCHOACTIVE SUBSTANCE ABUSE CLINICAL SUMMARY

STUDENT NAME:                    JUAN GARCIA
TYC #:                           0830355
COMMITTING OFFENSE:              (P) TERRORISTIC THREAT
COMMITMENT DATE:                 1-20-95
DATE OF BIRTH:                   2-18-80

 **ALCOHOL AND DRUG USE ASSESSMENT SUMMARY:**

Juan admits drinking three beers twice a month for the past three years
and drinking four wine coolers twice a month for the past two years.
Juan admits smoking two marijuana cigarettes every other day for the
past three years.  Juan claims alcohol does not get him drunk anymore
and feels he has developed a tolerance for alcohol.  Juan admits selling
crack cocaine for one month, making a daily profit of three hundred
dollars.  Juan claims he only sells crack cocaine in order to make money
to spend over the weekends.

Juan claims committing crimes when he's sober, because marijuana makes
him nervous.  Juan admits going to school high on marijuana and smoking
marijuana during the lunch hours.  Juan also admits skipping classes to
drink alcoholic beverages.  Juan claims being a member of the "Fourth
Ward Posse" gang, which is a neighborhood gang and of the "Latino
Family", which is for Latins only.  The student claims he knows what he
is doing and that his teachers and parents do not know that he smokes
marijuana.  Juan admits making one or more unsuccessful efforts to cut
down or control substance use.

**DIAGNOSTIC SUMMATION:**

Juan was administered the SASSI on 1-20-95, while at the Statewide
Reception Center.  The results reveal an SAT score of 5, a DEF score of
10 and a DEF2 score of 9, which indicates chemical dependency.  After
review of Juan Garcia's masterfile and an in-depth assessment with him,
it is determined Juan meets the criteria for the following recommended
DSM-IV due to the fact that he has made one or more unsuccessful efforts
to cut down or control substance use, the student has developed a
tolerance for the drug and increased usage of drugs and alcohol to
achieve desired effect:

        AXIS I:  304.30    Cannabis Dependence
                 305.00    Alcohol Abuse

**RECOMMENDATIONS:**

This assessor has determined, according to the DSM-IV criteria, Juan
Garcia is chemically dependent.  Juan should receive residential
chemical abuse treatment in his upcoming placement.  The youth denies
having a drug or alcohol problem and is not willing to receive
counseling at this time.

Maria Porras, LCDC
STATEWIDE RECEPTION CENTER
1-25-95

**\* FEDERALLY PROTECTED INFORMATION \***
**42 CFR PART 2**

185

Juan Garcia

Texas Commission on Alcohol and Drug Abuse
CLIENT ORIENTED DATA ACQUISITION PROCESS (CODAP)
YOUTH ADMISSION REPORT

# YAR

AWARD # ☐☐ . ☐☐☐ . ☐☐☐ . ☐☐

**1. CLINIC IDENTIFIER** | T X | ☐ ☐ ☐ ☐ | 11-18   Card 1

**2. DATE FORM COMPLETED** | Month: 0 1 | Day: 2 3 | Year: 9 5 | 19-24

**3. CLIENT NUMBER** — SSN (Last 4 digits) ☐☐☐☐  Client Number ☐☐☐☐☐☐ | 25-34

**4. DATE OF ADMISSION TO THIS PROGAM** | Month ☐☐ | Day ☐☐ | Year ☐☐ | 35-40

**5. ADMISSION TYPE**
1 = First Admission
2 = Readmission | ☐ | 41

**6. MODALITY ADMITTED TO** (See reverse side for codes) | ☐ | 42

**7. ENVIRONMENT ADMITTED TO** (See reverse side for codes) | ☐ | 43

**8. MEDICATION PRESCRIBED** (See reverse side for codes) If 09 for other specify _____ | 0 0 | 44-45

**9. SEX** (1 = Male, 2 = Female) | 1 | 46

**10. DATE OF BIRTH** | Month: 0 2 | Year: 8 0 | 47-50

**11. RACE/ETHNIC BACKGROUND** (See reverse side for codes) | 0 6 | 51-52

**12. SOURCE OF REFERRAL** (See reverse side for codes) | ☐☐ | 53-54

**13. MARITAL STATUS OF PARENT OR GUARDIAN** (See reverse side for codes) | 9 | 55

**14. NUMBER OF CHILDREN UNDER 19 YEARS OLD IN FAMILY RESIDENCE** (0 for none, M if more than 9) | 3 | 56

**15. EMPLOYMENT STATUS OF HEAD OF HOUSEHOLD** (See reverse side for codes) | 1 | 57

**16. PRIMARY REASON FOR NO PAID EMPLOYMENT OF HEAD OF HOUSEHOLD** (See reverse side for codes) (Enter 9 if employed) | 1 | 58

**17. HIGHEST SCHOOL GRADE COMPLETED** (00 to 20) | 6th | 59-60

**18. NUMBER OF SUBSTANCE ABUSE RELATED ARRESTS WITHIN 120 DAYS PRIOR TO THIS ADMISSION** (00 for none) | 0 0 | 62-63

**19. NUMBER OF PRIOR ADMISSIONS TO ANY SUBSTANCE ABUSE PROGRAM** (00 for none) | 0 0 | 64-65

**20. MONTHS SINCE LAST DISCHARGE FROM ANY SUBSTANCE ABUSE PROGRAM** (00 = none, 97 = not applicable) | 0 0 | 66-67

**21. HEALTH INSURANCE TYPE** (See reverse side for codes) | 9 | 68

**SUBSTANCE ABUSE PATTERNS AT ADMISSION** (See reverse side for codes)

| | PRIMARY PROBLEM | SECONDARY PROBLEM | TERTIARY PROBLEM | |
|---|---|---|---|---|
| **22. SUBSTANCE TYPE(S)** (Enter 00 for none) | 0 9 | 0 4 | | 11-16  Card 2 |
| **23. SEVERITY OF SUBSTANCE PROBLEMS AT ADMISSION** | 1 | 2 | | 19-21 |
| **24. FREQUENCY OF USE DURING MONTH PRIOR TO ADMISSION** | 3 | 1 | | 23-25 |
| **25. MOST RECENT USUAL ROUTE OF ADMINISTRATION** | 2 | 1 | | 27-29 |
| **26. YEAR OF FIRST USE** | 1 9 9 2 | 1 9 9 2 | 1 9 | 31-36 |

**27. CODED REMARKS**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 47-57

**28. LIVING ARRANGEMENTS OF CLIENT** (See reverse side for codes) | 2 | 60

**29. ALCOHOL OR DRUG ABUSE PROBLEM OF PARENTS OR GUARDIANS** (1 = yes, 2 = no) | 2 | 61

**30. FAMILY RECEIVING PUBLIC ASSISTANCE** (1 = yes, 2 = no) | 1 | 62

**31. ALCOHOL OR DRUG USE BY FIVE BEST FRIENDS** (0 for none) | 2 | 63

**32. CURRENT SCHOOL STATUS** (See reverse side for codes) | 3 | 64

**33. NUMBER OF D's OR F's RECEIVED ON LAST REPORT CARD** | ☐ | 65

**34. NUMBER OF DAYS SUSPENDED FROM SCHOOL DURING LAST 6 WEEK PERIOD** (Code M for more than 9 days) | M | 66

**35. NUMBER OF DAYS ABSENT FROM SCHOOL DURING LAST 6 WEEK PERIOD** (Code M for more than 9 days) | 0 | 73

**36. MONEY SPENT EACH WEEK ON PRIMARY PROBLEM SUBSTANCE** $ | 2 0 | .00 | 76-77

TCADA-CODAP   YAR   2/88

186

# MEDICAL

  **PHYSICAL IDENTIFICATION** 

*Harris Co. NC*

**TEXAS YOUTH COMMISSION**
**CHILD CARE FORM**

Date: *1-20-95*
(MM/DD/YY)

Case Number: *0830355*     Youth's Name: *Garcias,* *Juan* *Martin*
                                                         Last       First      MI

Location: *SRC #5*

Body Image: Indicate bruises, sores, scars, tattoos, or identifying marks.

*SCARS* *SCAR*

*SCARS*

*TATTOO*

*TATTOO (dots)*

*TATTOO (SCAR) (Ann.)*

*TATTOO (dots)*

*TATTOO (dots)*

*TATTOO (dots)*

**Physical Characteristics:**
**(Circle One or Fill in Blank)**

Sex: (M)  F

Ethnic Group:  White  Black  (Hispanic)  Am. Ind.  Other     Birth Date: *2-18-80*     Age: *14.11*
                                                                              MM-DD-YY

Height: *5'1½"*     Weight: *130#*          Eye Color:  Blk  Blu  (Brn)  Gry  Grn  Pnk  Hzl

Hair Color: (Blk)  Bln  Brn  Red  Sdy       Complexion:  Drk  (Med)  Lgt

Description: _____

_____

_____

Staff Signature: *J Evans*

CCF-006

188



**PHYSICAL IDENTIFICATION**



TEXAS YOUTH COMMISSION
CHILD CARE FORM

Date: 02/07/96
(MM/DD/YY)

Case Number: OB30355          Youth's Name: GARCIA    JUAN    MARTIN
                                                    Last        First      MI

Location: W.J.S.S. Security

Body Image:  Indicate bruises, sores, scars, tattoos, or identifying marks.

TATOOS
ON
Knuckles

TATTOO
XIII

TATTOS

**Physical Characteristics:**
**(Circle One or Fill in Blank)**

Sex:   M   F

Ethnic Group:  White   Black  (Hispanic)  Am. Ind.   Other    Birth Date: 12-18-80      Age: 15-0
                                                                MM-DD-YY

Height: 5-04     Weight: 135          Eye Color:  Blk  Blu (Brn) Gry  Grn  Pnk  Hzl

Hair Color: (Blk) Bln  Brn  Red  Sdy     Complexion:  Drk (Med) Lgt

Description: _____

_____

Staff Signature: V. Randolf

CCF-006
11/1/89

189



**PHYSICAL IDENTIFICATION**



*Harris Co. NC*

**TEXAS YOUTH COMMISSION**
**CHILD CARE FORM**

Date: _1-20-95_
(MM/DD/YY)

Case Number: _0830355_     Youth's Name: _Garcia,_     _Juan_     _Martin_
Last                          First          MI

Location: _SRC#5_

Body Image: Indicate bruises, sores, scars, tattoos, or identifying marks.

SCARS — SCAR — SCARS — TATTOO VIII — TATTOO (dots) — TATTOO SCAR (ANA) — TATTOO (dots) — TATTOO (dots)

**Physical Characteristics:**
(Circle One or Fill in Blank)

Sex: (M)  F

Ethnic Group:  White  Black  (Hispanic)  Am. Ind.  Other     Birth Date: _2-18-80_     Age: _14.11_
                                                              MM-DD-YY

Height: _5'1½"_     Weight: _130#_     Eye Color:  Blk  Blu  (Brn)  Gry  Grn  Pnk  Hzl

Hair Color: (Blk)  Bln  Brn  Red  Sdy     Complexion:  Drk  (Med)  Lgt

Description: _____

_____

Staff Signature: _J Evans_

CCF-006
11/1/89

190

```
MRS.S123            TYC - MEDICAL RECORDS SYSTEM        DATE: 07/22/95
WEST TEXAS              IMMUNIZATION (IMM)
DPT/TD    06 / 03 / 80      08 / 06 / 80    02 / 24 / 84
          BOOSTERS 09 / 03 / 85    07 / 22 / 95
POLIO     06 / 03 / 80      08 / 06 / 80    02 / 24 / 84
          BOOSTERS 09 / 03 / 85    __ / __ / __
MEASLES   05 / 20 / 81
RUBELLA   05 / 20 / 81      MMR  03 / 02 / 92
MUMPS     05 / 20 / 81
PRIOR POSITIVE TB (Y/N) : _    __ / __ / __    TREATMENT COMPLETE (Y/N) : _
TB TEST   01 / 21 / 95   RESULT N  00 MM  CXR DATE __ / __ / __ RESULT _
FOLLOW UP   __ / __ / __
NEXT SELECTION: ___                  PA1==> CANCEL
CURRENT STUDENT'S CASE NUM: 0830355  NAME: JUAN M GARCIA
```

191

**TEXAS YOUTH COMMISSION**

## PHYSICAL EXAMINATION

TYC Number: 083035S    Youth's Name: _Moreau Juan_
Last    First    MI

Location: _Sros #S_    Ethnic Group: Wh  Ind  Blk  (Hisp)  Other  Sex: (M) F

T: _99_  P _98_  R _18_  B/P _120/54_  Height: _5'1½_  Weight: _130_  D.O.B.: _2/11/80_  Age: _14, 11_

Type: (circle)  (Admitting)  Annual  Placement    _MMcDonell LVN_ _1/20/95 1230 pm_
Nurse's Signature    Date/Time

| Review of Systems | N | ABN | | N | ABN |
|---|---|---|---|---|---|
| 1. Head, Neck | | | *8.  G.U. | | |
| 2. EENT | | X | a. Discharge | | |
| 3. Respiratory | | | b. Lesions | | |
| 4. Cardiac | | | 9.  Endocrine | | |
| 5. Chest, Breast | | | 10.  Neurological | | |
| 6. Abdomen | | | 11.  Dermatologic | | |
| 7. G.I. | | | 12.  Musculoskeletal | | |

Scoliosis screening: ☑ Negative  ☐ Follow-up indicated _____

Comments (abnormal findings by number): *if pregnant, indicate EDC: _____
_bug in (l) ear canal._

Orders/Recommendations: _irrigate (L) ear_ _____

Allergies: ☑ No  ☐ Yes  Medication _____  Other _____
Chemical Dependency:
•Signs and symptoms of chemical dependency?  ☑ No  ☐ Yes
•If Yes, is medically supervised detoxification indicated?  ☐ Yes  ☐ No
•If Yes, referred to (facility) _____

_Cliffosen MD_  1/23/95    _MMcDonell LVN_  1/23/95 825/Am
Physician's signature    Date    Nurse's Signature    Date/Time

_Johnson LVN_  1/23/95 9³⁰Am
Nurse's Co-signature    Date/Time

HLS-110
10/91

193

TEXAS YOUTH COMMISSION

## MEDICAL RECORD
## INDIVIDUAL MEDICAL PLAN

TYC Number: _083035_   Youth's Name: _Garcia_   _Juan_   ___
                                           Last        First        Initial

Facility Admission Date: _2-7-95_   Location: _W75-3_

DOB: _2-18-80_   Race: _Hisp_   Sex: _m_

**S:** (Subjective Data: youth's statements)

_O_

_____

_____

_____

_____

**O:** (Objective Data: lab results, screening results, dental/physical exams, etc.)

_Physical/Dental current_          _√_

_Vision/hearing current_

_Immunization Td due 9-95._

_Lab Current_

**A:** (Nursing Assessment of Current Health Status)

_Health app. youth - slightly hyperactive._

_no signs of trauma or jaundice_

_____

_____

**P:** (Nursing Care Plan: specific action for each problem identified)

| Problem | Plan of Action | Date Completed |
|---------|----------------|----------------|
| 1. | _maintain present health status_ | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | _2-8-95 k_ |

X _Juan Garcia_ _2-8-95_   _Oscar Sawtyn_ _2-8-95_
Youth Signature          Date    Director of Nurse's Signature    Date

Copies routed to Diagnostician and Primary Service Worker on: _2-8-95_____
                                                              (date)

Reviewed with Special Services/Treatment Team/Staff Meeting on: _____
                                                                (date)

HLS-605
10/91

194



TEXAS YOUTH COMMISSION

## MEDICAL DIAGNOSIS AND TREATMENT

TYC Number: _0830355_       Youth's Name: _Garcia, Juan_
                                              Last            First            MI

Location: _WTSS_                            Date of Birth: _02/18/80_

Subjective:

Objective: _Rash in pruml. area_

Assessment/Diagnosis: _Scabies_

Plan: _Kwell_

Doctor's Signature _____ Date ___ Nurse's Signature _____ Date/Time _8-1-95_

Youth's Signature _____ Date ___ Nurse's Co-signature _____ Date/Time _3-1-95_

---

TYC Number: _0830355_       Youth's Name: _Garcia Jun_
                                              Last            First            MI

Location: _WTSS_                            Date of Birth: _2/18/80_

Subjective: _itchy Rash_

Objective:

Assessment/Diagnosis: _allergy derm_

Plan: _Caladryl Lotion + a cortaid_

Doctor's Signature _____ Date ___ Nurse's Signature _____ Date/Time _6-6-95_

Youth's Signature _____ Date ___ Nurse's Co-signature _____ Date/Time _6/6/_

HLS-115
1/93

196



 TEXAS YOUTH COMMISSION 

## MEDICAL DIAGNOSIS AND TREATMENT

TYC Number: 087035___  Youth's Name: _Garcia Juan____

Last ____ First ____ MI

Location: _NTSS___  Date of Birth: _8/18/80_

Subjective: _c/o it upper corner of Lt eye swelling & pain T99!_

Objective: _old c/o ___

_____

_____

_Stye left upper lid_

Assessment/Diagnosis: _check with Dr. ___ - see if above eye_
_+ call in AM if continue c/o pain P.O. Dr ___ _

_2 gtts to left eye._

Plan: ① _give Triple Otic eye gtts I TID X 10 days_
② _Amoxicillin 500 mg. P.O. TID x 10 days_
_T.O. per Dr. ___
_to Clayton RN_

Doctor's Signature _____  Date ___  Nurse's Signature _Kimi Clayton RN_  Date/Time _7/13/98 9AM_

Youth's Signature _X Juan M Garcia_  Date ___  Nurse's Co-signature ___ RN ___  Date/Time _7/17/98_

---

TYC Number: _____  Youth's Name: _____

Last ____ First ____ MI

Location: _____  Date of Birth: _____

Subjective: _____

Objective: _____

_____

_____

_____

Assessment/Diagnosis: _____

_____

_____

Plan: _____

_____

_____

_____

Doctor's Signature _____  Date ___  Nurse's Signature _____  Date/Time ___

Youth's Signature _____  Date ___  Nurse's Co-signature _____  Date/Time ___

HLS-115
1/93



**TEXAS YOUTH COMMISSION** 

## TREATMENT AND INTERVENTION RECORD

Name: _Garcia, Juan_    TYC Number: _283035S_
Last   First   MI

Location: _SRC #5_     Allergies:

| Date/Time | Record Complaint(s); Observation(s), Treatment(s), Action(s) | Signature |
|---|---|---|
| 1/20/95 | | |
| 1-23-95 745 pm | Irrigated(L) ear, bug particles removed | |
| 2-7-95 | Admitted to WTSS — oriented to | |
| | medical facilities | |
| 2/22/95 | | |
| 02/24/95 930 | c/o flu MEDICAL CLINIC | |
| 3-1-95 | Flu Rash | |
| 03/02/95 | c/o sinus Chlor 4mg po | |
| 3/14/95 | | |
| 3/27/95 | | |
| 3/31/95 | | |
| 4/7/95 | | |
| 4/7/95 | | |
| 4/21/95 | | |

HLS-505
1/93

200

Name: _Garcia_ _Juan_ _____ _____
      Last      First      MI      TYC Number

| Date/Time | Record Complaint(s), Observation(s), Treatment(s), Action(s) | Signature |
|---|---|---|
| 4/23/95 8⁰⁰ | Pt see sick call c/o headache 2 [illegible] | |
| | so T.p.o. | [illegible] |
| 4-30-95 5p | C/o R ribs no swelling | [illegible] |
| | noted to obs Walter c difficulty c/o | |
| | SOB noted | [illegible] |
| 5/4/95 1100ᵖ | C/o cough, chest pains c cough + stuffy nose" | |
| | LCTA bilaterally no resp. distress noted | |
| | Tylenol, 650mg / guelfium cough syrup given | |
| | 60 min previously not effective. US:146 76, 89, 20, AF | |
| | States he swallows sputum unable to say | |
| | color of sputum — cold s/s started this | |
| | am + now he cannot sleep. Thiamin [illegible] | |
| | + po given for c/o pain, nasal congestin. | |
| | Instr to F/u to sick call in am + pm [illegible] | |
| 5/9/95 | In cafeteria 79⁸ Tonsils — 2 advil | |
| | 1 Chlor — Tonsils bluish in color | |
| | and moderately enlarged to gargle c | |
| | mael | [illegible] |
| 5-13-95 5p | C/o dandruff none noted — [illegible] | [illegible] |
| 5/30/95 | C/o headache — Tylenol given p.o Mr/R Clarksonn | |
| 6/1/95 | C/o rash on wrist R forearm — areas of | |
| | 3 drainage Hydrocort [illegible] Cbn | [illegible] |
| 6-4-95 8³⁰ | C/o itch, rash on hands his body [illegible] | [illegible] |

TEXAS YOUTH COMMISSION

**TREATMENT AND INTERVENTION RECORD**

Name: _Davela Quan_                    0830 355
   Last      First    MI    TYC Number

WTS                     N/A
Location                        Allergies

| Date/Time | Record Complaint(s), Observation(s), Treatment(s), Action(s) | Signature |
|---|---|---|
| 6-5-95 | 8 Cnt aid to Rash on hand | L Conner |
| 6-19-95 | 5p Co wisdom (R) & pain | YK2 |
| | NACl + message | L Conner |
| 7/12/95 | 5²⁰ p CB swollen 2D eye. Noted | |
| | slight swollen L eye lid. Served Pts | |
| | + cool compres— 8⁰⁰ p cb eye hurt | |
| | Continue cool compres | Clark, N |
| | 8³⁰pm Called Dr to clinic. 9³⁰p called | |
| | to clinic again | Clark, N |
| | Noted swollen ↑ eyelid c/o pain. | |
| | unable to look under inner eyelid | |
| | because of pain. Also noted slight | |
| | red under eye. T99 Notified Dr Rebbad | |
| | + stated to look under lid + if | |
| | continue to c/o pain call in for see | |
| | ER Dr. Noted white pimple under | |
| | eyelid. Tylenol 2 gm X p.o. Notified PNTN | |
| | Informed stud to see nurse in am | Clark, N |
| | 10³⁰pm To dorm for see staff. | Clark, N |

HLS-505
1/93

202

Name: _Garcia_____ _Juan_____ _____ _____
       Last            First         MI            TYC Number

| Date/Time | Record Complaint(s), Observation(s), Treatment(s), Action(s) | Signature |
|-----------|------------------------------------------------------------|-----------|
| 7/13/95 | 9A TC to Dr Peddicord On Stu for C/o left eye irritation Stules is tender — ① " were ① Triple Antibiotic eye gtts ↔ gtt to left eye T.I.D. X 10 day — ② Amoxicillen 500mg P.O. T.I.D X |  |
| 7/25/95 | DC fm W.755 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

HLS-505
1/93

203

**TEXAS YOUTH COMMISSION**

## MEDICAL RECORD
## DISCHARGE SUMMARY

TYC Number: _0 8 30 355_   Youth's Name: _Garcia      Juan_
                                            Last          First        Initial

Location: _WBS_                        Allergies: _NKA_

DOB: _2-18-80_      Race: _hispanic_          Sex: _Male_

A.   Medical: (Summary of care received)
     Last Physical Exam Date: _1-23-95_  Immunizations Complete: ☑ Yes  ☐ No
     TB Test Date: _4-3-95  1-21-95_  Results: ☐ Positive  ☑ Negative
     _Bug in ® ear  Canal irrigate ® ear_
     _® eye pain - tx c̄ eyedrops ᴏ amoxicillin._
     Follow-up care required:
     _f/u c̄ pt physical exam_
     _Hx of scabies 3/95 - tx c̄ Kwell_

B.   Dental: (Summary of care received)
     Last Dental Exam Date: _2-16-95_
     _Neg_

     Follow-up care required:
     _f/u c̄ pt dental exam_

C.   Psychiatric: (Summary of care received)
     _none_

     Follow-up care required:
     _none_

D.   Current Medications:
     _none  Triple OTC eye drops  2 gtt to ® eye. TID X 10 days - last dose 7/2/_
     _Amoxicillin 500 mg po TID X 10 days - last day 7/22/95_

                          _[signature]_          _7/18/95_
     Director of Nurses/Designee              Date

HLS-610
10/91

204



**TEXAS YOUTH COMMISSION**

## MEDICATION ADMINISTRATION RECORD

TYC Number: _08 303 55_   Youth's Name: _Garcia, Juan_
                                           Last        First       MI

Location: _Sr. AS_   Drug Allergies: _NKDA_

Drug Name & Dosage: _HEB Chl. Bicl_   Start Date: _1/20/95_   End Date: _till_
_(tll clear)_   MM DD YY              MM DD YY _clear_

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

_MMCDonnell LVN_                    _1/20/95_
Transcribing Nurse's Signature      Date

Drug Name & Dosage: _HEB ca BID Til clear_   Start Date: _1/20/95_   End Date: _____
                                              MM DD YY              MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

_____   _____
Transcribing Nurse's Signature       Date

| Nurse's Signatures | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| _Slimming R_ | _SC_ | _Baker_ | _ER_ |
| _Stell RN IV_ | _SL_ | _O. Curdy Lou_ | _OC_ |
| | | _KJones LVN_ | _KJ_ |
| | | _Chinen LVN_ | _CH_ |

HLS-510
10/91

206

TYC Number: _0 8 30 3 5 5_   Youth's Name: _Garcia        Juan_
                                           Last         First        MI

Drug Name & Dosage: _Liwell Salida_   Start Date: _3-8-95_   End Date: _____
                                                  MM DD YY              MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| march 95 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

_Susan Sanlyn_ 3-1-95
Transcribing Nurse's Signature          Date

Drug Name & Dosage: _____   Start Date: _____   End Date: _____
                                                  MM DD YY              MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Transcribing Nurse's Signature          Date

Drug Name & Dosage: _____   Start Date: _____   End Date: _____
                                                  MM DD YY              MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Transcribing Nurse's Signature          Date

HLS-510

207

TEXAS YOUTH COMMISSION

## MEDICATION ADMINISTRATION RECORD

TYC Number: 0830355    Youth's Name: _Garcia        Juan_

                                                            Last            First      MI

Location: _WTSS_    Drug Allergies: _NKDA_

Drug Name & Dosage: _Diple Ottc gtts x 2_    Start Date: 7/13/95    End Date: 7/22/95
to left eye TID x 10 days    MM DD YY    MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

July 95

_Trini Clayton Lvn_  7/13/95
Transcribing Nurse's Signature      Date

Drug Name & Dosage: _Amoxicillin 500mg PO_    Start Date: 7/13/95    End Date: 7/22/95
x 10d    MM DD YY    MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

July 95

_Trini Clayton Lvn_  7/13/95
Transcribing Nurse's Signature      Date

| Nurse's Signatures | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| _T Clayton Lvn_ | TC | _Byacker LVN_ | By |
| _Greenwood, LVN_ | GW | _C. Connell CN_ | CC |
| | | _T. Clayton LVN_ | TC |

HLS-510
10/91

208

TYC Number: _____   Youth's Name: _____
                                                    Last              First              MI

Drug Name & Dosage: _____   Start Date: _____   End Date: _____
                                                              MM DD YY                MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

_____   Transcribing Nurse's Signature                    Date

Drug Name & Dosage: _____   Start Date: _____   End Date: _____
                                                              MM DD YY                MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Transcribing Nurse's Signature                    Date

Drug Name & Dosage: _____   Start Date: _____   End Date: _____
                                                              MM DD YY                MM DD YY

| Time Schedule | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Transcribing Nurse's Signature                    Date

HLS-510
10/91

209

YOUTH'S NAME: GARCIA, JUAN MARTIN
YOUTH'S NUMBER_____164731_____

BIRTH PLACE: _Houston_____ DATE: _7/16/??____

COLOR OF EYES: _Brown_____ COLOR OF HAIR: _Brown_____

MEDICAL RECORDS TRANSFERRED:  YES   NO

AUTHORIZATION FOR MEDICAL CARE:  YES  NO

MASTER DISPLAY:  YES   NO

PLACEMENT AGREEMENT:  YES   NO

HOME ER. NUMBER: ____529-C???____ OTHER ER. NUMBER: _____

GUARDIANS'S NAME: ___Cyanea  Miller_____

FATHER'S NAME: ____unknown_____ MOTHER'S NAME: _Cyress Miller___

INSURANCE:  YES   NO     NAME OF INSURANCE: _____

COPY INSURANCE:  YES   NO        CURRENT GOLD CARD:  YES   NO

CARD NUMBER: _____0_____ GOLD CARD NUMBER: _33685958____

MEDICAID:  YES   NO        CARD NUMBER: _____
***********************************************************
IMMUNIZATION:                    FUTURE APPOINTMENTS:
    DT: _4/16   9/3/85_____     MEDICAL: _____0_____
    MMR: _0___9/3/84_____   DENTAL: _____0_____
    POLIO: _0___9/3/84_____   VISION: _____0_____
    PPD: _____      OTHER: _____0_____
***********************************************************
STANDING ORDER FOR THE FOLLOWING:

IMMUNIZATION:  DT, MMR, POLIO, PPD

LABORATORY TESTING:  RPR, URINALYSIS, OTHER: _____0_____

REPORT OF RPR: _8/24/93  NR_ OTHER LAB REPORTS: ____0_____

URINE COLLECTED:  YES   NO     COLLECTED DATE: _8/20/93____

ANTIBIOTIC OINTMENT, BENZOYL PEROXIDE 5%, CALAMINE LOTION, COUGH SYRUP,

DELOUSING, DENTAL FLOSS, DIMETAPP, DUOFILM, HYDROCORTISONE CREAM .5% OR 1%,

LIP BALM, LOZENGES, MAALOX, SUDAFED, TINACTIN, TYLENOL, VISINE,

OTHER:_____

PHYSICIAN'S SIGNATURE: _Albert C. Hergenroeder MD_____

MEDICAL STAFF'S SIGNATURE: ____M. Ridollo  8/22/93____

Medical Department, January 1993
(713) 661-3325

210

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: [illegible] JUVENILE'S NUMBER:

| DATE | |
|---|---|
| 6/2?/94 | 12[?] S: C/o Right thumb today |
| | O: Pt. injured right thumb earlier today during gym. noted no edema or deformity tenderness |
| | P: refer to [illegible] if pain persist [illegible] |
| | [signature] |
| 7/1/94 | youth left for home visit voiced no complaints |
| | [signature] |
| 7/5/94 | youth did not return from home visit [signature] |

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-5525

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: Garcia Jr.                    JUVENILE'S NUMBER: 464731

DATE

C.C. Black.
Pt. Comp. am

6/4/97   D/C Crutches
No Bandage

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-3325

212

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: _____     JUVENILE'S NUMBER: _____

ATE

_[handwritten notes, illegible]_

**BURNETT BAYLAND HOME**
**MEDICAL DEPARTMENT**
**PROGRESS NOTES AND ORDERS**

JUVENILE'S NAME: _O'Brien, Sam_   JUVENILE'S NUMBER: 116473

| DATE | | |
|---|---|---|
| | S/ | Sprained (L) ankle today ↓ pain at rest |
| | O/ | Tenderness for swollen lateral aspect |
| | | of (L) ankle c̄ tenderness to touch and c̄ |
| | | movements, distal pulses (+), CM L2ier |
| | A/ | ∮ Sprain of (L) ankle, do not suspect |
| | | fracture |
| | P/ | 1) ACE bandage |
| | | 2) Ice packs, PRN |
| | | 3) Tylenol II tabs q4° ×_____ then |
| | | PRN pain |
| | | 4) No gym, bed rest keep the |
| | | (L) foot elevated |
| | | 5) Use crutches when walking |
| | | 6) RTC on 6/20 |

OKay

6/16: f.c. _____ Pts (continues) (L) total foot

X-ray (L) foot: PHM 10r Rlefx

Ice Bandage
Continue crutches

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-3325

214

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: Garcia   Jun          JUVENILE'S NUMBER: 164731

DATE

5·26·94

S/ Jumped by other youth
   Pushed or kicked over upper (L) back
   Neck hurt initially — OK now

O/ no tenderness over c·spine — full ROM
   diffuse tenderness over upper R back.
   Full ROM of shoulder
   no obvious defect in scapula
   no bruising or significant swelling

A/ contusion to upper back
   doubt scapular injury

P) ibuprofen, 800 mg tid × 1 day —
   continue if significant pain for 3
   additional days

_____ 5/26/94

ask youth allergies feels better. Ad gain
to guidlin for home visit (mother informed
of incident seeled by nn Querim) ___ RN

215

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME _____     JUVENILE'S NUMBER: _____

ATE

5/30/94  *[handwritten clinical notes, largely illegible]*

6/3/94  *[handwritten clinical notes, largely illegible]*

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-5525

216

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: _Garcia Juan_       JUVENILE'S NUMBER: _61731_

ATE

3/7/94  12H  S. C/o headache
        O/A: defensive
        P. Tylenol 6.
           M. Roberto

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-5325

217

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: _____   JUVENILE'S NUMBER: _____

DATE

_(handwritten clinical notes, illegible)_

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-5525

218

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: [illegible] JUVENILE'S NUMBER: 164731

DATE

3/30/94 youth Awol
M. [illegible]

4/19/94 youth return from Awol Physical done
M. [illegible]

4/26/94 youth c/o wart on (R) index finger
refer to MD. M. [illegible]

Duofilm to wart daily until gone. Follow directions on bottle.
[illegible]

M. [illegible] 4/26/94

5/21/94. refer to admission incident report.
M. [illegible]

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-3325

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: _Garcia Juan_          JUVENILE'S NUMBER: _164731_

DATE

2/8/2? S: No headache
O/A: deferred
P: Tylenol P
_illegible_ after 30 min voiced no complaints  _signature_

12/7/93   FV.
S/ finger much better - still a little pr
O/ abrasion gone
A/ doubt internal FB
P/ complete meds as prescribed
RTC 2 days  _signature_ 11/7/93

12 15 93
S/ finger still hurts a little
O/ no objective findings
A&P/ RTC again after exam 1 if problems  _signature_ 12/15/93

1 4 94   FV
S/ finger OK
O/ no findings
A/ problem resolved
P/ prn  _signature_

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-861-5325

220

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: Garcia, Juan JUVENILE'S NUMBER: 164731

DATE

10/26/93 8p S: C/o headache today
10/27/93 O/A: deferred
11/11/93 4p P: refused P. M. Dauber [illegible]
11/13/93 8p after 30 mins voiced no complaints
11/18/93 5p
11/30/93 4pm
12/1/93 4 30 p

12/6/93 7 20 Am S: youth ran into cement pole this Am. C/o (R) jaw [illegible]
12 PA O/A: noted small redness (R) jaw area
no deformity
P: refused P. in pack.
refer to MD if c/o pain
M. Dauber

12 6 93
S/ (1) Hit face on equipment – can open jaw
(2) Cut R index finger with Xmas tree ornament – ? if glass
stuck into skin pretty far
O/ (1) small abrasion over lateral zygoma on R. – slightly tender
can open jaw fully
(2) minor wound over dorsum of PIP jt R ~~first~~ index finger.
joint though free old injury

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-3325

A / (1) minor injury
(2) " – doubt glass entered joint
P / cephalexin 500 mg PO qid x 3 days. RTC tomorrow. [signature]
[signature] 12/6/93

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME _____     JUVENILE'S NUMBER: 104731

DATE

_[handwritten clinical progress notes — illegible]_

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-3325

222

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: Garcia. Juan          JUVENILE'S NUMBER: 164731

| DATE | |
|---|---|
| 2/11/03 | (S) Injured (R) wrist & (L) 5th finger |
| | ↓ fell        volley ball |
| | (O) Swollen + tender proximal phalanx 5th finger |
| | MP & PIP joints wnl - ∅ swelling & tender |
| | Forearm (R) hand lateral aspect |
| | tender but no swelling or bruising |
| | (A) Muscle strain (R) hand |
| | (L) 5th finger sprain |
| | (P) · Ice both areas x 20' 2-3 p/d |
| | · Ibuprofen 800 mg po q 4-6 hr prn |
| | , Splint (L) 5th finger x 3 days |
| | M Nacho |
| | M. Duille 2/11/03 |

BURNETT BAYLAND HOME
MEDICAL DEPARTMENT
PROGRESS NOTES AND ORDERS

JUVENILE'S NAME: GARCIA, JUAN MARTIN          JUVENILE'S NUMBER: 164731

| DATE | |
|---|---|
| 10-11-93 | S: Was playing around c̄ another resident who picked him up, swung him around & he hit his ⊕ knee on door jamb. c/o ⊕ knee being sore. |
| | O: No swelling. Bruise visible at superior edge of patella on ⊕. Neg drawer. FROM both knees |
| | A: Soft tissue bruise of ⊕ patella |
| | P: Reassurance |
| | Ice if swelling |
| | OB Hill, MD |
| | _illegible signature_ 01/11/93 |
| 01/30/93 | _illegible handwritten entry_ |

MEDICAL DEPARTMENT, SEPTEMBER 8, 1992
TELEPHONE NUMBER: 713-661-3325

224

## HARRIS COUNTY JUVENILE DETENTION CENTER
### MEDICAL DEPARTMENT PHYSICAL ASSESSMENT

JUVENILE'S NAME: *Garcia*          JUVENILE'S NO *Juan*

**HISTORY**
CURRENT PROBLEMS: *16 y/o LAM c̄ c/o cough x 1wk ø expectoration*
*ø URI symptoms, ø fever / vomiting. Smokes 1 PP month.*
*Pt has lost wt. (says he was very fat) he has been trying to*
PREVIOUS SERIOUS PROBLEMS/  *lose wt.*
HOSPITALIZATIONS          *ø*          *ø f/h/o TB.*
                                        *Asthma.*

CURRENT MEDICATIONS  *ø*
ALLERGIES  *ø*
PROBLEMS WITH EXERCISE  *ø*
PROBLEMS WITH PENIS  *ø*
VAGINAL PROBS/LMP  —
PROBLEMS WITH TEETH  *ø*
DRUG USE  *Marijuana - longtime ago. Cigarettes - 1 mo. ago.*
SEXUAL ACTIVITY/ORIENT  —
MOOD (ANXIETY/DEPRESSION/SUICIDAL OR HOMICIDAL IDEATION)
          *Denies.*

**PHYSICAL EXAMINATION**  *Awake, alert in NAD   ø coughing while in exam room*

SKIN  *nl*
NODES  *nl*
HEENT  *nl*
THYROID  *nl*
LUNGS  *clear ø rales/wheezing*
HEART  *S₁S₂ in NPR ø m*
ABDOMEN  *nl*
GENITALIA  *nl ♂  ↓↓*     TANNER STAGE PH: *V*   TANNER STAGE GENS: *V*
OTHER                                    ACNE ___ YES (NO)
                                         IF YES, WHAT RX?

**ASSESSMENT**  *Cough*

**PLAN**
*PPD*
*Guaifenesin 2 tsp po q̄ 4-6° x 1 wk*
*RTC in 1 wk*

| LAB TESTS | IMMUNIZATIONS/SKIN TESTS |
|---|---|
| RPR | MMR |
| GC/CHLAMYDIA | Td |
| PREGNANCY TEST | POLIO |
| URINE DIPSTICK | (PPD) 1/10/95 neg 1/12/95 |
| OTHER | |

DATE: *1/10/95*          RESIDENT/STUDENT: _____
                         FACULTY: *Kim Jordan* _____

15

TEXAS YOUTH COMMISSION →

## LABORATORY REPORT

Youth Name: _Garcia  Juan_  Date: _1/23/95_

TYC Number: _0830355_  Tech: _Eka_

Circle test requested:

| Test | Results | Normal Values | Test | Results | Normal Values |
|------|---------|---------------|------|---------|---------------|
| (CBC) | | | (UA) | | |
| WBC | 8.9 | 4.8-10.8 Thou/cmm | UA-Appearance | Clear | |
| RBC | 5.52 | 4.0-5.1 m/cmm | UA-Spec. Gravity | 1.010 | 1.001-1.035 |
| HGB | 16.0 | 12-16 GMS | UA-PH | 5.0 | 5.0-8.0 |
| HCT | 46.7 | 35-48% | UA-Sugar | Neg | Negative |
| MCV | | 80-99 UCUBE | UA-Ketones | Neg | Negative |
| MCH | | 27.0-31.0 UUG | UA-Protein | Neg | Negative |
| MCHC | | 32-35% | UA-Blood | Neg | Negative |
| BAND | | 0-3% | UA-Bilirubin | Neg | Negative |
| SEGS | 60 | 41-71% | UA-Urobili | Neg | Negative |
| LYMPS | 40 | 24-44% | UA-Nitrite | Neg | Negative |
| MONOS | | 0-7% | UA-WBC | 0 | -0- |
| EOS | | 0-5% | UA-RBC | 0 | -0- |
| BASO | | 0-2% | UA-Casts | 0 | -0- |
| PLT | 352 | Adequate | | | |
| (RPR) | Nonreactive | | BETA HCG | | |

G.C. Culture: _____

Other: _____

_____

_____

Additional Comments: _____

_____

_____

KT
1-24-95

HLS-405
10/91

226

**TEXAS YOUTH COMMISSION**

## DENTAL ASSESSMENT AND TREATMENT RECORD

Date: _1    20    95_
MM    DD    YY

TYC Number: _0 8 3 0 3 5 5_    Youth's Name: _Marcia Jua___

Location: _SRCC #5_    Screening Date: _1-24-95_    Dentist: _____

| MISSING TEETH AND EXISTING RESTORATIONS | ABNORMALITIES/TREATMENT NEEDED |
|---|---|

*1  2  3 .4  5  6  7  8    9 10 11 12 13 14  15  16          *1  2  3  4  5  6  7  8    9 10 .11 12 13 14  15  16

RIGHT                              LEFT    RIGHT                              LEFT

*32 31  30  29 28 27 26 25    24 23 22 21 20  19 18 17      *32 31  30  29 28 27 26 25    24 23 22 21 20  19 18 17

---

**Medical History: (Circle if Yes)**      **Currently:**

| | | |
|---|---|---|
| Anemia | Under Physician's Care | Y    N |
| Diabetes | Taking Medication | Y    N |
| Heart Condition | Allergic to:  Penicillin | Y    N |
| Rheumatic Fever | Anesthetic | Y    N |
| Hepatitis | Other (specify) | Y    N  _____ |
| Sickle Cell Trait | | |

| Treatment Date | Dental Treatment and/or Drugs Prescribed (X = No evident pathology requiring immediate treatment) | Dentist Signature |
|---|---|---|
| | X DENTAL HYGIENE PROVIDED  1-21-95 | |
| 2-16-95 | N ly | _(signature)_ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*International Numbering Standard

HLS-315
10/91

## DENTAL ASSESSMENT AND TREATMENT RECORD
### Continuation Sheet

TYC Number: _____   Youth's Name: _____

| Treatment Date | Dental Treatment and/or Drugs Prescribed (X = No evident pathology requiring immediate treatment) | Dentist Signature |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*International Numbering Standard

HLS-315
10/91