

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

April 7, 2011

Clerk, United States District Court
Southern District, Houston Division
515 Rusk Street, Room 5300
Houston, Texas 77002

United States District Court
Southern District of Texas
FILED

APR 0 8 2011

David J. Bradley, Clerk of Court

Re:   *Juan Martin Garcia v. Rick Thaler, Dir., TDCJ-CID*
      **Civil Action No. 4:08-cv-2929**

Dear Clerk:

Enclosed please find copies of the petitioner's state court records for the above referenced case all contained on one CD. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/S/ Georgette Oden

GEORGETTE ODEN
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1600

GPS/cak
Enclosure

cc:   David Dow
      Texas Defender Service
      1927 Blodgett Street
      Houston, TX 77004
      LETTER ONLY

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

__✓__     State Court Records

_____     Administrative Record from Social Security Administration

_____     Administrative Record from _____

_____     Other records: _____

These records are maintained in __CD__ ~~Volumes.~~

Case Number __4:08-cv-2929__